CO-386
Rev. 10/03

**FILED**

MAY - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE Productions, Inc.

          Plaintiff

v.

Federal Bureau of Investigation

          Defendant

Case: 1:07-cv-00866
Assigned To : Robertson, James
Assign. Date : 5/9/2007
Description: FOIA/Privacy

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for **SAE Productions, Inc.**, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **SAE Productions, Inc.**, which have any outstanding securities in the hands of the public. **None**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature: *(signed)* Mark J. Zaid

440532
Bar Identification Number

Print Name: Mark J. Zaid

Address: 1920 N Street, NW, Ste 300

City: Washington    State: DC    Zip: 20036

Telephone Number: 202-454-2809

2