IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC.<br>5505 Connecticut Avenue, N.W.<br>Suite 341<br>Washington, D.C. 20015-2601<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION<br>Washington, D.C. 20535<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0866(JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                              Respectfully submitted,

                              _____/s/_____
                              DIANE M. SULLIVAN, D.C. Bar #12765
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C.  20530
                              (202)514-7205