IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                           )
SAE PRODUCTIONS, INC.      )
                           )
          Plaintiff,       )
                           )
     v.                    ) Civil Action No. 07-0866(JR)
                           )
FEDERAL BUREAU             )
OF INVESTIGATION           )
                           )
          Defendant.       )
                           )
_____)
```

## ANSWER

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

### Second Defense

The Federal Bureau of Investigation (FBI) did not improperly withhold documents sought under the Freedom of Information Act, 5 U.S.C. § 552 et seq.

### Third Defense

In response to the numbered paragraphs of the Complaint, the defendant responds as follows:

1-2. Admitted.

3. The defendant has insufficient knowledge to either admit or deny the allegations in this paragraph. Therefore, they are denied.

4. Denied. The FBI is a component of the Department of Justice.

5-10. Admitted.

11. The defendant admits that twenty working days elapsed without a determination of the appeal by the Office of Information and Privacy (OIP), Department of Justice. The remainder of this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

12. This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

13-16. Admitted.

17. The defendant admits that twenty working days elapsed without a determination of the appeal by OIP. The remainder of this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

18. This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

19-21. Admitted.

22. The defendant admits that twenty working days elapsed without a determination of the appeal by OIP. The remainder of

this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

    23. This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

    24-26. Admitted.

    27. The defendant admits that twenty working days elapsed without a determination of the appeal by OIP. The remainder of this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

    28. This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

    29-31. Admitted.

    32. The defendant admits that twenty working days elapsed without a determination of the appeal by OIP. The remainder of this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

    33. This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

    34-38.    Admitted.

    39.    The defendant admits that twenty working days elapsed without a determination of the appeal by OIP. The remainder of this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

    40.    This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

    41-42.    Admitted.

    43.    The defendant admits that twenty working days elapsed without a determination of the appeal by OIP. The remainder of this paragraph is a conclusion of law to which no response is necessary. To the extent a response is required, the defendant admits plaintiff exhausted its administrative remedies.

    44.    This paragraph contains conclusions of law to which no response is necessary. To the extent a response is deemed required, they are denied.

    The remainder of plaintiff's complaint is a prayer for relief. The defendant denies that the plaintiff is entitled to the relief sought or to any relief whatsoever.

    Wherefore, it is requested that the Court dismiss the Complaint with prejudice and grant the defendant relief as it deems appropriate.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

Of Counsel:
CHRISTINE A. KEIFER
Office of General Counsel
Federal Bureau of Investigation