IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU )<br>OF INVESTIGATION )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0866(JR) |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including September 23, 2007.

In this FOIA case, the initial search for responsive documents was unfruitful. After suit was filed, another search of the FBI's normal databases produced little or no results. The FBI has drafted a memorandum to sent to six or seven FBI field offices requesting an additional search of their records in hopes that documents responsive to plaintiff's FOIA request that were not retrievable by the usual search methods will be located. The return date on the memorandum is approximately three weeks. Assuming this search is successful, at least in part, any documents would have to be processed under the FOIA exemptions by the FBI and then a motion prepared. Of course, neither the FBI nor counsel have any idea what this additional search will produce in the way of responsive documents.

Counsel for the defendant contacted plaintiff's counsel who is checking with his client to ascertain what position he will be taking on this motion.  Counsel for the defendant will advise the Court of plaintiff's position as soon as she hears.

Wherefore, it is respectfully requested that the defendant have up to and including September 23, 2007 to file a dispositive motion.

                         Respectfully submitted,

                         __/s/_____
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney

                         __/s/_____
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney

                         __/s/_____
                         DIANE M. SULLIVAN, D. C. BAR # 12765
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 Fourth Street, N.W.
                         Room E4919
                         Washington, D.C. 20530
                         (202) 514-7205