UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAE PRODUCTIONS, INC.,            :
                                  :
        Plaintiff,                :
                                  :
    v.                            : Civil Action No. 07-0866 (JR)
                                  :
FEDERAL BUREAU OF INVESTIGATION,  :
                                  :
        Defendant.                :

### ORDER

Upon consideration of defendant's motion for enlargement of time [6] to and including September 23, 2007 to file a dispositive motion, it is

**ORDERED** that the motion is **granted**.

_____
JAMES ROBERTSON
United States District Judge