IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
SAE PRODUCTIONS, INC.         )
                              )
            Plaintiff,        )
                              )
    v.                        )  Civil Action No. 07-0866(JR)
                              )
FEDERAL BUREAU                )
OF INVESTIGATION              )
                              )
            Defendant.        )
                              )
_____ )
```

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including November 7, 2007.

In this FOIA case, the FBI conducted another search for documents responsive to plaintiff's FOIA requests. A release of responsive documents, not exempt from disclosure, was made on September 21, 2007. The FBI needs thirty days to prepare a <u>Vaughn</u> index for counsel and counsel will need additional time after receipt of the <u>Vaughn</u> index to prepare a dispositive motion.

Counsel for the defendant contacted plaintiff's counsel who consents to this request. Counsel for the parties have agreed to see if they can narrow the issues, after plaintiff has had an opportunity to review the released documents.

Wherefore, it is respectfully requested that the defendant have up to and including November 7, 2007 to file a dispositive motion.

                Respectfully submitted,

                __/s/_____
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                __/s/_____
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                __/s/_____
                DIANE M. SULLIVAN, D. C. BAR # 12765
                Assistant United States Attorney
                Judiciary Center Building
                555 Fourth Street, N.W.
                Room E4919
                Washington, D.C. 20530
                (202) 514-7205

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAE PRODUCTIONS, INC. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-0866(JR) |
|  | ) |
| FEDERAL BUREAU | ) |
| OF INVESTIGATION | ) |
|  | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the Consent Motion for an Enlargement of Time, and for good cause shown, it is on this _____day of _____, 2007,

ORDERED, that the defendant's motion is GRANTED.  It is

FURTHER ORDERED that defendant will have up to and including November 7, 2007 to file a dispositive motion.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Parties via ECF