IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0866(JR) |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including November 28, 2007.

The FBI has completed the search and made a release. The parties are endeavoring to narrow the issues to be litigated which we hope to do next week. Counsel for the defendant, in addition to several depositions and mediations, has an oral argument in the Court of Appeals on November 16, 2007 which has a 2,000 page Joint Appendix. Counsel will not have sufficient time until after oral argument to prepare a dispositive motion in the instant case.

Plaintiff's counsel consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including November 28, 2007 to file a dispositive motion.

```
                         Respectfully submitted,

                         __/s/_____
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney


                         __/s/_____
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney


                         __/s/_____
                         DIANE M. SULLIVAN, D. C. BAR # 12765
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 Fourth Street, N.W.
                         Room E4919
                         Washington, D.C. 20530
                         (202) 514-7205
```