IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SAE PRODUCTIONS, INC.          )
                               )
            Plaintiff,         )
                               )
      v.                       )  Civil Action No. 07-0866(JR)
                               )
FEDERAL BUREAU                 )
OF INVESTIGATION               )
                               )
            Defendant.         )
                               )
_____)
```

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves the Court for summary judgment with regard to plaintiff's FOIA requests made to the Federal Bureau of Investigation because there are no material issues of fact and defendant is entitled to judgment as a matter of law.

In support of this motion, the defendant submits the attached Memorandum of Points and Authorities, Statement of Material Facts as to Which There Is No Genuine Issue, and the Declaration of David M. Hardy.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
                                    )
SAE PRODUCTIONS, INC.               )
                                    )
              Plaintiff,            )
                                    )
       v.                           )  Civil Action No. 07-0866(JR)
                                    )
FEDERAL BUREAU                      )
OF INVESTIGATION                    )
                                    )
              Defendant.            )
                                    )
                                    )
```

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**INTRODUCTION**

The Federal Bureau of Investigation (FBI) has submitted a declaration by David M. Hardy, in support of this motion addressing the search for records responsive to plaintiff's FOIA requests (See Declaration of David M. Hardy (Hardy Decl.)).[1]

**FACTUAL BACKGROUND**

The factual background concerning plaintiff's FOIA requests is set out in detail in the Declaration of Mr. Hardy and in the Statement of Material Facts as to Which There Is No Genuine Issue, which are incorporated herein by reference.

In summary, a reasonably thorough search was conducted of all databases that were reasonably expected to have records

---

[1] The plaintiff is only challenging the adequacy of the search in response to plaintiff's FOIA requests and thus the defendant will only address the adequacy of the search in this memorandum.

responsive to plaintiff's FOIA requests to FBIHQ and the six
field offices identified by plaintiff.

**ARGUMENT**

**I.   Standard of Review**

Motions for summary judgment are governed by Federal Rule of
Civil Procedure 56, which provides that the "judgment sought
shall be rendered forthwith if . . . there is no genuine issue as
to any material fact."  Fed. R. Civ. P. 56(c).  Where no genuine
dispute exists as to any material fact, summary judgment is
required.  Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986).
A genuine issue of material fact is one that would change the
outcome of the litigation.  Id. at 248.  "The burden on the
moving party may be discharged by 'showing' -- that is, pointing
out to the [Court] -- that there is an absence of evidence to
support the non-moving party's case."  Sweats Fashions, Inc. v.
Pannill Knitting Company, Inc., 833 F.2d 1560, 1563 (Fed. Cir.
1987), (quoting Celotex Corp. v. Catrett, 477 U.S. 317 (1986)
(emphasis in original)).

Once the moving party has met its burden, the non-movant may
not rest on mere allegations, but must instead proffer specific
facts showing that a genuine issue exists for trial.  Matsushita
Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986).
Thus, to avoid summary judgment, the plaintiff must state
specific facts or present some objective evidence that would

2

enable the court to find he is entitled to relief.  In Celotex
Corp. v. Catrett, 477 U.S. 317 (1986), the Supreme Court held
that, in responding to a motion for summary judgment, the party
who bears the burden of proof on an issue at trial must "make a
sufficient showing on an essential element of [his] case" to
establish a genuine dispute.  Id. at 322-23.

    In an opinion issued the same day as Celotex, the Supreme
Court attempted to explain under what circumstances summary
judgment is appropriate:

> If the evidence is merely colorable, . . . or is not
> significantly probative, . . . summary judgment may be
> granted . . . [T]he mere existence of a scintilla of
> evidence in support of the plaintiff's position will be
> insufficient; there must be evidence on which the jury
> could reasonably find for the plaintiff.

Anderson v. Liberty Lobby, Inc., 477 U.S. at 249-50, 252.  See
Johnson v. Digital Equipment Corp., 836 F. Supp. 14, 15 (D.D.C.
1993).  In Celotex, the Supreme Court further instructed that the
"[s]ummary judgment procedure is properly regarded not as a
disfavored procedural shortcut, but rather as an integral part of
the Federal Rules as a whole, which are designed 'to secure the
just, speedy and inexpensive determination of every action.'"
477 U.S. at 327.

    FOIA cases are typically resolved on summary judgment.  See
Cooper Cameron Corp. v. Department of Labor, 280 F.3d 539, 543
(5th Cir. 2002).  To discharge its burden, the agency must prove
that each document that falls within the class of requested

records has either been produced, is unidentifiable, or is exempt.  See National Cable Television Ass'n, Inc. v. Federal Communications Commission, 479 F.2d 183, 186 (D.C. Cir. 1973). In a FOIA case, the Court may award summary judgment solely on the basis of information provided in affidavits or declarations when the affidavits or declarations describe, "the documents and the justifications for nondisclosure with reasonably specific detail, demonstrate that the information withheld logically falls within the claimed exemption, and are not controverted by either contrary evidence in the record nor by evidence of agency bad faith."  Military Audit Project v. Casey, 656 F.2d 724, 738 (D.C. Cir. 1981).  See also Weisberg v. Dep't of Justice, 745 F.2d 1476, 1485 (D.C. Cir. 1984).  The Court exercises de novo review over FOIA matters, and the burden is on the agency to justify all nondisclosures.  See 5 U.S.C. § 552(a)(4)(B); Department of Justice v. Reporters Comm. for Freedom of the Press, 489 U.S. 749, 755 (1989).

"Summary judgment is available to the defendant in a FOIA case, when the agency proves that it has fully discharged its obligations under FOIA."  Miller v. United States Dept. of State, 779 F.2d 1378, 1382 (8th Cir. 1985.)  Agencies establish that all of their obligations under the FOIA have been met through declarations and Vaughn indexes.  Thus, when the pleadings, supplemented by affidavits or declarations, show no genuine issue

4

as to any material fact and the defendant is entitled to judgment as a matter of law, summary judgment should be granted to the defendant.  <u>Perry v. Block</u>, 684 F.2d 121 (D.C. Cir. 1982).

**II.  <u>The Search Was Adequate</u>**.

The adequacy of an agency's search under the FOIA is "measured by a `standard of reasonableness,'" <u>Weisberg v. United States Dep't of Justice</u>, 705 F.2d 1344, 1352 (D.C. Cir. 1983) (quoting <u>McGehee v. CIA</u>, 697 F.2d 1095, 1100 (D.C. Cir. 1983)), which varies according to the circumstances unique to each case. <u>Id</u>. (quoting <u>Founding Church of Scientology v. Nat'l Sec. Agency</u>, 610 F.2d 824, 834 (D.C. Cir. 1979)).  The reasonableness inquiry does not examine "the fruits of the search," but instead focuses upon "the appropriateness of the methods used to carry out the search." <u>Iturralde v. Comptroller of the Currency</u>, 315 F.3d 311, 315 (D.C. Cir. 2003).  Thus, the fundamental question is not "whether there might exist any other documents possibly responsive to the request, but rather whether the search for those documents was adequate." <u>Steinberg v. United States Dep't of Justice</u>, 23 F.3d 548, 551 (D.C. Cir. 1994) (emphasis in original).

At the summary judgment stage, the agency is entitled to prevail if it shows "beyond material doubt . . . that it has conducted a search reasonably calculated to uncover all relevant documents." <u>Weisberg</u>, 705 F.2d at 1351.  To meet its burden, the agency must proffer affidavits or declarations that shed sufficient

5

light on "the scope and method of the search conducted by the
agency." Perry v. Block, 684 F.2d 121, 127 (D.C. Cir. 1982) (per
curiam). Simply put, these statements must be "`relatively
detailed' and nonconclusory and must be submitted in good faith."
Goland v. CIA, 607 F.2d 339, 352 (D.C. Cir. 1978) (footnote
omitted), quoted in Perry, 684 F.2d at 127. Because agency
affidavits enjoy a presumption of good faith, Ground Saucer Watch,
Inc. v. CIA, 692 F.2d 770, 771 (D.C. Cir. 1981) (per curiam),
usually it is only the first two factors that are at issue.

Once the agency has successfully satisfied its prima facie
obligation, the requester may rebut by presenting countervailing
evidence, including evidence of bad faith. Meeropol, 790 F.2d at
958; Founding Church of Scientology, 610 F.2d at 836. "[P]urely
speculative claims about the existence and discoverability of other
documents," however, do not suffice to discredit agency affidavits.
Ground Saucer Watch, 692 F.2d at 771. Moreover, even in situations
where the agency acknowledges that the requested document still
exists or once existed, "the failure to turn up this document does
not alone render the search inadequate." Nation Magazine,
Washington Bureau v. United States Customs Serv., 71 F.3d 885, 892
n.7 (D.C. Cir. 1995) (citing Perry, 684 F.2d at 128); accord
Iturralde, 315 F.3d at 315 ("[I]t is long settled that the failure
of an agency to turn up one specific document in its search does
not alone render a search inadequate."). In such situations, an

6

otherwise reasonable search remains adequate unless circumstances
reveal "positive indications of overlooked materials." Founding
Church of Scientology, 610 F.2d at 837; accord Valencia-Lucena v.
United States Coast Guard, 180 F.3d 321, 327-28 (D.C. Cir. 1999).
Thus, the FOIA does not require an agency to "account for documents
which the requester has in some way identified if it has made a
diligent search for those documents in places in which they might
be expected to be found." Miller v. United States Dep't of State,
779 F.2d 1378, 1385 (8th Cir. 1985), cited with approval in
Iturralde, 315 F.3d at 315.  Here, there is no indication that
materials were overlooked.

     The District Court should grant the FBI's summary judgment
because the Hardy Declaration, submitted in support of this motion,
explains in detail the procedures used to search for responsive
documents, such that no substantial doubt remains as to the
efficacy of the search methodology employed by the FBI in
responding to plaintiff's FOIA requests.  See Iturralde, 315 F.3d
at 314-15; Founding Church of Scientology, 610 F.2d at 834-35.

     The declaration of Mr. Hardy and attached exhibits are a
clear, concise, and nonconclusory description of the search the
FBI conducted to locate responsive records maintained by FBIHQ
and the Field Offices identified by plaintiff.  The declaration
demonstrates that the search was reasonable, thorough, and
adequate.  The FBI searched for all records identifiable to the

7

organizations and events designated by plaintiff and maintained by FBIHQ and the respective Field Offices identified by plaintiff in the CRS system and files most likely to have responsive records, including main files and cross-references (Hardy Decl., ¶¶ 51, 52, 53, 60, 61). See Church of Scientology, 30 F.3d at 230 (search done of the United States Attorney's Office computerized records systems was adequate).  Indeed, the FBI conducted a targeted search of certain FBI personnel at FBIHQ and the relevant Field Offices in an attempt to locate additional non-serialized documents (Id. at ¶¶ 60-61). See Valencia-Lucena, 180 F.3d at 326.  Thus, the searches conducted by the FBI were reasonably calculated to locate the relevant records.  Oglesby v. U.S. Dept. of Army, 920 F. 2d 57 (D.C. Cir. 1990).

## CONCLUSION

     For the foregoing reasons, summary judgment should be granted in favor of the FBI.

Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
SAE PRODUCTIONS, INC.         )
                              )
              Plaintiff,      )
                              )
     v.                       ) Civil Action No. 07-0866(JR)
                              )
FEDERAL BUREAU                )
OF INVESTIGATION              )
                              )
              Defendant.      )
                              )
_____)
```

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**AS TO WHICH THERE IS NO ISSUE**

In accordance with Rule 7(h), the defendant submits the
following Statement of Material Facts as to Which There Is No
Genuine issue:

1.   By letter dated January 2, 2007, addressed to the FBI's
Cleveland Field Office ("CVFO"), plaintiff submitted a FOIA
request for records pertaining to an alleged training program
established by the CAIR for officials from the FBI, and the city
police force in Cleveland, Ohio.  Specifically, plaintiff
requested any written, video or audio materials used in the
session; any and all correspondence between the FBI and CAIR
associated with the session; any reports, memoranda, e-mails or
other internal FBI documents related to the session; identity
information of the CAIR presenter at the session; and any
attendee evaluation forms/documents that may have been prepared

resulting from the session.  Plaintiff provided the FBI with a news article titled "U.S. Law Enforcement Gets Lessons on Islam." (Hardy Decl., ¶ 5, Exhibit A).

2.  By letter dated January 8, 2007, the CVFO acknowledged receipt of plaintiff's FOIA request and advised that the request had been forwarded to FBIHQ for processing.  Plaintiff was advised that the Records Information Dissemination Section (RIDS) at FBIHQ would maintain the request in the order that it was received, and would assign it for processing and response in turn.  In addition, plaintiff SAE was advised that RIDS would assign the request a FOIPA number and advise of that number as soon as possible.  Further, plaintiff SAE was advised to direct any future correspondence concerning the request to FBIHQ (Id., ¶ 6, Exhibit B).

3.  By letter dated January 16, 2007, FBIHQ acknowledged receipt of plaintiff's FOIA request and assigned it Request No. 1067168 (Id., ¶ 7, Exhibit C).

4.  By letter dated January 24, 2007, FBIHQ advised plaintiff that its FOIA request – which had been assigned Request No. 1067168 – had been forwarded from the CVFO.  FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the Central Records System ("CRS") at FBIHQ.  Plaintiff was advised that a search of the automated indices located no records responsive to its FOIA request

2

(Request No. 1067168) for records pertaining to the American-Islamic Relations Cleveland Meeting.  Plaintiff was advised of the right to file an administrative appeal to the U.S. Department of Justice ("DOJ"), Office of Information and Privacy ("OIP") (Id., ¶ 8,  Exhibit D).

5.   By letter dated March 5, 2007, plaintiff appealed the FBI's action to OIP (Id., ¶ 9, Exhibit E).

6.   By letter dated March 28, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-0893 (Id., ¶ 10, Exhibit F).

7.   By letter dated September 20, 2007, FBIHQ advised plaintiff that a further search had located responsive documents and it was releasing 51 pages out of a total of 51 pages in response to FOIPA Request No. 1067168.  Plaintiff was advised that certain information in the documents was exempt from disclosure pursuant to the provisions of the FOIA, 5 U.S.C. § 552 (b)(2) and (b)(6).  Furthermore, plaintiff was advised of  the right to file an administrative appeal (Id., ¶ 11, Exhibit G).

8.   By letter dated June 14, 2007, OIP, advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia.  Plaintiff was advised that since the matter was before the Court, OIP was

closing referenced appeal nos. 07-0893 in accordance with 28 C.F.R. § 16.9(a)(3) (2006) (Id., ¶ 12, Exhibit KK).

9.  By letter dated January 4, 2007, plaintiff submitted a FOIA request to FBIHQ for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the Partnership for Prevention and Community (PFP)(Id., ¶ 13, Exhibit H).

10.  By letter dated February 9, 2007, FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the CRS at FBIHQ.  FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request (Request No. 1068705) for records pertaining to the PFP.  Plaintiff was advised of its right to file an administrative appeal (Id., ¶ 14, Exhibit I).

11.  By letter dated March 5, 2007, plaintiff appealed the FBI's action to OIP.  Plaintiff's counsel enclosed two letters from Special Agents in Charge at the FBI's Washington ("WFO") and Boston ("BSFO") field offices which thanked Professor Deborah A. Ramirez, Executive Director of Partnering for Prevention, for having provided the WFO with a copy of "Promising Practices Guide and the opportunity for the BSFO to participate in the Boston Pilot Project."[1] (Id., ¶ 15, Exhibit J.).

---

[1] In accordance with the DOJ FOIA regulations, 28 C.F.R. §§ 16.3(a) and 16.41(a), FOIA requesters are placed on constructive notice that it is incumbent upon them to direct their requests to

12.  By letter dated March 28, 2007, OIP acknowledged
receipt of plaintiff's appeal and assigned it Appeal No. 07-0894
(Id., ¶ 16, Exhibit K).

13.  By letter dated September 20, 2007, FBIHQ released to
plaintiff four pages out of a total of four pages located  in
response to FOIPA Request No. 1068705-001.  No information was
withheld from these documents (Id., ¶ 17, Exhibit L).

14.  By letter dated June 14, 2007, OIP advised plaintiff
that it had been informed that a complaint for judicial review of
the action of the FBI had been filed in the United States
District Court for the District of Columbia.  Plaintiff was
advised that since the matter was before the Court, OIP was
closing referenced appeal no. 07-0894 in accordance with 28
C.F.R. § 16.9(a)(3) (2006) (Id., ¶ 18, Exhibit KK).

15.  By letter dated March 5, 2007, plaintiff submitted a
FOIA request to the FBI's Boston Field Office ("BSFO") for all
memoranda, e-mails, correspondence, videos, audio tapes, reports,
etc., that the FBI has related to the PFP (Id., ¶ 19, Exhibit M).

16.  By letter dated March 5, 2007, plaintiff submitted a
FOIA request to the FBI's Los Angeles Field Office ("LAFO") for
all memoranda, e-mails, correspondence, videos, audio tapes,
reports, etc., that the FBI has related to the PFP (Id., ¶ 20,
Exhibit N).

_____

those FBI field offices most likely to have responsive records.

17.  By letter dated March 20, 2007, FBIHQ acknowledged receipt of plaintiff's FOIA request to BSFO and assigned it FOIPA Request No. 1073074 (Id., ¶ 21, Exhibit O).

18.  By letter dated March 21, 2007, FBIHQ acknowledged receipt of plaintiff's FOIA request to LAFO and advised that this request had also been assigned FOIPA Request No. 1073074 (Id., ¶ 22, Exhibit P).

19.  By letter dated March 26, 2007, FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the CRS at the BSFO and LAFO.  FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request (Request No. 1073074) for records pertaining to the PFP.  Plaintiff was advised of its right to file an administrative appeal (Id., ¶ 23, Exhibit Q).

20.  By letter dated March 30, 2007, plaintiff appealed the FBI's "no records" response to OIP (Id., ¶ 24, Exhibit R).

21.  By letter dated April 18, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-1078 (Id., ¶ 25, Exhibit S).

22.  By letter dated May 21, 2007, OIP affirmed the FBI's action.  Plaintiff was advised of its right to seek judicial review (Id., ¶ 26, Exhibit T).

23.  By letter dated September 21, 2007, FBIHQ advised plaintiff that it had conducted an additional search of the

6

automated indices to the Central Records System ("CRS") and had located no main files or cross-references in the Boston, Los Angeles, Detroit, and San Diego field offices that pertained to requests for the PFP (See Counts Three, Five, and Six of Plaintiff's Complaint).  We further advised plaintiff that a renewed search of FBIHQ automated indices for documents that pertained to the "12/09/06 town hall meeting" yielded no responsive material (See Count Seven of Plaintiff's Complaint) (Id., ¶ 27, Exhibit U).

24.  By letter dated May 21, 2007, OIP advised plaintiff that after carefully considering the appeal for documents that pertained to the PFP, its office was affirming the FBI's action that pertained to Request. No. 1073074 (Id., ¶ 28, Exhibit V).

25.  By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's Detroit Field Office ("DEFO") for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc., that the FBI has related to the PFP (Id., ¶ 29, Exhibit V).

26.  By letter dated March 15, 2007, FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the CRS at the DEFO.  FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request (Request No. 1072819) for records pertaining to the PFP.  Plaintiff was advised of its right to file an administrative appeal (Id., ¶ 30, Exhibit W.).

7

27.  By letter dated March 22, 2007, plaintiff appealed the FBI's action regarding FOIA Request No. 1072819 to OIP (Id., ¶ 31, Exhibit X).

28.  By letter dated April 9, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-1047 (Id., ¶ 32, Exhibit Y).

29.  By letter dated June 14, 2007, OIP, advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia.  Plaintiff was advised that since the matter was before the Court, OIP was closing referenced Appeal no. 07-1047 in accordance with 28 C.F.R. § 16.9(a)(3) (2006) (Id., ¶ 33, Exhibit KK).

30.  By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's San Diego Field Office ("SDFO") for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc., that the FBI has related to the PFP (Id., ¶ 34, Exhibit Z).

31.  By letter dated March 19, 2007, the SDFO acknowledged receipt of plaintiff's FOIA request dated March 5, 2007, and advised that the request had been forwarded to FBIHQ for processing.  Plaintiff was advised that the Record/Information Dissemination Section ("RIDS") at FBIHQ would maintain the request in the order that it was received, and would assign it for processing and response in turn.  In addition, plaintiff was

8

advised that RIDS would assign the request a FOIPA Number and advise of that number as soon as possible.  Further, plaintiff was advised to direct any future correspondence concerning the request to FBIHQ (Id., ¶ 35, Exhibit AA).

32.  By letter dated April 27, 2007, FBIHQ advised plaintiff that Request No. 1076466 had been forwarded to FBIHQ from the SDFO.  Plaintiff was advised that to promptly respond to requests, it concentrates on identifying main files in the CRS at SDFO.  FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request for records pertaining to the PFP.  Plaintiff was advised of the right to file an administrative appeal (Id., ¶ 36, Exhibit BB).

33.  By letter dated May 1, 2007, plaintiff appealed the FBI's action regarding FOIA Request No. 1076466 to OIP (Id., ¶ 37, Exhibit CC).

34.  By letter dated May 17, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-1449 (Id., ¶ 38, Exhibit DD).

35.  By letter dated June 28, 2007, OIP advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia.  Plaintiff was advised that since the matter was before the Court, OIP was

closing the appeal in accordance with 28 C.F.R. § 16.9(a)(3)
(2006) (<u>Id</u>., ¶ 39, Exhibit EE).

36.  By letter dated January 9, 2007, plaintiff submitted a
FOIA request to FBIHQ for all files and records from the December
9, 2006, town hall meeting hosted by the Springfield Field Office
("SIFO") with local Muslim community leaders, as well as a list
of attendees with their names and affiliation.  Further,
plaintiff requested any correspondence, memos and/or e-mails
related to this meeting, as well as any video tape material made
of the meeting.  Plaintiff enclosed an FBI Press Room release
regarding the December 9, 2006, town hall meeting (<u>Id</u>., ¶ 40,
Exhibit FF).

37.  By letter dated January 22, 2007, FBIHQ acknowledged
receipt of plaintiff's FOIA request and assigned it Request No.
1067518 (<u>Id</u>., ¶ 41, Exhibit GG).

38.  By letter dated January 25, 2007, FBIHQ advised
plaintiff that to promptly respond to requests, it concentrates
on identifying main files in the CRS at FBIHQ.  Plaintiff was
advised that a search of the automated indices located no records
responsive to its FOIA request (Request No. 1067518) for records
pertaining to the Springfield, Illinois December 9, 2006,  town
hall meeting.  Plaintiff was advised of the right to file an
administrative appeal (<u>Id</u>., ¶ 42, Exhibit HH).

39.  By letter dated March 5, 2007,  plaintiff appealed the FBI's action regarding FOIA Request No. 1067518 to OIP (<u>Id</u>., ¶ 43, Exhibit II).

40.  By letter dated March 28, 2007,  OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-0892 (<u>Id</u>., ¶ 44, Exhibit JJ).

41.  By letter dated June 14, 2007, OIP, advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia.  Plaintiff was advised that since the matter was before the Court, OIP was closing referenced Appeal Nos. 07-0892, 07-0893, 07-0894, and 07-1047 in accordance with 28 C.F.R. § 16.9(a)(3) (2006) (<u>Id</u>., ¶ 45, Exhibit KK).

42.  By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's SIFO for all files and records from the December 9, 2006, town hall meeting with local Muslim community leaders, as well as a list of attendees with their names and affiliation.  Further, plaintiff requested any correspondence, memos and/or e-mails related to this meeting, as well as any video tape material made of the meeting.  Plaintiff enclosed an FBI Press Room release regarding the December 9, 2006, town hall meeting (<u>Id</u>., ¶ 46, Exhibit LL).

11

43.  By letter dated March 20, 2007, the Chief Division Counsel of the FBI's SIFO advised plaintiff of receipt of its FOIA request. Plaintiff was advised that the request had been forwarded to FBIHQ for processing.  Plaintiff was advised that RIDS at FBIHQ would maintain the request in the order that it was received, and would assign it for processing and response in turn.  In addition, plaintiff was advised that RIDS would assign the request a FOIPA Number and advise of that number as soon as possible.  Further, plaintiff was advised to direct any future correspondence concerning the request to FBIHQ (Id., ¶ 47, Exhibit MM).

44.  By letter dated September 20, 2007, FBIHQ advised plaintiff that its March 4, 2006 request to the SIFO office had been assigned FOIPA Request No. 1080267-000.  In addition, FBIHQ advised that it had located responsive documents and released 92 pages out of a total of 92 pages, with certain information redacted pursuant to 5 U.S.C. §§ 552 (b)(2) and (b)(6). Furthermore, plaintiff was advised of its right to file an administrative appeal (Id., ¶ 48, Exhibit NN).

45.  The Central Records System ("CRS") enables the FBI to maintain all information which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.  The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law

enforcement purposes.  CRS is organized into a numerical sequence
of files, called FBI "classifications," which are broken down
according to subject matter.  The subject matter of a file may
correspond to an individual, organization, company, publication,
activity, or foreign intelligence matter (or program).  Certain
records in the CRS are maintained at FBIHQ, whereas records that
are pertinent to specific field offices of the FBI are maintained
in those field offices.  While the CRS is primarily designed to
serve as an investigative tool, the FBI searches the CRS for
documents that are potentially responsive to FOIA/Privacy Act
requests.  The mechanism that the FBI uses to search the CRS is
the Automated Case Support System ("ACS") (Id., ¶ 49).

46.    The ACS was implemented for all Field Offices, Legal
Attaches ("Legats"), and FBIHQ in order to consolidate portions
of the CRS that were previously automated.  ACS can be described
as an internal computerized subsystem of the CRS.  Because the
CRS cannot electronically query the case files for data, such as
an individual's name or social security number, the required
information is duplicated and moved to the ACS so that it can be
searched.  More than 105 million records from the CRS were
converted from automated systems previously utilized by the FBI.
Automation did not change the CRS; instead, automation has
facilitated more economic and expeditious access to records
maintained in the CRS (Id., ¶ 50).

13

47.    The retrieval of data from the CRS is made possible
through the ACS using the General Indices, which are arranged in
alphabetical order.[2]  The entries in the General Indices fall
into two categories:

>    (a) A "main" entry -- A "main" entry, or
>    "main" file, carries the name corresponding
>    with a subject of a file contained in the
>    CRS.
>
>    (b) A "reference" entry --"Reference"
>    entries, sometimes called "cross-references,"
>    are generally only a mere mention or
>    reference to an individual, organization, or
>    other subject matter, contained in a document
>    located in another "main" file on a different
>    subject matter.

(Id., ¶ 51)

48.    Searches made in the General Indices to locate
records concerning particular subjects are made by searching the
subjects requested in the index (Id., ¶ 52).

49.    The ACS consists of three integrated, yet separately
functional, automated applications that support case management
functions for all FBI investigative and administrative cases:

>    (a)  Investigative Case Management ("ICM") – ICM
>    provides the ability to open, assign, and close
>    investigative and administrative cases as well as set,
>    assign, and track leads.  The Office of Origin ("OO"),
>    which sets leads for itself and other field offices, as
>    needed, opens a case.  The field offices that receive
>    leads from the OO are referred to as Lead Offices
>    ("LOs").  When a case is opened, it is assigned a

---

[2] The General Indices are not only automated but also include
index cards which allow a manual search for records that pre-date
the implementation of ACS on October 16, 1995.

Universal Case File Number ("UCFN"), which is used by
all FBIHQ, as well as all FBI field offices and Legats
that are conducting or assisting in the investigation.
Using the [fictitious] file number "100-HQ-1234," as an
example, an explanation of the UCFN is as follows:
"100" indicates the classification for the specific
type of investigation, i.e., National Foreign
Intelligence Program; "HQ" is the abbreviated form used
for the OO of the investigation, which in this case is
FBIHQ; and "1234" denotes the individual case file
number for the particular investigation.

(b) Electronic Case File ("ECF") – ECF serves as the
central electronic repository for the FBI's official
text-based documents.  ECF supports the universal
serial concept in that only the creator of a document
serializes it into a file.  This provides single-source
entry of serials into the computerized ECF system. All
original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the
universal concepts of ACS by providing a complete
subject/case index to all investigative and
administrative cases.  Only the OOs are  required to
index; however, the LOs may index additional
information as needed.  UNI, an index of approximately
99.8 million records, functions to index names to
cases,  and to search names and cases for use in FBI's
investigations.  Names of individuals or organizations
are recorded with identifying applicable information,
such as date or place of birth, race, sex, locality,
Social Security number, or address, and/or date of
event.

(Id., ¶ 53)

   50.  The decision to index names other than subjects,

suspects, and victims is a discretionary decision made by the FBI

Special Agent ("SA") – and on occasion, support employees –

assigned to work on the investigation, the Supervisory SA ("SSA")

in the field office conducting the investigation, and the SSA at

FBIHQ.  The FBI does not index every name in its files; rather,

it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this enormous amount of data, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal and national security statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on particular subject matters or individuals. (Id., ¶ 54)

51. In response to plaintiff's Request No.1067168, FBIHQ conducted its routine searches of the CRS on or about January 19, 2007 – using the organizational name "Council on American Islamic Relations" and the acronym "CAIR" – in an effort to locate any responsive main investigatory files maintained at the CLFO. This search located no records responsive to plaintiff's FOIA Request No.1067168. FBIHQ searched the CRS for the second subject of plaintiff's request – "The Partnership for Prevention and Community Safety Initiative" and "PFP"–  in order to locate any main investigatory files maintained at FBIHQ (Request No.1068705 – searched conducted on or about February 1, 2007), BSFO and LAFO (Request No. 1073074 – search conducted on or about March 19, 2007), DEFO (Request No. 1072819 – search conducted on or about

16

March 9, 2007), and SDFO (Request No. 1076466 – search conducted on or about April 20, 2007).  This search located no main files responsive to plaintiff's requests.  Lastly, FBIHQ searched the CRS on or about January 19, 2007, for records pertaining to the December 9, 2006, town hall meeting (Request No. 1067518).  This search located no main files responsive to plaintiff's request (Id., ¶ 55).

52.  In the absence of a specific request for a search of cross-references at the initial administrative stage, the FBI's current policy is to search for and identify only "main" files responsive to FOIA requests.  In this case, none of plaintiff's initial FOIA requests included a specific request for a search for cross-references.  Nevertheless, the FBI conducted searches of its HQ active and inactive indices to determine whether any responsive cross-references may exist, as well as that of the Cleveland, Boston, Los Angeles, Detroit, San Diego, and the Springfield field offices (the exact indices searched depended on the offices identified in the specific request) for the referenced subjects (Id., ¶ 56).

53.  The FBI also sent an Electronic Communication ("EC") to the above field offices and the Offices of Public Affairs and Congressional Affairs at FBIHQ and requested that employees search for and identify any non-serialized potentially responsive documents.  And although the FBI followed up on plaintiff's

17

counsel's suggestion of additional FBI employees who may have knowledge of the location of potentially responsive material, those leads did not yield any additional records (Id., ¶ 57).

54.  These aggregate search efforts identified the following non-investigatory material as follows: Count One, 51 pages of material pertaining to CAIR, which consists of several news articles and related organizational pamphlets; Count Two, one four-page news article responsive to the PFP; Count Eight, a two-page thank-you letter to the attendees of the 12/9/06 town hall meeting, a four-page EC, and numerous pictures taken at this event (Id., ¶ 58, Exhibit PP).

55.  Of the 51 pages of material that pertained to the organization CAIR (Count One) 51 pages were released with partial redactions of information.  Subsequently, four pages of material that related to PFP (Count Two) were located and released in their entirety.  Lastly, of the 92 pages of material that pertained to the 12/09/06 town hall meeting (Count Eight), 85 pages were released with partial redaction of information and seven pages were released in their entirety (Id., ¶ 59, Exhibit PP).

56.  Every effort was made to provide plaintiff with all reasonably segregable portions of material.  To further describe the withheld information would identify the protected material, thus negating the purpose of the exemptions.  The FBI has been

18

advised that plaintiff is no longer challenging any of the
claimed exemptions; as a result, this declaration will not
include a detailed discussion of the justifications for the
withheld information (Id., ¶ 60).

57.  The FBI has conducted a search reasonably calculated to
uncover all documents potentially responsive to plaintiff's
multiple requests.  This search has included a search for main
files and cross-references at FBIHQ and in the Cleveland, Boston,
Los Angeles, Detroit, San Diego, and Springfield Offices; and a
targeted search directed to certain FBI personnel at FBIHQ and in
the above-referenced field offices via EC and e-mail designed to
yield any additional non-serialized documents.  Each responsive
document was individually reviewed for segregability of non-
exempt information and it the FBI has determined that all
reasonably segregable information has been released to plaintiff.
The only information withheld by the FBI consists of information,
the disclosure of which could disrupt official FBI business, or
would constitute a clearly unwarranted invasion of the privacy of
third party individuals (Id., ¶ 61).

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAE PRODUCTIONS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 07-CV-00866-JR |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| Defendant. | ) | |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C.  I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law.  In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy.  From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters.  I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)     In my official capacity as Section Chief of RIDS, I supervise approximately 214 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests

for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial

decisions and Presidential and Congressional directives. The statements contained in this

declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance

therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware

of the treatment which has been afforded the FOIA requests of Steven Emerson, on behalf of

plaintiff SAE Productions, Inc., who seeks access to records pertaining to the Council on

American Islamic Relations ("CAIR"), the Partnership for Prevention and Community Safety

Initiative ("PFP"), and a Springfield, Illinois town hall meeting held on December 9, 2006, with

Muslim community leaders, FBI personnel, and officials of the United States Attorney's Office.

(4)     This declaration, filed in support of defendant's motion for summary judgment,

will provide the Court and plaintiff with an explanation of the procedures used to search for

records responsive to plaintiff's requests, and the review and processing of these responsive FBI

records. The FBI has been advised that plaintiff is no longer challenging any of the claimed

exemptions; as a result, this declaration will not include a detailed discussion of the justifications

for the withheld information.[1]

---

[1]  The FBI is not the proper party defendant in this FOIA case.  Pursuant to 5 U.S.C. §
552(f), the proper party defendant in a FOIA case is the U.S. Department of Justice ("DOJ"),
who should accordingly be substituted for the FBI.

## CHRONOLOGY OF PLAINTIFF'S FOIA REQUESTS

## COUNT ONE OF PLAINTIFF'S COMPLAINT

(5)     By letter dated January 2, 2007, addressed to the FBI's Cleveland Field Office ("CVFO"), plaintiff submitted a FOIA request for records pertaining to an alleged training program established by the CAIR for officials from the FBI, and the city police force in Cleveland, Ohio. Specifically, plaintiff requested any written, video or audio materials used in the session; any and all correspondence between the FBI and CAIR associated with the session; any reports, memoranda, e-mails or other internal FBI documents related to the session; identity information of the CAIR presenter at the session; and any attendee evaluation forms/documents that may have been prepared resulting from the session. Plaintiff provided the FBI with a news article titled "U.S. Law Enforcement Gets Lessons on Islam." **(See Exhibit A.)**

(6)     By letter dated January 8, 2007, the CVFO acknowledged receipt of plaintiff's FOIA request and advised that the request had been forwarded to FBIHQ for processing. Plaintiff was advised that RIDS at FBIHQ would maintain the request in the order that it was received, and would assign it for processing and response in turn. In addition, plaintiff SAE was advised that RIDS would assign the request a FOIPA number and advise of that number as soon as possible. Further, plaintiff SAE was advised to direct any future correspondence concerning the request to FBIHQ. **(See Exhibit B.)**

(7)     By letter dated January 16, 2007, FBIHQ acknowledged receipt of plaintiff's FOIA request and assigned it Request No. 1067168. **(See Exhibit C.)**

(8)     By letter dated January 24, 2007, FBIHQ advised plaintiff that its FOIA request – which had been assigned Request No. 1067168 – had been forwarded from the CVFO. FBIHQ

advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the Central Records System ("CRS") at FBIHQ.[2]  Plaintiff was advised that a search of the automated indices located no records responsive to its FOIA request (Request No. 1067168) for records pertaining to the American-Islamic Relations Cleveland Meeting.  Plaintiff was advised of the right to file an administrative appeal to the U.S. Department of Justice ("DOJ"), Office of Information and Privacy ("OIP").  (See **Exhibit D.**)

(9)    By letter dated March 5, 2007, plaintiff appealed the FBI's action to OIP. (See **Exhibit E.**)

(10)    By letter dated March 28, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-0893.  (See **Exhibit F.**)

(11)    By letter dated September 20, 2007, FBIHQ advised plaintiff that a further search had located responsive documents and it was releasing 51 pages out of a total of 51 pages in response to FOIPA Request No. 1067168.  Plaintiff was advised that certain information in the documents was exempt from disclosure pursuant to the provisions of the FOIA, 5 U.S.C. § 552 (b)(2) and (b)(6).  Furthermore, plaintiff was advised of the right to file an administrative appeal. (See **Exhibit G.**)

(12)    By letter dated June 14, 2007, OIP, advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia.  Plaintiff was advised that since the matter was before the Court, OIP was closing referenced appeal nos. 07-0893 in accordance with 28 C.F.R. § 16.9(a)(3) (2006).  (See **Exhibit KK.**)

---

[2]  In this instance, the FBI searched the CVFO indices of the CRS.

-4-

## COUNT TWO OF PLAINTIFF'S COMPLAINT

(13)    By letter dated January 4, 2007, plaintiff submitted a FOIA request to FBIHQ for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PFP Safety Initiative. **(See Exhibit H.)**

(14)    By letter dated February 9, 2007, FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the CRS at FBIHQ.  FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request (Request No. 1068705) for records pertaining to the PFP.  Plaintiff was advised of its right to file an administrative appeal. **(See Exhibit I.)**

(15)    By letter dated March 5, 2007, plaintiff appealed the FBI's action to OIP. Plaintiff's counsel enclosed two letters from Special Agents in Charge at the FBI's Washington ("WFO") and Boston ("BSFO") field offices which thanked Professor Deborah A. Ramirez, Executive Director of Partnering for Prevention, for having provided the WFO with a copy of "Promising Practices Guide and the opportunity for the BSFO to participate in the Boston Pilot Project."[3] **(See Exhibit J.)**

(16)    By letter dated March 28, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-0894. **(See Exhibit K.)**

(17)    By letter dated September 20, 2007, FBIHQ released to plaintiff four pages out of a total of four pages located  in response to FOIPA Request No. 1068705-001.  No information was withheld from these documents. **(See Exhibit L.)**

---

[3]  In accordance with the DOJ FOIA regulations, 28 C.F.R. §§ 16.3(a) and 16.41(a), FOIA requesters are placed on constructive notice that it is incumbent upon them to direct their requests to those FBI field offices most likely to have responsive records.

(18)    By letter dated June 14, 2007, OIP advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia. Plaintiff was advised that since the matter was before the Court, OIP was closing referenced appeal no. 07-0894 in accordance with 28 C.F.R. § 16.9(a)(3) (2006). (See Exhibit KK.)

### COUNT THREE OF PLAINTIFF'S COMPLAINT

(19)    By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's Boston Field Office ("BSFO") for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc., that the FBI has related to the PFP. (See Exhibit M.)

(20)    By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's Los Angeles Field Office ("LAFO") for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc., that the FBI has related to the PFP. (See Exhibit N.)

(21)    By letter dated March 20, 2007, FBIHQ acknowledged receipt of plaintiff's FOIA request to BSFO and assigned it FOIPA Request No. 1073074. (See Exhibit O.)

(22)    By letter dated March 21, 2007, FBIHQ acknowledged receipt of plaintiff's FOIA request to LAFO and advised that this request had also been assigned FOIPA Request No. 1073074. (See Exhibit P.)

(23)    By letter dated March 26, 2007, FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the CRS at the BSFO and LAFO. FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request (Request No. 1073074) for records pertaining to the PFP. Plaintiff was advised of its right to file an administrative appeal. (See Exhibit Q.)

(24)    By letter dated March 30, 2007, plaintiff appealed the FBI's "no records" response to OIP.  (**See Exhibit R.**)

(25)    By letter dated April 18, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-1078.  (**See Exhibit S.**)

(26)    By letter dated May 21, 2007, OIP affirmed the FBI's action.  Plaintiff was advised of its right to seek judicial review.  (**See Exhibit T.**)

(27)    By letter dated September 21, 2007, FBIHQ advised plaintiff that it had conducted an additional search of the automated indices to the Central Records System ("CRS") and had located no main files or cross-references in the Boston, Los Angeles, Detroit, and San Diego field offices that pertained to requests for the PFP.  (**See Counts Three, Five, and Six of plaintiff's Complaint.** )  We further advised plaintiff that a renewed search of FBIHQ automated indices for documents that pertained to the "12/09/06 town hall meeting" yielded no responsive material. (**See Count Seven of Plaintiff's Complaint.**)  (**See Exhibit U.**)

(28)    By letter dated May 21, 2007, OIP advised plaintiff that after carefully considering the appeal for documents that pertained to the PFP, its office was affirming the FBI's action that pertained to Request. No.1073074.  (**See Exhibit V.**)

## COUNT FIVE OF PLAINTIFF'S COMPLAINT[4]

(29)    By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's Detroit Field Office ("DEFO") for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc., that the FBI has related to the PFP.  (**See Exhibit V.**)

----

[4]  Plaintiff's Complaint did not include a "Count Four."

(30)    By letter dated March 15, 2007, FBIHQ advised plaintiff that to promptly respond to requests, it concentrates on identifying main files in the CRS at the DEFO. FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request (Request No. 1072819) for records pertaining to the PFP. Plaintiff was advised of its right to file an administrative appeal. **(See Exhibit W.)**

(31)    By letter dated March 22, 2007, plaintiff appealed the FBI's action regarding FOIA Request No. 1072819 to OIP. **(See Exhibit X.)**

(32)    By letter dated April 9, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-1047. **(See Exhibit Y.)**

(33)    By letter dated June 14, 2007, OIP, advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia. Plaintiff was advised that since the matter was before the Court, OIP was closing referenced Appeal no. 07-1047 in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

**(See Exhibit KK.)**

## COUNT SIX OF PLAINTIFF'S COMPLAINT

(34)    By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's San Diego Field Office ("SDFO") for all memoranda, e-mails, correspondence, videos, audio tapes, reports, etc., that the FBI has related to the PFP. **(See Exhibit Z.)**

(35)    By letter dated March 19, 2007, the SDFO acknowledged receipt of plaintiff's FOIA request dated March 5, 2007, and advised that the request had been forwarded to FBIHQ for processing. Plaintiff was advised that the Record/Information Dissemination Section

("RIDS") at FBIHQ would maintain the request in the order that it was received, and would assign it for processing and response in turn. In addition, plaintiff was advised that RIDS would assign the request a FOIPA Number and advise of that number as soon as possible. Further, plaintiff was advised to direct any future correspondence concerning the request to FBIHQ. (**See Exhibit AA.**)

(36)    By letter dated April 27, 2007, FBIHQ advised plaintiff that Request No. 1076466 had been forwarded to FBIHQ from the SDFO. Plaintiff was advised that to promptly respond to requests, it concentrates on identifying main files in the CRS at SDFO. FBIHQ advised plaintiff that a search of the automated indices located no records responsive to its FOIA request for records pertaining to the PFP. Plaintiff was advised of the right to file an administrative appeal. (**See Exhibit BB.**)

(37)    By letter dated May 1, 2007, plaintiff appealed the FBI's action regarding FOIA Request No. 1076466 to OIP. (**See Exhibit CC.**)

(38)    By letter dated May 17, 2007, OIP acknowledged receipt of plaintiff's appeal and assigned it Appeal No. 07-1449. (**See Exhibit DD.**)

(39)    By letter dated June 28, 2007, OIP advised plaintiff that it had been informed that a complaint for judicial review of the action of the FBI had been filed in the United States District Court for the District of Columbia. Plaintiff was advised that since the matter was before the Court, OIP was closing the appeal in accordance with 28 C.F.R. § 16.9(a)(3) (2006). (**See Exhibit EE.**)

## COUNT SEVEN OF PLAINTIFF'S COMPLAINT

(40)    By letter dated January 9, 2007, plaintiff submitted a FOIA request to FBIHQ for

all files and records from the December 9, 2006, town hall meeting hosted by the Springfield

Field Office ("SIFO") with local Muslim community leaders, as well as a list of attendees with

their names and affiliation. Further, plaintiff requested any correspondence, memos and/or e-

mails related to this meeting, as well as any video tape material made of the meeting. Plaintiff

enclosed an FBI Press Room release regarding the December 9, 2006, town hall meeting. **(See**

**Exhibit FF.)**

(41)     By letter dated January 22, 2007, FBIHQ acknowledged receipt of plaintiff's

FOIA request and assigned it Request No. 1067518. **(See Exhibit GG.)**

(42)     By letter dated January 25, 2007, FBIHQ advised plaintiff that to promptly

respond to requests, it concentrates on identifying main files in the CRS at FBIHQ. Plaintiff was

advised that a search of the automated indices located no records responsive to its FOIA request

(Request No. 1067518) for records pertaining to the Springfield, Illinois December 9, 2006,

town hall meeting. Plaintiff was advised of the right to file an administrative appeal. **(See**

**Exhibit HH.)**

(43)     By letter dated March 5, 2007,  plaintiff appealed the FBI's action regarding FOIA

Request No. 1067518 to OIP. **(See Exhibit II.)**

(44)     By letter dated March 28, 2007,  OIP acknowledged receipt of plaintiff's appeal

and assigned it Appeal No. 07-0892. **(See Exhibit JJ.)**

(45)     By letter dated June 14, 2007, OIP, advised plaintiff that it had been informed that

a complaint for judicial review of the action of the FBI had been filed in the United States

District Court for the District of Columbia. Plaintiff was advised that since the matter was before

the Court, OIP was closing referenced Appeal Nos. 07-0892, 07-0893, 07-0894, and 07-1047 in

accordance with 28 C.F.R. § 16.9(a)(3) (2006). (**See Exhibit KK.**)

## COUNT EIGHT OF PLAINTIFF'S COMPLAINT

(46)    By letter dated March 5, 2007, plaintiff submitted a FOIA request to the FBI's SIFO for all files and records from the December 9, 2006, town hall meeting with local Muslim community leaders, as well as a list of attendees with their names and affiliation. Further, plaintiff requested any correspondence, memos and/or e-mails related to this meeting, as well as any video tape material made of the meeting. Plaintiff enclosed an FBI Press Room release regarding the December 9, 2006, town hall meeting. (**See Exhibit LL.**)

(47)    By letter dated March 20, 2007, the Chief Division Counsel of the FBI's SIFO advised plaintiff of receipt of its FOIA request. Plaintiff was advised that the request had been forwarded to FBIHQ for processing. Plaintiff was advised that RIDS at FBIHQ would maintain the request in the order that it was received, and would assign it for processing and response in turn. In addition, plaintiff was advised that RIDS would assign the request a FOIPA Number and advise of that number as soon as possible. Further, plaintiff was advised to direct any future correspondence concerning the request to FBIHQ. (**See Exhibit MM.**)

(48)    By letter dated September 20, 2007, FBIHQ advised plaintiff that its March 4, 2006 request to the SIFO office had been assigned FOIPA Request No. 1080267-000. In addition, FBIHQ advised that it had located responsive documents and released 92 pages out of a total of 92 pages, with certain information redacted pursuant to 5 U.S.C. §§ 552 (b)(2) and (b)(6). Furthermore, plaintiff was advised of its right to file an administrative appeal. (**See Exhibit NN.**) OIP has confirmed that plaintiff did not file an appeal related to this request.

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(49)    The Central Records System ("CRS") enables the FBI to maintain all information

which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.

The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and

other files compiled for law enforcement purposes.  CRS is organized into a numerical sequence

of files, called FBI "classifications," which are broken down according to subject matter.  The

subject matter of a file may correspond to an individual, organization, company, publication,

activity, or foreign intelligence matter (or program).  Certain records in the CRS are maintained at

FBIHQ, whereas records that are pertinent to specific field offices of the FBI are maintained in

those field offices.  While the CRS is primarily designed to serve as an investigative tool, the FBI

searches the CRS for documents that are potentially responsive to FOIA/Privacy Act requests.

The mechanism that the FBI uses to search the CRS is the Automated Case Support System

("ACS").

(50)    The ACS was implemented for all Field Offices, Legal Attaches ("Legats"), and

FBIHQ in order to consolidate portions of the CRS that were previously automated.  ACS can be

described as an internal computerized subsystem of the CRS.  Because the CRS cannot

electronically query the case files for data, such as an individual's name or social security number,

the required information is duplicated and moved to the ACS so that it can be searched.  More

than 105 million records from the CRS were converted from automated systems previously

utilized by the FBI.  Automation did not change the CRS; instead, automation has facilitated more

economic and expeditious access to records maintained in the CRS.

(51)    The retrieval of data from the CRS is made possible through the ACS using the

General Indices, which are arranged in alphabetical order.[5] The entries in the General Indices fall into two categories:

> (a) A "main" entry -- A "main" entry, or "main" file, carries the name corresponding with a subject of a file contained in the CRS.

> (b) A "reference" entry --"Reference" entries, sometimes called "cross-references," are generally only a mere mention or reference to an individual, organization, or other subject matter, contained in a document located in another "main" file on a different subject matter.

(52)    Searches made in the General Indices to locate records concerning particular subjects are made by searching the subjects requested in the index.

(53)    The ACS consists of three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases:

> (a)  Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as set, assign, and track leads. The Office of Origin ("OO"), which sets leads for itself and other field offices, as needed, opens a case. The field offices that receive leads from the OO are referred to as Lead Offices ("LOs"). When a case is opened, it is assigned a Universal Case File Number ("UCFN"), which is used by all FBIHQ, as well as all FBI field offices and Legats that are conducting or assisting in the investigation. Using the [fictitious] file number "100-HQ-1234," as an example, an explanation of the UCFN is as follows: "100" indicates the classification for the specific type of investigation, i.e., National Foreign Intelligence Program; "HQ" is the abbreviated form used for the OO of the

---

[5] The General Indices are not only automated but also include index cards which allow a manual search for records that pre-date the implementation of ACS on October 16, 1995.

investigation, which in this case is FBIHQ; and "1234" denotes the individual case file number for the particular investigation.

(b) Electronic Case File ("ECF") – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept in that only the creator of a document serializes it into a file. This provides single-source entry of serials into the computerized ECF system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OOs are required to index; however, the LOs may index additional information as needed. UNI, an index of approximately 99.8 million records, functions to index names to cases, and to search names and cases for use in FBI's investigations. Names of individuals or organizations are recorded with identifying applicable information, such as date or place of birth, race, sex, locality, Social Security number, or address, and/or date of event.

(54)    The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the FBI Special Agent ("SA") – and on occasion, support employees – assigned to work on the investigation, the Supervisory SA ("SSA") in the field office conducting the investigation, and the SSA at FBIHQ. The FBI does not index every name in its files; rather, it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this enormous amount of data, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal and national security statutes. Therefore, the

-14-

General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on particular subject matters or individuals.

## SEARCHES OF THE CRS FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUESTS

(55)    In response to plaintiff's Request No.1067168, FBIHQ conducted its routine searches of the CRS on or about January 19, 2007 – using the organization name "Council on American Islamic Relations" and the acronym "CAIR" – in an effort to locate any responsive main investigatory files maintained at the CLFO. This search located no records responsive to plaintiff's FOIA Request No.1067168. FBIHQ searched the CRS for the second subject of plaintiff's request – "The Partnership for Prevention and Community Safety Initiative" and "PFP"– in order to locate any main investigatory files maintained at FBIHQ (Request No.1068705 – searched conducted on or about February 1, 2007), BSFO and LAFO (Request No. 1073074 – search conducted on or about March 19, 2007), DEFO (Request No. 1072819 – search conducted on or about March 9, 2007), and SDFO (Request No. 1076466 – search conducted on or about April 20, 2007). These searches located no main files responsive to plaintiff's requests. Lastly, FBIHQ searched the CRS on or about January 19, 2007 for records pertaining to the December 9, 2006, town hall meeting (Request No. 1067518). This search located no main files responsive to plaintiff's request.

(56)    In the absence of a specific request for a search of cross-references at the initial administrative stage, the FBI's current policy is to search for and identify only "main" files responsive to FOIA requests. In this case, none of plaintiff's initial FOIA requests included a specific request for a search for cross-references. Nevertheless, the FBI conducted searches of its

-15-

FBIHQ active and inactive indices[6] to determine whether any responsive cross-references may exist, as well as that of the CVFO, BSFO, LAFO, DEFO, SDFO and SIFO (the exact indices searched depended on the offices identified in the specific request, as explained supra, ¶ 55.

(57)    The FBI also sent an Electronic Communication ("EC") to the above field offices and the Offices of Public Affairs and Congressional Affairs at FBIHQ and requested that employees search for and identify any non-serialized potentially responsive documents. And although the FBI followed up on plaintiff's counsel's suggestion of additional FBI employees who may have knowledge of the location of potentially responsive material, those leads did not yield any additional records.

(58)    These aggregate search efforts identified the following material as follows: **Count One**, 51 pages of material pertaining to CAIR, which consists of several news articles and related organization pamphlets; **Count Two**, one four-page news article responsive to the PFP requests; **Count Eight**, a two-page thank-you letter to the attendees of the 12/9/06 town hall meeting, a four-page EC, and numerous pictures taken at this event. (**See** **Exhibit PP**.)

(59)    Of the 51 pages of material that pertained to the organization CAIR (**Count One**) 51 pages were released with partial redactions of information. Subsequently, four pages of material that related to PFP (**Count Two**) were located and released in their entirety. Lastly, of the 92 pages of material that pertained to the 12/09/06 town hall meeting (**Count Eight**), 85 pages were released with partial redaction of information and seven pages were released in their entirety. (**See** **Exhibit PP**.)

---

[6] The General Indices, which became fully automated on September 24, 1987, also include index cards which allow for a manual search for records before that date.

(60)    Every effort was made to provide plaintiff with all reasonably segregable portions

of material. To further describe the withheld information would identify the protected material,

thus negating the purpose of the exemptions. The FBI has been advised that plaintiff is no longer

challenging any of the claimed exemptions; as a result, this declaration will not include a detailed

discussion of the justifications for the withheld information.

## CONCLUSION

(61)    The FBI has conducted a search reasonably calculated to uncover all documents

potentially responsive to plaintiff's multiple requests. This search has included a search for main

files and cross-references at FBIHQ and in the Cleveland, Boston, Los Angeles, Detroit, San

Diego, and Springfield Field Offices; and a targeted search directed to certain FBI personnel at

FBIHQ and in the above-referenced field offices via EC and e-mail designed to yield any

additional non-serialized documents. Each responsive document was individually reviewed for

segregability of non-exempt information and it the FBI has determined that all reasonably

segregable information has been released to plaintiff. The only information withheld by the FBI

consists of information, the disclosure of which could disrupt official FBI business, or would

constitute a clearly unwarranted invasion of the privacy of third party individuals.

-17-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, and that **Exhibits A through OO** attached hereto are true and correct copies.

Executed this _28th_ day of November, 2007.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT A



5505 CONNECTICUT AVENUE, NW •SUITE 341 •WASHINGTON DC 20015-2601 •(202) 363-8602 •FAX: (202) 966-5191

January 2, 2007

FBI Cleveland
1501 Lakeside Avenue
Cleveland, Ohio 44114

RE: FREEDOM OF INFORMATION ACT REQUEST
Sensitivity training to law enforcement officials in Cleveland, Ohio

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552,
and 22 CFR Part 171, to the Federal Bureau of Investigation (FBI) division of the Department
of Justice. I am a representative of the news media as defined at 22 CFR 171.10(k). I frequently
publish articles in the mainstream media, am the author of five books, and make frequent
television appearances.

According to a December 2006 article titled "US Law Enforcement Gets Lessons in Islam" in
*Gulf News*, the Council on American Islamic Relations (CAIR) started a four-hour training
program on an experimental basis for officials from the Federal Bureau of Investigation (FBI)
and the city's police force in Cleveland, Ohio, to build awareness about Islam. The training
program familiarized US police officials with the fundamental principles and culture of Islam.
The success of the program further prompted authorities to start a compulsory training program
beginning in 2007. I have enclosed a copy of the news article for your convenience.

CAIR's Web site (http://www.cair-net.org/) describes it as America's largest Muslim civil
liberties group that has 32 offices and chapters nationwide and in Canada. Its mission is to
enhance the understanding of Islam, encourage dialogue, protect civil liberties, empower
American Muslims, and build coalitions that promote justice and mutual understanding.

In regards to the training session, I would like to request the following: 1) copies of any written,
video or audio materials used in the session; 2) copies of any and all correspondence between
FBI and CAIR associated with the session; 3) copies of any reports, memos, emails or other
internal FBI documents related to the session; 4) the identity information of the CAIR presenter
personnel at this session; and 5) copies of any attendee evaluation forms/documents that may
have been prepared resulting from this session (minus attendee identity information, if deemed
necessary).

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law pursuant to 5 USC 552(a)(6)(A)(i). In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

**gulf        .com**


Print this page

## US law enforcement gets lessons on Islam

http://archive.gulfnews.com/articles/06/12/23/10091547.html

12/23/2006 08:18 PM | By Mariam Al Hakeem, Correspondent

Jeddah: Nawal Ebrahim, a 27-year-old Saudi woman, shared her experiences in building awareness about Islam among senior US police and intelligence officials with a group of journalists, including *Gulf News*, while visiting her family in the city.

"Our lectures have contributed substantially in ensuring fair dealings for Muslims at the hands of US investigating officials," she said.

Nawal delivered lectures on the fundamental principles of Islam to officials from the Federal Bureau of Investigation (FBI) and to the city's police force in Cleveland, Ohio.

**Cultural classes**

The lectures were part of a programme to acquaint US police officials with the culture of Islam that may help them avoid high-handedness in their dealings with the Muslim community.

Nawal narrated an incident involving three Muslim youths, which was a telling example about the depth of misunderstanding prevalent among the US police forces about Muslims.

"The youths were watching a basketball match and cheering their team in a US stadium.

"When the time for prayer approached, one of them asked the employee, who was in charge of the stadium, about a vacant place where they could per form the prayers."

"When the three started praying, "one of the security guards noticed them and thought that they were engaged in some [suspicious] activities".

The frightened guard informed the FBI and the officials "whisked them away for interrogation" soon after, she said.

Nawal cited the incident as one of the best examples of the situation in the United States after the September 11 terror attacks. "This prompted us to launch a wide variety of programmes aimed at removing misgivings about Islam and Muslims and presenting the true picture of Islam."

Leaders of the Muslim community started interaction with a cross-section of US society aimed at narrowing the gap between the Muslim minority and the American public.

The Washington-based Council on American-Islamic Relations (Cair) played a key role in this respect. "It was Cair that organised the awareness programme for US police forces, and the organisation selected me to deliver lectures on Islamic teachings.

"A four-hour training programme was started on an experimental basis for the officers in the beginning," she said, adding that it was purely voluntary and there was no compulsion to join.

Case 1:07-cv-00866-JR    Document 10-3    Filed 11/28/2007    Page 5 of 67

"The success of the programme has prompted the authorities to start a compulsory training programme beginning in 2007, and the duration of the weekly training class has been reduced to one hour.

**Focus on police**

"There are 40 officers attending the courses now," she said while noting that nearly all the police officers, totalling 1,600, in the city of Cleveland, would be trained by the end of this year.

Nawal has been living in the United States since her marriage to a US citizen in September 2005.

"Our training programme focuses on the police forces dealing with Muslims in unusual situations," she said.

"Several policemen thought that the congregation of Muslims in mosques especially after midnight during Ramadan was an unusual affair. But after completion of the training, they realised that it is only part of a religious ritual," she said.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT B



**U.S. Department of Justice**

Federal Bureau of Investigation

---

In Reply, Please Refer to
File No. 190-0-R

1501 Lakeside Avenue
Cleveland, OH  44114
January 8, 2007

Steven Emerson
SAE Productions
5505 Connecticut Ave., NW
Suite 341
Washington, D.C.  20015-2601

RE:  REQUEST FOR RECORDS UNDER
FREEDOM OF INFORMATION ACT

Dear Mr. Emerson:

In response to your letter requesting records under the Freedom of Information Act/Privacy Act (FOIPA), please be advised that all FOIPA record requests are now processed at FBI Headquarters in Washington, D.C.  The Record/Information Dissemination Section (RIDS) at FBI Headquarters will maintain your request in the order it was received and will assign it for processing and response in turn.  In addition, RIDS will assign your request a FOIPA number and advise you of that number as soon as possible.  Any future correspondence concerning this request should be directed to:

Federal Bureau of Investigation
Attn: RID Section
935 Pennsylvania Ave., N.W.
Washington, D.C.  20535-0001

Sincerely,

C. Frank Figliuzzi
Special Agent in Charge

By:
Paul F. Keppler, Jr.
Special Agent
Chief Division Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT C



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

January 16, 2007

MR. STEVEN EMERSON
SAE PRODUCTIONS
5505 CONNECTICUT AVENUE, NORTHWEST
SUITE 341
WASHINGTON, DC 20015 2601

Request No.: 1067168- 000
Subject: AMERICAN-ISLAMIC RELATIONS

(CAIR) CLEVELAND MEETING 12/2004

Dear Requester:

&#9642;&#9642;    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

&#9633;    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

&#9633;    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

&#9633;    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

&#9642;&#9642;    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

&#9633;    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy

Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 24, 2007

MR. STEVEN EMERSON
5505 CONNECTICUT AVENUE NORTHWEST
SUITE 341
WASHINGTON, DC 20015-2601

Request No.: 1067168- 000
Subject: American-Islamic Relations Cleveland Meeting

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Your request was forwarded to FBI Headquarters from the Cleveland Field Office. To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,**
**CHECK OUT OUR WEBSITE AT**
**http://www.fbi.gov**

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT E

**s a e**
**PRODUCTIONS**

5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

March 5, 2007

Director
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001

RE: FREEDOM OF INFORMATION ACT APPEAL
Sensitivity training to law enforcement officials in Cleveland, Ohio

**To Whom It May Concern:**

This is an appeal under the Freedom of Information Act.

In a letter dated January 2, 2007, I requested documents under the Freedom of Information Act. My request was assigned the following identification number: 1067168-000. I am writing to appeal the denial of my request.

If there are any questions about this appeal, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration of this appeal.

Sincerely,

Steven Emerson



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

January 2, 2007

FBI Cleveland
1501 Lakeside Avenue
Cleveland, Ohio 44114

RE: FREEDOM OF INFORMATION ACT REQUEST
Sensitivity training to law enforcement officials in Cleveland, Ohio

**To Whom It May Concern:**

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, and 22 CFR Part 171, to the Federal Bureau of Investigation (FBI) division of the Department of Justice. I am a representative of the news media as defined at 22 CFR 171.10(k). I frequently publish articles in the mainstream media, am the author of five books, and make frequent television appearances.

According to a December 2006 article titled "US Law Enforcement Gets Lessons in Islam" in *Gulf News*, the Council on American Islamic Relations (CAIR) started a four-hour training program on an experimental basis for officials from the Federal Bureau of Investigation (FBI) and the city's police force in Cleveland, Ohio, to build awareness about Islam. The training program familiarized US police officials with the fundamental principles and culture of Islam. The success of the program further prompted authorities to start a compulsory training program beginning in 2007. I have enclosed a copy of the news article for your convenience.

CAIR's Web site (http://www.cair-net.org/) describes it as America's largest Muslim civil liberties group that has 32 offices and chapters nationwide and in Canada. Its mission is to enhance the understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding.

In regards to the training session, I would like to request the following: 1) copies of any written, video or audio materials used in the session; 2) copies of any and all correspondence between FBI and CAIR associated with the session; 3) copies of any reports, memos, emails or other internal FBI documents related to the session; 4) the identity information of the CAIR presenter personnel at this session; and 5) copies of any attendee evaluation forms/documents that may have been prepared resulting from this session (minus attendee identity information, if deemed necessary).

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law pursuant to 5 USC 552(a)(6)(A)(i). In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 24, 2007

MR. STEVEN EMERSON
5505 CONNECTICUT AVENUE NORTHWEST
SUITE 341
WASHINGTON, DC 20015-2601

Request No.: 1067166- 000
Subject: American-Islamic Relations Cleveland Meeting

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

Your request was forwarded to FBI Headquarters from the Cleveland Field Office. To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                      )
                                            )
                                            )
                                            )
                                            )
             Plaintiff,                     )
                                            ) Civil Action No. 07-0866 (JR)
        v.                                  )
                                            )
FEDERAL BUREAU OF INVESTIGATION,            )
                                            )
             Defendant.                     )
                                            )

# EXHIBIT F



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

MAR 2 8 2007

Mr. Steven Emerson
SAE Productions
5505 Connecticut Avenue NW., Suite 341
Washington, DC 20015-2601

      Re: Request No. 1067168 - Sensitivity training to law enforcement officials in
           Cleveland, Ohio

Dear Mr. Emerson:

      This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on March 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt. Your appeal has been assigned number
07-0893. Please mention this number in any future correspondence to this Office regarding this
matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the
necessity of this delay and appreciate your continued patience.

                      Sincerely,

                      Priscilla Jones
                      Supervisory Administrative Specialist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT G



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 20, 2007

Mark S. Zaid, Esq.
1250 Connecticut Avenue, NW
Suite 200
Washington, DC   20036

CLEVELAND MEETING 12/2004

Subject: AMERICAN-ISLAMIC RELATIONS (CAIR)

FOIPA No. 1067168- 001

Dear Requester:

      The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

51  page(s) were reviewed and 51  page(s) are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other

individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s) 2

Our further searches located the enclosed documents responsive to your request.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)  (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)  related solely to the internal personnel rules and practices of an agency;

(b)(3)  specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)  trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)  inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)  personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)  records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)  contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)  geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)  information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)  material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)  information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)  investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)  material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)  required by statute to be maintained and used solely as statistical records;

(k)(5)  investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT H

**s a e**
**PRODUCTIONS**

5505 CONNECTICUT AVENUE, NW •SUITE 341 •WASHINGTON DC 20015-2601 •(202) 363-8602 •FAX: (202) 966-5191

January 4, 2007

Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
    Partnering for Prevention and Community Safety Initative (PfP) Northeastern
    University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC
552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) division of
the Department of Justice. I am a representative of the news media as defined at 28 CFR
16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five
books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site
(http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks
to identify and help implement promising practices for building relationships between federal,
state, and local law enforcement and American Muslim, Arab, and Sikh communities. Such
partnerships enhance counterterrorism initiatives, protect communities from hate crimes and
hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern
Michigan, Southern California, and Greater Boston. Supported by the Open Society
Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this
research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three
research sites, the Guide discusses the benefits and challenges of a community-law enforcement
partnership model and identifies promising practices that can be utilized by other sites
interested in pursuing this model.

In regards to the PfP initiative, I am writing to request copies of all memos, emails,
correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP
program, including outreach programs involving the agency.

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT I



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 9, 2007

MR. STEVEN EMERSON
SUITE 341
5505 CONNECTICUT AVENUE
NORTH WEST
WASHINGTON, DC 20015 2601

Request No.: 1068705- 000
Subject: THE PARTNERSHIP FOR PREVENTION
AND COMMUNITY SAFETY INITIATIVE (PFP)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                    )
                                          )
                                          )
                                          )
                                          )
          Plaintiff,                      )
                                          ) Civil Action No. 07-0866 (JR)
          v.                              )
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
                                          )
          Defendant.                      )
                                          )

# EXHIBIT J



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

March 5, 2007

Director
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001

RE: FREEDOM OF INFORMATION ACT APPEAL
    Partnership for Prevention and Community Safety Initiative (PfP) Northeastern
    University

To Whom It May Concern:

This is an appeal under the Freedom of Information Act.

On January 4, 2007, I requested copies of all memos, emails, correspondence, videos, audio tapes,
reports, etc. that the Federal Bureau of Investigation (FBI) has related to the Partnership for
Prevention and Community Safety Initiative (PfP), including outreach programs involving the
agency. My request was assigned the following identification number: 1068705-000.

In a response to my request dated February 9, 2007, signed by Section Chief David M. Hardy, I was
told that no records responsive to my FOIA request exist. I have however enclosed letters from
FBI Special Agents in Charge Kenneth W. Kaiser and Michael Rolince to individuals involved with
the PfP initiative as proof that records I requested exist. I therefore appeal the denial of my request.

If there are any questions about this appeal, please call my assistant, Abha Shankar, at (202) 363-
8602.

Thank you for your consideration of this appeal.

Sincerely,

Steven Emerson

# s a e
### PRODUCTIONS

5505 CONNECTICUT AVENUE, NW •SUITE 341 • WASHINGTON DC 20015-2601 •(202) 363-8602 •FAX: (202) 966-5191

January 4, 2007

Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
    Partnering for Prevention and Community Safety Initative (PfP) Northeastern
    University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC
552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) division of
the Department of Justice. I am a representative of the news media as defined at 28 CFR
16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five
books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site
(http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks
to identify and help implement promising practices for building relationships between federal,
state) and local law enforcement and American Muslim, Arab, and Sikh communities. Such
partnerships enhance counterterrorism initiatives, protect communities from hate crimes and
hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern
Michigan, Southern California, and Greater Boston. Supported by the Open Society
Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this
research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three
research sites, the Guide discusses the benefits and challenges of a community-law enforcement
partnership model and identifies promising practices that can be utilized by other sites
interested in pursuing this model.

In regards to the PfP initiative, I am writing to request copies of all memos, emails,
correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP
program, including outreach programs involving the agency.

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

November 18, 2004

Dear Professor Ramirez,

I want to thank you again for providing the FBI with copies of your Promising Practices Guide. As someone with 30 years of counterterrorism and counterintelligence experience, I support the partnership model that you describe and the recommendations to expand research in this area, develop training programs, and institutionalize the creation of a mechanism for building bridges between law enforcement and the Arab, Muslim, and Sikh communities.

This initiative is important to two of our mandates: 1) the prosecution of hate crimes; and 2) the collection of domestic intelligence. With respect to hate crimes, we need to develop more effective prevention strategies that protect the Arab, Muslim and Sikh communities against backlash. From a domestic intelligence perspective, these communities are critical to our collection, understanding and analysis of useful investigative information. I believe our future successes in preventing acts of terrorism will only be enhanced by closer working relationship with those communities.

I look forward to hearing more about the Boston Pilot program and work done in other research sites. My goal for the FBI is consistency throughout all 56 field offices and a more effective and efficient use of the most promising practices in building bridges to the Arab, Muslim and Sikh communities. I believe your collection of case studies, existing training programs, and various models, tools and templates will help us to move forward in this venture.

From the perspective of the FBI, I would ultimately like to see the research you generate incorporated into the development of a continuous training program. I would also like to see it used in the development of appropriate and culturally sensitive training materials which could be disseminated to all 56 field offices. Right now, some of our offices have this type of "partnership" initiative and some do not. Other than via the traditional "networking" approach, there is no existing consistent mechanism for shared learning about successful and unsuccessful initiatives. Absent the tools, templates and training materials to support these efforts, we will not realize the full potential stronger community ties bring to our investigative and prevention efforts. Given that reality, your research would be extremely helpful to us.

I look forward to working with you in the future as you expand your research, develop training materials, and work to institutionalize the partnership model.

Very truly yours,

Michael Rolince
Special Agent in Charge
Counterterrorism
Washington Field Office



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

One Center Plaza, s. 600

December 2, 2004

Professor Deborah A. Ramirez
Executive Director, Partnering for Prevention
Northeastern University Law School
400 Huntington Avenue
Boston, MA 02115-5000

Dear Professor Ramirez,

        Thank you for the opportunity to participate in the
Boston Pilot Project and for your efforts in facilitating it.
Though federal law does not permit us to advocate for, or
endorse, a particular organization, we wish to express the
opinion that the goal of encouraging community cooperation is
a worthy one.

        The FBI favors "building trust and strengthening
relationships" among the Arab, Muslim, and Sikh communities
and law enforcement organizations.  We believe such efforts
are important to hate crime enforcement and counterterrorism
investigation.

        We wish you success with those goals and are willing
to help in any way we can.

                              Sincerely,

                              Kenneth W. Kaiser
                              Kenneth W. Kaiser
                              Special Agent in Charge



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

February 9, 2007

MR. STEVEN EMERSON
SUITE 341
5505 CONNECTICUT AVENUE
NORTH WEST
WASHINGTON, DC 20015 2601

> Request No.: 1068705- 000
> Subject: THE PARTNERSHIP FOR PREVENTION
> AND COMMUNITY SAFETY INITIATIVE (PFP)

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT K



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

MAR 2 8 2007

Mr. Steven Emerson
SAE Productions
5505 Connecticut Avenue NW., Suite 341
Washington, DC 20015-2601

      Re: Request No. 1068705 - Partnership for Prevention and Community Safety Initiative
         Northeastern University

Dear Mr. Emerson:

      This is to advise you that your administrative appeal from the action of the Federal
Bureau of Investigation was received by this Office on March 13, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such
appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to
afford each appellant equal and impartial treatment, we have adopted a general practice of
assigning appeals in the approximate order of receipt. Your appeal has been assigned number
**07-0894**. Please mention this number in any future correspondence to this Office regarding this
matter.

      We will notify you of the decision on your appeal as soon as we can. We regret the
necessity of this delay and appreciate your continued patience.

                        Sincerely,

                        Priscilla Jones
                        Supervisory Administrative Specialist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT L



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 20, 2007

Mark S. Zaid, Esq.
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

COMMUNITY SAFETY INITIATIVE (PFP)

Subject: THE PARTNERSHIP FOR PREVENTION AND

FOIPA No. 1068705- 001

Dear Requester:

The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

|  Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☐(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☐(b)(6) | | ☐(k)(7) |

4 **page(s)** were reviewed and 4 **page(s)** are being released.

. ☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

  ☐  referred to the OGA for review and direct response to you.

  ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☐ You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other

individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s)

Our further searches located the enclosed documents released in their entirety, that are responsive to your request.

## EXPLANATION OF EXEMPTIONS

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

### SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                    )
                                          )
                                          )
                                          )
                                          )
          Plaintiff,                      )
                                          ) Civil Action No. 07-0866 (JR)
     v.                                   )
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
                                          )
          Defendant.                      )
                                          )

# EXHIBIT M



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363 8602 • FAX: (202) 966-5191

March 5, 2007

**FBI Boston**
Suite 600
One Center Plaza
Boston, Massachusetts 02108

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
    Partnering for Prevention and Community Safety Initiative (PfP) Northeastern   University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) Boston office. I am a representative of the news media as defined at 28 CFR 16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site (http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks to identify and help implement promising practices for building relationships between federal, state, and local law enforcement and American Muslim, Arab, and Sikh communities. Such partnerships enhance counterterrorism initiatives, protect communities from hate crimes and hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern Michigan, Southern California, and Greater Boston. Supported by the Open Society Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three research sites, the Guide discusses the benefits and challenges of a community-law enforcement partnership model and identifies promising practices that can be utilized by other sites interested in pursuing this model.

**In regards to the PfP initiative, I am writing to request copies of all memos, emails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP program, including outreach programs involving the agency.**

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT N

# s a e
### PRODUCTIONS

5505 Connecticut Avenue, NW • Suite 341 • Washington DC, 20015-2601 • (202) 363-8602 • Fax (202) 966 5191

March 5, 2007

**FBI Los Angeles**
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California 90024-3672

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
  Partnering for Prevention and Community Safety Initiative (PfP) Northeastern  University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) Los Angeles office. I am a representative of the news media as defined at 28 CFR 16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site (http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks to identify and help implement promising practices for building relationships between federal, state, and local law enforcement and American Muslim, Arab, and Sikh communities. Such partnerships enhance counterterrorism initiatives, protect communities from hate crimes and hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern Michigan, Southern California, and Greater Boston. Supported by the Open Society Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three research sites, the Guide discusses the benefits and challenges of a community-law enforcement partnership model and identifies promising practices that can be utilized by other sites interested in pursuing this model.

**In regards to the PfP initiative, I am writing to request copies of all memos, emails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP program, including outreach programs involving the agency.**

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT O



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*March 20, 2007*

MR. STEVEN EMERSON
SAE PRODUCTION
SUITE 341
5505 CONNECTICUT AVENUE NW
WASHINGTON, DC 20015-2601

Request No.: 1073074- 000
Subject: PARTNERSHIP FOR PREVENTION AND
COMMUNITY SAFETY INITIATIVE

Dear Requester:

&#9746;    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to FBI Headquarters from the Boston Field Office. The FOIPA number listed above has been assigned to your request.

&#9744;    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

&#9744;    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

&#9744;    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

&#9746;    We are searching the indices to our central records system at the Boston Field Office for the information you requested, and will inform you of the results as soon as possible.

&#9744;    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT P



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 21, 2007

Mr. Steven Emerson
SAE Productions
Suite 341
5505 Connecticut Avenue NW
Washington, DC 20015-2601

Request No.: 1073074

Dear Requester:

This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the Los Angeles Field Office. This request was forwarded to FBIHQ for handling. The FOIPA number listed above has been assigned to your request.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT Q



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Washington, D.C. 20535

March 26, 2007

MR. STEVEN EMERSON
SAE PRODUCTION
SUITE 341
5505 CONNECTICUT AVENUE NW
WASHINGTON, DC 20015 2601

Request No.: 1073074- 000
Subject: PARTNERSHIP FOR PREVENTION
    AND COMMUNITY SAFETY INITIATIVE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at the Boston and Los Angeles Field Offices. No records responsive to your FOIPA request were located by a search of the automated and manual indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The NNCP search.

**FOR GENERAL INFORMATION ABOUT THE FBI,**
**CHECK OUT OUR WEBSITE AT**
**http://www.fbi.gov**

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

# EXHIBIT R



5505 Connecticut Avenue, NW • Suite 341 • Washington DC 20015-2601 • (202) 363-8602 • Fax: (202) 966-5191

March 30, 2007

Director
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001

RE:  FREEDOM OF INFORMATION ACT APPEAL
     Partnership for Prevention and Community Safety Initiative (PfP) Northeastern
     University

To Whom It May Concern:

This is an appeal under the Freedom of Information Act.  I appeal the denial of my request #
1073074- 000.  If there are any questions about this appeal, please call my assistant, Abha Shankar,
at (202) 363-8602.

Thank you for your consideration of this appeal.

Sincerely,

Steven Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT S



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

/ ⁀R **1 8** 2007

Mr. Steven Emerson
SAE Productions
5505 Connecticut Avenue NW., Suite 341
Washington, DC 20015-2601

    Re:  Request No. 1073074

Dear Mr. Emerson:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 4, 2007.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-1078**.  Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

                   Sincerely,

                   Priscilla Jones
                   Supervisory Administrative Specialist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC.,<br><br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0866 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

# EXHIBIT T



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**MAY 2 1 2007**

Mr. Steven Emerson
SAE Productions
Suite 341                          Re:  Appeal No. 07-1078
5505 Connecticut Avenue, NW             Request No. 1073074
Washington, DC 20015-2001               ADW:ALB

Dear Mr. Emerson:

You appealed from the actions of the Los Angeles and Boston Field Offices of the
Federal Bureau of Investigation on your request for access to records pertaining to the
Partnership for Prevention and Community Safety Initiative.

After carefully considering your appeal, I am affirming the FBI's action on your request.
The FBI informed you that it could locate no Los Angeles or Boston Field Office records
responsive to your request in its automated or manual indices. I have determined that the FBI's
response was correct.

If you are dissatisfied with my action on your appeal, you may seek judicial review in
accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                          )
                                                )
                                                )
                                                )
                                                )
             Plaintiff,                         )
                                                ) Civil Action No. 07-0866 (JR)
             v.                                 )
                                                )
FEDERAL BUREAU OF INVESTIGATION,                )
                                                )
             Defendant.                         )
                                                )

# EXHIBIT U



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, D. C. 20535-0001

September 21, 2007

Mr. Mark S. Zaid, ESQ.
Suite 200
1250 Connecticut Avenue, N.W.
Washington, D.C.  20036

Dear Mr. Zaid:

        This letter is in response to the Freedom of
Information Act requests of your client, Mr. Steven Emerson on
behalf of the SAE Productions, Inc., for documents that pertain
to the Partnership for Prevention and Community Safety Initiative
("PfP")and the 12/09/06 Town Hall Meeting.

        Pursuant to SAE PRODUCTIONS, INC. v. FEDERAL BUREAU OF
INVESTIGATION, Civ. A. No. 07-cv-0866(JR)(D.D.C.), the FBI has
searched its Headquarters active and inactive indices as well as
that of the Boston, Los Angeles, Detroit, and San Diego Field
Offices for the above mentioned subjects as it relates to Counts
3, 5, 6, and 7 of plaintiff's complaint.

        FBIHQ located no responsive material.  You may submit
an appeal on behalf of your client from any denial contained
herein by writing to the Co-Director, Office of Information and
Privacy, U.S. Department of Justice, 1425 New York Ave., N.W.
Suite 11050, Washington, D.C.  20530-0001, within 60 days from
the date of this letter.  The envelope and the letter should be
clearly marked "Freedom of Information Appeal."

                            Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT V

**s a e**
**PRODUCTIONS**

· 5505 CONNECTICUT AVENUE, NW · SUITE 341 · WASHINGTON DC 20015-2601 · (202) 363-8602 · FAX: (202) 966-5191

March 5, 2007

**FBI Detroit**
26th. Floor, P. V. McNamara FOB
477 Michigan Avenue
Detroit, Michigan 48226

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
Partnering for Prevention and Community Safety Initiative (PfP) Northeastern University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) Michigan office. I am a representative of the news media as defined at 28 CFR 16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site (http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks to identify and help implement promising practices for building relationships between federal, state, and local law enforcement and American Muslim, Arab, and Sikh communities. Such partnerships enhance counterterrorism initiatives, protect communities from hate crimes and hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern Michigan, Southern California, and Greater Boston. Supported by the Open Society Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three research sites, the Guide discusses the benefits and challenges of a community-law enforcement partnership model and identifies promising practices that can be utilized by other sites interested in pursuing this model.

**In regards to the PfP initiative, I am writing to request copies of all memos, emails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP program, including outreach programs involving the agency.**

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT W



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

March 15, 2007

MR STEVEN EMERSON
SUITE 341
5505 CONNECTICUT AVENUE NW
WASHINGTON, DC 20015 2601

Request No.: 1072819- 000
Subject: PARTNERSHIP FOR PREVENTION AND
COMMUNITY SAFETY INITIATIVE

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at the Detroit Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- ◦ The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- • **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- ◦ **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- • **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- ◦ **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- • **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- ◦ **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,**
**CHECK OUT OUR WEBSITE AT**
**http://www.fbi.gov**

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT X



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

March 22, 2007

Director
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001

RE: FREEDOM OF INFORMATION ACT APPEAL
    Partnership for Prevention and Community Safety Initiative (PfP) Northeastern
    University

To Whom It May Concern:

This is an appeal under the Freedom of Information Act. I appeal the denial of my request #
1072819- 000. If there are any questions about this appeal, please call my assistant, Abha Shankar,
at (202) 363-8602.

Thank you for your consideration of this appeal.

Sincerely,

Steven Emerson

# s a e
### P R O D U C T I O N S

5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

March 5, 2007

**FBI Detroit**
26th. Floor, P. V. McNamara FOB
477 Michigan Avenue
Detroit, Michigan 48226

RE:  FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
     Partnering for Prevention and Community Safety Initiative (PfP) Northeastern   University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) Michigan office. I am a representative of the news media as defined at 28 CFR 16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site (http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks to identify and help implement promising practices for building relationships between federal, state, and local law enforcement and American Muslim, Arab, and Sikh communities.  Such partnerships enhance counterterrorism initiatives, protect communities from hate crimes and hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern Michigan, Southern California, and Greater Boston. Supported by the Open Society Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three research sites, the Guide discusses the benefits and challenges of a community-law enforcement partnership model and identifies promising practices that can be utilized by other sites interested in pursuing this model.

**In regards to the PfP initiative, I am writing to request copies of all memos, emails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP program, including outreach programs involving the agency.**

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

March 15, 2007

MR STEVEN EMERSON
SUITE 341
5505 CONNECTICUT AVENUE NW
WASHINGTON, DC 20015 2601

Request No.: 1072819- 000
Subject: PARTNERSHIP FOR PREVENTION AND
COMMUNITY SAFETY INITIATIVE

Dear Requester:

    This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

    To promptly respond to requests, we concentrate on identifying main files in the central records system at the Detroit Field Office. No records responsive to your FOIPA request were located by a search of the automated indices.

    You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

    Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,              )
                                            )
                                            )
                                            )
                                            )
           Plaintiff,               )
                                            )  Civil Action No. 07-0866 (JR)
              v.                    )
                                            )
FEDERAL BUREAU OF INVESTIGATION,   )
                                            )
          Defendant.           )
                                            )

# EXHIBIT Y

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT Z



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX (202) 966-5191

March 5, 2007

**FBI San Diego**
Federal Office Building
9797 Aero Drive
San Diego, California

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
     Partnering for Prevention and Community Safety Initiative (PfP) Northeastern  University

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) San Diego office. I am a representative of the news media as defined at 28 CFR 16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five books, and make frequent television appearances.

The Partnership for Prevention and Community Safety Initiative (PfP) Web site (http://www.spcs.neu.edu/pfp/about/index.php) describes the initiative as one that seeks to identify and help implement promising practices for building relationships between federal, state, and local law enforcement and American Muslim, Arab, and Sikh communities. Such partnerships enhance counterterrorism initiatives, protect communities from hate crimes and hate incidents, and help preserve American civil liberties.

From May 2003 to May 2004, PfP conducted research in three site cities: Southeastern Michigan, Southern California, and Greater Boston. Supported by the Open Society Institute/Soros Foundation, the Whiting Foundation, and Northeastern University, this research culminated in a Promising Practices Guide.

In addition to detailing the experiences of communities and law enforcement in the three research sites, the Guide discusses the benefits and challenges of a community-law enforcement partnership model and identifies promising practices that can be utilized by other sites interested in pursuing this model.

**In regards to the PfP initiative, I am writing to request copies of all memos, emails, correspondence, videos, audio tapes, reports, etc. that the FBI has related to the PfP program, including outreach programs involving the agency.**

If you deny all or part of this request, please cite the specific exemptions you believe justify your refusal to release the information and notify me of the appeal procedures available under current law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SAE PRODUCTIONS, INC.,** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 07-0866 (JR)** |
| **v.** | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

# EXHIBIT AA



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 190-SD-C60287-C

9797 Aero Drive
San Diego, California   92123
March 19, 2007

Steven Emerson
%SAE Productions
5505 Connecticut Avenue, NW
Suite 341
Washington, D.C. 20015-2601

Dear Mr. Emerson:

        This is in response to your Freedom of Information Act
("FOIA")/Privacy Act request dated March 5, 2007 and received by
this office on March 19, 2007.

        We have referred your request to FBI Headquarters
("FBIHQ") for processing.  The Record/Information Dissemination
Section ("RIDS") at FBIHQ will maintain your request in the order
it was received and will assign it for processing and response in
turn.   In addition, RIDS will assign your request an FOIPA Number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to FBI
Headquarters, RID Section, 935 Pennsylvania Avenue, NW,
Washington, D.C. 20535-0001.

                              Sincerely,

                              Gary L. Gerszewski
                              Associate Division Counsel


1 - addressee
1 - 190-SD-C60287-C
LHB:lhb
(2)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                       )
                                             )
                                             )
                                             )
                                             )
          Plaintiff,                         )
                                             )  Civil Action No. 07-0866 (JR)
          v.                                 )
                                             )
FEDERAL BUREAU OF INVESTIGATION,             )
                                             )
          Defendant.                         )
                                             )

# EXHIBIT BB



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

MR STEVEN EMERSON                                     APRIL 27, 2007
SAE PRODUCTIONS
SUITE 341
5505 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20015 2601

Request No.: 1076466- 000
Subject: PARTNERSHIP FOR PREVENTION AND
COMMUNITY SAFETY INITIATIVE
NORTHEASTERN UNIVERSITY

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above
which was forward to FBI Headquarters from the San Diego Field Office.

To promptly respond to requests, we concentrate on identifying main files in the central records
system at the San Diego Field Office. No records responsive to your FOIPA request were located by a
search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy,
United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-
0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked
"Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your
request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT**
http://www.fbi.gov

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT CC



5505 Connecticut Avenue, NW • Suite 341 • Washington DC 20015-2601 • (202) 363-8602 • Fax: (202) 966-5191

May 1, 2007

Director
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001

RE:  FREEDOM OF INFORMATION ACT APPEAL
      Partnership for Prevention and Community Safety Initiative (PfP) Northeastern
      University

To Whom It May Concern:

This is an appeal under the Freedom of Information Act.  I appeal the denial of my request #
1076466- 000  If there are any questions about this appeal, please call my assistant, Abha Shankar,
at (202) 363-8602.

Thank you for your consideration of this appeal.

Steven Emerson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                        )
                                              )
                                              )
                                              )
                                              )
                    Plaintiff,                )
                                              ) Civil Action No. 07-0866 (JR)
              v.                              )
                                              )
FEDERAL BUREAU OF INVESTIGATION,              )
                                              )
                    Defendant.                )
                                              )

# EXHIBIT DD



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                *Washington, D.C. 20530*


Mr. Steven Emerson                          **MAY 17 2007**
SAE Productions
Suite 341
5505 Connecticut Avenue, NW
Washington, DC  20015-2601

      Re:  Request No. 1076466

Dear Mr. Emerson:

      This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on May 10, 2007.

      The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **07-1449**.  Please mention this number in any future correspondence to this Office regarding this matter.

      We will notify you of the decision on your appeal as soon as we can.  We regret the necessity of this delay and appreciate your continued patience.

               Sincerely,

               Priscilla Jones
               Supervisory Administrative Specialist

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT EE



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

JUN 2 8 2007

Mr. Steven Emerson
SAE Productions
Suite 341                            Re:    Appeal No. 07-1449
5505 Connecticut Avenue                      Request No. 1076466
Washington, DC 20015-2601                    ALB:MJS

Dear Mr. Emerson:

    You appealed from the action of the Headquarters Office of the Federal Bureau of
Investigation on your request for access to records pertaining to the Partnership for Prevention.

    I have been informed that you filed a Complaint for judicial review of the action of the
FBI in the United States District Court for the District of Columbia. Inasmuch as this matter is
now before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R.
§ 16.9(a)(3) (2006).

                        Sincerely,

                        Janice Galli McLeod
                        Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT FF



5505 CONNECTICUT AVENUE, NW •SUITE 341 •WASHINGTON DC 20015-2601 •(202) 363-8602 •FAX: (202) 966-5191

January 9, 2007

Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
    Town Hall Meeting with Muslim Leaders

To Whom It May Concern:
This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC
552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) division of
the Department of Justice. I am a representative of the news media as defined at 28 CFR
16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five
books, and make frequent television appearances.

On December 9, the FBI Springfield office hosted a day long town hall meeting with Muslim
community leaders from across central and southern Illinois to advance a dialogue between
the FBI and Muslim Americans. In all, 42 Muslim leaders attended, including four imams and
representatives of various Muslim/Arab American organizations. At the meeting for the FBI,
which initiated and sponsored the event, were Special Agent in Charge Weysan Dun and 12 of
his managers and agent supervisors. Also in attendance were a U.S. Attorney and two
assistant U.S. Attorneys from Illinois. The meeting discussed the FBI's work in
counterterrorism and civil rights and its recruiting efforts. The keynote speaker was Ahmed
Rehab, an Illinois Muslim community leader, who praised Springfield's outreach efforts and
the way in which Muslim leaders interacted with the FBI. Enclosed please find a copy of the
FBI news release related to the event.

I am writing to request copies of all files and records from the meeting as well as a list of the
attendees with their names and affiliation. Additionally, please provide copies of any
correspondence, memos and/or emails related to this meeting, as well as a copy of any video
tape material made of the meeting.

If you deny all or part of this request, please cite the specific exemptions you believe justify
your refusal to release the information and notify me of the appeal procedures available under
current law. In excising material, please "black out" rather than "white out" or "cut out."
Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my
assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

Federal Bureau of Investigation - Press Room - Headline Archives                    Page 1 of 2



**FEDERAL BUREAU OF INVESTIGATION**

Home | Site Map

**Contact Us**
- Your Local FBI Office
- Overseas Offices
- Submit a Crime Tip
- Report Internet Crime
- More Contacts

**Learn About Us**
- Quick Facts
- What We Investigate
- Natl. Security Branch
  Information
  Technology
- Fingerprints & Training
- Laboratory Services
- Reports & Publications
- History
- More About Us

**Get Our News**
- Press Room
- E-mail Updates
- News Feeds

**Be Crime Smart**
- Wanted by the FBI
- More Protections

**Use Our Resources**
- For Law Enforcement
- For Communities
- For Researchers
- More Services

**Visit Our Kids' Page**

**Apply for a Job**

## Headline Archives

### BUILDING PARTNERSHIPS

01/08/07



Springfield Special Agent in Charge Weysan Dun (left) greets a Muslim
community leader.

The turnout was good. The halal meal was excellent. And the
communication on all sides of the table was even better—open,
candid, and productive.

On December 9, our Springfield office hosted a day-long town hall
meeting with Muslim community leaders from across central and
southern Illinois. Its purpose: to advance a dialogue between the FBI
and Muslim Americans that had begun in the days following 9/11.

**Who was there.** In all, 42 Muslim leaders attended, including four
imams and representatives of various Muslim/Arab American
organizations. Several attendees traveled more than three hours
across the state to be there. At the meeting for the FBI, which initiated
and sponsored the event, were Special Agent in Charge Weysan Dun
and 12 of his managers and agent supervisors. Also in attendance
were a U.S. Attorney and two Assistant U.S. Attorneys from Illinois.

**The discussions.** Lively. Our Springfield office talked about its work in
counterterrorism and civil rights and its recruiting efforts. The luncheon
speaker was Ahmed Rehab, an Illinois Muslim community leader, who
praised Springfield's outreach efforts and the way in which Muslim
leaders interacted with the FBI. And throughout the meeting, there
were plenty of tough questions asked and concerns voiced by the
community leaders—from the need to educate law enforcement and
the public about Islam and Muslim culture...to the importance of
building a more diverse, inclusive FBI.

**What's next.** More of the same. The meeting was well received by all,
and our Springfield office plans to host more town halls and other

Headline Archi

Headline Story

**2007**
- January

**2006**
- December
- November
- October
- September
- August
- July
- June
- May
- April
- March
- February
- January

**2005**
- January
- February
- March
- April
- May
- June
- July
- August
- September
- October
- November
- December

**2004**
- January
- February
- March
- April
- May
- June
- July
- August
- September
- October
- November
- December

outreach efforts in the coming months.

Accessibility | eRulemaking | FirstGov | Freedom of Information Act | Legal Notices | Links | Privacy Policy | White

FBI.gov is an official site of the U.S. Federal Government, U.S. Department of Justice.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT GG



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 22, 2007

MR. STEVEN EMERSON
SAE PRODUCTIONS
SUITE 341
5505 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20015 2601

Request No.: 1067518- 000
Subject: TOWN HALL MEETING WITH
        MUSLIM LEADERS, 12/9/2006

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy

Section Chief,
Record/Information
  Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT HH



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C 20535*

January 25, 2007

MR. STEVEN EMERSON
SAE PRODUCTIONS
SUITE 341
5505 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20015 2601

Request No.: 1067518- 000
Subject: TOWN HALL MEETING WITH
MUSLIM LEADERS, 12/9/2006

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

If you believe that information exists in one of the fifty-six FBI Field Offices, it is incumbent upon you to direct your request to the appropriate office.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

Enclosure

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify <u>any</u> information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT II



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX: (202) 966-5191

March 5, 2007

Director
Office of Information and Privacy
United States Department of Justice
1425 New York Ave., NW
Suite 11050
Washington, DC 20530-0001

RE: FREEDOM OF INFORMATION ACT APPEAL
    Town Hall Meeting with Muslim Leaders

To Whom It May Concern:

This is an appeal under the Freedom of Information Act.

In a letter dated January 9, 2007, I requested documents under the Freedom of Information Act. My request was assigned the following identification number: 1067518-000.  I am writing to appeal the denial of my request.

If there are any questions about this appeal, please call my assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration of this appeal.

Sincerely,

Steven Emerson

**s a e**
**PRODUCTIONS**

5505 CONNECTICUT AVENUE, NW •SUITE 341 • WASHINGTON DC 20015-2601 •(202) 363-8602 •FAX: (202) 966-5191

January 9, 2007

Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
    Town Hall Meeting with Muslim Leaders

To Whom It May Concern:
This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC
552, 5 USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) division of
the Department of Justice. I am a representative of the news media as defined at 28 CFR
16.11(b)(6). I frequently publish articles in the mainstream media, am the author of five
books, and make frequent television appearances.

On December 9, the FBI Springfield office hosted a day long town hall meeting with Muslim
community leaders from across central and southern Illinois to advance a dialogue between
the FBI and Muslim Americans. In all, 42 Muslim leaders attended, including four imams and
representatives of various Muslim/Arab American organizations. At the meeting for the FBI,
which initiated and sponsored the event, were Special Agent in Charge Weysan Dun and 12 of
his managers and agent supervisors. Also in attendance were a U.S. Attorney and two
assistant U.S. Attorneys from Illinois. The meeting discussed the FBI's work in
counterterrorism and civil rights and its recruiting efforts. The keynote speaker was Ahmed
Rehab, an Illinois Muslim community leader, who praised Springfield's outreach efforts and
the way in which Muslim leaders interacted with the FBI. Enclosed please find a copy of the
FBI news release related to the event.

I am writing to request copies of all files and records from the meeting as well as a list of the
attendees with their names and affiliation. Additionally, please provide copies of any
correspondence, memos and/or emails related to this meeting, as well as a copy of any video
tape material made of the meeting.

If you deny all or part of this request, please cite the specific exemptions you believe justify
your refusal to release the information and notify me of the appeal procedures available under
current law. In excising material, please "black out" rather than "white out" or "cut out."
Please respond to this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my
assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

January 25, 2007

MR. STEVEN EMERSON
SAE PRODUCTIONS
SUITE 341
5505 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20015 2601

Request No.: 1067518- 000
Subject: TOWN HALL MEETING WITH
MUSLIM LEADERS, 12/9/2006

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

If you believe that information exists in one of the fifty-six FBI Field Offices, it is incumbent upon you to direct your request to the appropriate office.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                    )
                                          )
                                          )
                                          )
                                          )
        Plaintiff,                        )
                                          ) Civil Action No. 07-0866 (JR)
        v.                                )
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
                                          )
        Defendant.                        )
                                          )

# EXHIBIT JJ



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

MAR 28 2007

Mr. Steven Emerson
SAE Productions
5505 Connecticut Avenue NW., Suite 341
Washington, DC 20015 - 2601

 Re:  Request No. 1067518 - Town Hall Meeting with Muslim Leaders

Dear Mr. Emerson:

 This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on March 13, 2007.

 The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-0892**. Please mention this number in any future correspondence to this Office regarding this matter.

 We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

      Sincerely,

      Priscilla Jones
      Supervisory Administrative Specialist

File

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT KK



**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_                    _Washington, D.C. 20530_

JUN 1 4 2007


Mr. Steven Emerson                    Re:    Appeal Nos. 07-0892, 07-0893,
SAE Productions                              07-0894 & 07-1047
Suite 341                                    Request Nos. 1067518, 1067168,
5505 Connecticut Avenue, NW                  1068705 & 1072819
Washington, DC  20015-2601                   ADW:MJS

Dear Mr. Emerson:

        You appealed from the actions of the Detroit and Cleveland Field Offices and the
Headquarters Office of the Federal Bureau of Investigation on your request for access to various
records.

        I have been informed that you filed a complaint for judicial review of the FBI's action
in the United States District Court for the District of Columbia.  Inasmuch as this matter is now
before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R.
§ 16.9(a)(3) (2006).

                                Sincerely,

                                _Janice Galli McLeod_
                                Janice Galli McLeod
                                Associate Director

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT LL



5505 CONNECTICUT AVENUE, NW • SUITE 341 • WASHINGTON DC 20015-2601 • (202) 363-8602 • FAX (202) 966-5191

March 5, 2007

Federal Bureau of Investigation (FBI)
Springfield Illinois Division
900 East Linton Avenue
Springfield, Illinois 62703


RE: FREEDOM OF INFORMATION ACT & PRIVACY ACT REQUEST
    Town Hall Meeting with Muslim Leaders

To Whom It May Concern:

This is a request by Steven Emerson of SAE Productions ("Requester") pursuant to 5 USC 552, 5
USC 552a, and 28 CFR Part 16, to the Federal Bureau of Investigation (FBI) Springfield Illinois
Division. I am a representative of the news media as defined at 28 CFR 16.11(b)(6). I frequently
publish articles in the mainstream media, am the author of five books, and make frequent television
appearances.

On December 9, the FBI Springfield office hosted a day long town hall meeting with Muslim
community leaders from across central and southern Illinois to advance a dialogue between the FBI
and Muslim Americans. In all, 42 Muslim leaders attended, including four imams and
representatives of various Muslim/Arab American organizations. At the meeting for the FBI, which
initiated and sponsored the event, were Special Agent in Charge Weysan Dun and 12 of his
managers and agent supervisors. Also in attendance were a U.S. Attorney and two assistant U.S.
Attorneys from Illinois. The meeting discussed the FBI's work in counterterrorism and civil rights
and its recruiting efforts. The keynote speaker was Ahmed Rehab, an Illinois Muslim community
leader, who praised Springfield's outreach efforts and the way in which Muslim leaders interacted
with the FBI. Enclosed please find a copy of the FBI news release related to the event.

I am writing to request copies of all files and records from the meeting as well as a list of the
attendees with their names and affiliation. Additionally, please provide copies of any
correspondence, memos and/or emails related to this meeting, as well as a copy of any video tape
material made of the meeting.

If you deny all or part of this request, please cite the specific exemptions you believe justify your
refusal to release the information and notify me of the appeal procedures available under current
law. In excising material, please "black out" rather than "white out" or "cut out." Please respond to
this request within twenty (20) working days as provided in 22 CFR 171.12.

If there are any questions about this request or other information I can provide, please call my
assistant, Abha Shankar, at (202) 363-8602.

Thank you for your consideration in this matter.

Sincerely,

Steven Emerson

Home | Site Map

# FEDERAL BUREAU OF INVESTIGATION

Contact Us
- Your Local FBI Office
- Overseas Offices
- Submit a Crime Tip
- Report Internet Crime
- More Contacts

Learn About Us
- Quick Facts
- What We Investigate
- Natl. Security Branch
  Information
  Technology
- Fingerprints & Training
- Laboratory Services
- Reports & Publications
- History
- More About Us

Get Our News
- Press Room
- E-mail Updates
- News Feeds

Be Crime Smart
- Wanted by the FBI
- More Protections

Use Our Resources
- For Law Enforcement
- For Communities
- For Researchers
- More Services

Visit Our Kids' Page

Apply for a Job

## Headline Archives

### BUILDING PARTNERSHIPS

01/08/07



Springfield Special Agent in Charge Weysan Dun (left) greets a Muslim community leader.

Headline Archi

Headline Story

2007
- January

2006
- December
- November
- October
- September
- August
- July
- June
- May
- April
- March
- February
- January

2005
- January
- February
- March
- April
- May
- June
- July
- August
- September
- October
- November
- December

2004
- January
- February
- March
- April
- May
- June
- July
- August
- September
- October
- November
- December

The turnout was good. The halal meal was excellent. And the communication on all sides of the table was even better—open, candid, and productive.

On December 9, our Springfield office hosted a day-long town hall meeting with Muslim community leaders from across central and southern Illinois. Its purpose: to advance a dialogue between the FBI and Muslim Americans that had begun in the days following 9/11.

**Who was there.** In all, 42 Muslim leaders attended, including four imams and representatives of various Muslim/Arab American organizations. Several attendees traveled more than three hours across the state to be there. At the meeting for the FBI, which initiated and sponsored the event, were Special Agent in Charge Weysan Dun and 12 of his managers and agent supervisors. Also in attendance were a U.S. Attorney and two Assistant U.S. Attorneys from Illinois.

**The discussions.** Lively. Our Springfield office talked about its work in counterterrorism and civil rights and its recruiting efforts. The luncheon speaker was Ahmed Rehab, an Illinois Muslim community leader, who praised Springfield's outreach efforts and the way in which Muslim leaders interacted with the FBI. And throughout the meeting, there were plenty of tough questions asked and concerns voiced by the community leaders—from the need to educate law enforcement and the public about Islam and Muslim culture…to the importance of building a more diverse, inclusive FBI.

**What's next.** More of the same. The meeting was well received by all, and our Springfield office plans to host more town halls and other

outreach efforts in the coming months.

Accessibility | eRulemaking | FirstGov | Freedom of Information Act | Legal Notices | Links | Privacy Policy | While
FBI.gov is an official site of the U.S. Federal Government, U.S. Department of Justice.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT MM



**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

900 East Linton Avenue
Springfield, IL   62703
217-522-9675
March 20, 2007

Mr. Steven Emerson
SAE Productions
5505 Connecticut Avenue NW
Suite 341
Washington, DC  20015-2601

Dear Mr. Emerson:

      This is in response to your Freedom of Information Act
(FOIA)/Privacy Act request received by this office on March 12,
2007.

      We have referred your request to FBI Headquarters
(FBIHQ) for processing.  The Record/Information Dissemination
Section (RIDS) at FBIHQ will maintain your request in the order
it was received and will assign it for processing and response in
turn.  In addition, RIDS will assign your request a FOIPA Number
and advise you of that number as soon as possible.  Any future
correspondence concerning this request should be directed to
FBIHQ, RIDS, 935 Pennsylvania Avenue NW, Washington, DC
20535-0001.

                          Sincerely,

                          Weysan Dun
                          Special Agent in Charge

                          By:
                          K. Marshall Stone
                          Chief Division Counsel

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT NN



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Mark S. Zaid, Esq.
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

HOSTED IN SPRINGFIELD, IL

September 20, 2007

Subject: TOWN HALL MEETING WITH MUSLIM LEADERS

FOIPA No. 1080267-000

Dear Requester:

    The enclosed documents were reviewed under the Freedom of Information/Privacy Acts (FOIPA), Title 5, United States Code, Section 552/552a. Deletions have been made to protect information which is exempt from disclosure, with the appropriate exemptions noted on the page next to the excision. In addition, a deleted page information sheet was inserted in the file to indicate where pages were withheld entirely. The exemptions used to withhold information are marked below and explained on the enclosed Form OPCA-16a:

| Section 552 | | Section 552a |
|---|---|---|
| ☐(b)(1) | ☐(b)(7)(A) | ☐(d)(5) |
| ☒(b)(2) | ☐(b)(7)(B) | ☐(j)(2) |
| ☐(b)(3)_____ | ☐(b)(7)(C) | ☐(k)(1) |
| _____ | ☐(b)(7)(D) | ☐(k)(2) |
| _____ | ☐(b)(7)(E) | ☐(k)(3) |
| _____ | ☐(b)(7)(F) | ☐(k)(4) |
| ☐(b)(4) | ☐(b)(8) | ☐(k)(5) |
| ☐(b)(5) | ☐(b)(9) | ☐(k)(6) |
| ☒(b)(6) | | ☐(k)(7) |

92 **page(s)** were reviewed and 92 **page(s)** are being released.

☐  Document(s) were located which originated with, or contained information concerning other Government agency(ies) [OGA]. This information has been:

    ☐  referred to the OGA for review and direct response to you.

    ☐  referred to the OGA for consultation. The FBI will correspond with you regarding this information when the consultation is finished.

☒  You have the right to appeal any denials in this release. Appeals should be directed in writing to the Director, Office of Information and Privacy, U.S. Department of Justice,1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001 within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

☐ The enclosed material is from the main investigative file(s) in which the subject(s) of your request was the focus of the investigation. Our search located additional references, in files relating to other individuals, or matters, which may or may not be about your subject(s). Our experience has shown, when ident, references usually contain information similar to the information processed in the main file(s). Because of our significant backlog, we have given priority to processing only the main investigative file(s). If you want the references, you must submit a separate request for them in writing, and they will be reviewed at a later date, as time and resources permit.

☒ See additional information which follows.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
  Dissemination Section
Records Management Division

Enclosure(s) 2

Our further searches located the enclosed documents responsive to your request.

**EXPLANATION OF EXEMPTIONS**

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)   (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)   related solely to the internal personnel rules and practices of an agency;

(b)(3)   specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)   trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)   inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)   personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)   records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could be reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could be reasonably expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)   contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)   geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)   information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)   material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)   information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)   investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)   material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)   required by statute to be maintained and used solely as statistical records;

(k)(5)   investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)   testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)   material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
SAE PRODUCTIONS, INC.          )
                               )
             Plaintiff,        )
                               )
      v.                       ) Civil Action No. 07-0866(JR)
                               )
FEDERAL BUREAU                 )
OF INVESTIGATION               )
                               )
             Defendant.        )
                               )
_____)
```

# Exhibit  OO

# Part 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT OO



Council on American-Islamic Relations

« Go back to the Home Page



Ingrid Mattson (Photo courtesy of the Hartford Seminary)

ABOUT NNS
STORY ARCHIVES
NEWSPAPER LINKS
SUBSCRIPTION INFORMATION
HOW TO E MAIL NEWHOUSE
NEWHOUSE PHOTOS
RELIGION NEWS SERVICE
ABOUT NEWHOUSE PAPERS

VALUES AND PHILANTHROPY

# Images of Prisoner Abuse Perfectly Attuned to Assault on Muslim Values

BY MARK O'KEEFE
c.2004 Newhouse News Service

CLICK HERE TO BUY THIS STORY

More Mark O'Keefe Stories

As soon as Ingrid Mattson saw the photo of the smiling American woman soldier pointing at the genitals of a hooded, naked Iraqi prisoner, she knew it would touch a deep, inner chord in Muslims, no matter where they are.

That image and others like it assault on a visceral level core Islamic values such as modesty and dignity while evoking feelings of humiliation that non-Muslims may not fully understand, say Mattson and other scholars of Islam.

"This is definitely symbolic," said Mattson, a professor of Islamic studies at Hartford Seminary in Connecticut. "This soldier is symbolic of American force and the prisoner is symbolic of Muslim peoples. For the broader Muslim public, this will be a symbol of the subjugation and rape of Muslim lands."

"That picture will become the recruiting poster of radicals trying to attack the West," said Akbar Ahmed, a professor of Islamic studies at American University in Washington. "If Osama bin Laden had come to Madison Avenue and asked for an advertising image to help him recruit, this would be it."

In the United States, the full power of the images are only beginning to be realized, said Ahmed, an anthropologist trained in semiotics, the study of signs and symbols, and author of "Islam Under Siege: Living Dangerously in a Post-Honor World."

So far, he said, the picture that seems to resonate most in the West is one showing a hooded and wired prisoner with his arms outstretched, like Christ suffering on the cross.

But the image Muslims will have seared on their psyche is the photo of the female American soldier, because it depicts an interaction brazenly crossing spiritual, societal and cultural boundaries.

SAE-2

"Here, you're getting one person representing one civilization pointing to the most vulnerable part of another person representing another civilization," said Ahmed. "It's gloating. It's triumphant, with an element of sadism and stupidity."

The image, readily available on the Internet, has already been published in Muslim newspapers and broadcast on television not only in the Middle East, but worldwide.

The display of skin is shocking enough in cultures where women's faces and sometimes entire bodies are customarily covered, and where men don't wear shorts or T-shirts, but modest, loose-fitting clothing, even when it's hot.

When Muslims learn that the prisoners were put in compromising sexual positions and forced to masturbate, to the amusement of American soldiers, it's nearly incomprehensible, said Ahmed, who is also a columnist for Religion News Service.

If the prisoners had been killed instead of sexually abused, it would have been less inflammatory to many Muslims, he said.

The claim that the abuse was "un-American," as Defense Secretary Donald Rumsfeld said Tuesday, and "does not represent the America that I know," as President Bush put it Wednesday, does little to mitigate the damage, say Islamic scholars. That's because the images play perfectly to stereotypes of morally decadent Americans.

"This is only going to reinforce the notion in Muslim countries that Americans have this kind of obsession with sexuality and sex," said Mattson. "I'm just afraid that it's going to be taken as a broader indictment of American society that somehow reveals something about what's wrong with America."

But more than just sexual mores were violated, said Ebrahim Moosa, co-director of the Center for the Study of Muslim Networks at Duke University in Durham, N.C. The abuse, which ironically occurred in the Abu Ghraib prison made notorious by Saddam Hussein, "highlights a widespread impression held by Muslims the world over that there is very little difference in the morality of the U.S.-led forces and the Baathists they claim to have unseated."

Moosa said blame must go to the top, to the people who created a climate that would allow for such abuse.

"When the commander in chief uses self-serving and overheated rhetoric proclaiming that every means must be used to defeat terrorism and that all means are legitimate, why would the foot soldiers not understand it to be legitimate to torture 'terrorists' in Iraq?" he asked.

In the 2000 presidential election, Agha Saeed, a lecturer at California State University at Hayward, urged Muslims to vote for Bush, and

SAE-3

many did, said Saeed, who chairs the American Muslim Task Force on Civil Rights and Elections, a coalition of nine national Muslim organizations.

But the images of prison abuse are so powerful they will not only turn many American Muslims against Bush, Saeed said, but might also discourage some from participating at all in American democracy.

"There's profound shock," said Saeed. "People thought things could go wrong, but not this wrong. People didn't think U.S. forces could stoop this low. This will be a painful memory that will resonate and echo in the collective consciousness. What I fear for is further alienation of people in the Muslim world from the West and the United States.

"What this has done is remove the fig leaf from the U.S. occupation in Iraq. Not only did it make the Iraqi people naked, but it made America naked in terms of its claims of abiding by the rule of law, maintaining human dignity, exercising self-restraint and having a government that's accountable and transparent."

May 6, 2004

(Mark O'Keefe can be contacted at mark.okeefe@newhouse.com)

*To print:* **Click here** *or* Select **File** and then **Print** from your browser's menu

## American Muslims Fingerprinted by U.S. at Canadian Border

WASHINGTON, D.C., 12/29/04) - A prominent national Islamic civil rights and advocacy group today called for a formal investigation by the Department of Homeland Security (DHS) into an incident at the Canadian border in which American Muslim citizens were apparently singled out for special security checks based on their attendance at an Islamic conference and then held until they agreed to be fingerprinted.



The Washington-based Council on American-Islamic Relations (CAIR) said the incident was a disturbing example of religious profiling that would have a chilling effect on the constitutional rights of American Muslims, particularly the right to the free exercise of religion, freedom of speech, peaceful assembly, and the right to be "secure in their persons…against unreasonable searches."

Sawsan Tabba discusses the issue.
Picture Source: wkbw.com.
Watch Video: Click here

A number of the up to 40 Muslims who were singled out for questioning and fingerprinting told CAIR that they were returning from a weekend Islamic conference of more than 10,000 in Toronto when they were stopped by U.S. Customs and Border Protection (CBP) officials at the Lewiston Bridge crossing near Niagara Falls, N.Y. (CBP is part of the Department of Homeland Security. For conference details, see: http://www.revivingtheislamicspirit.com/)

Several of the Muslim citizens held at the border for up to six hours on Sunday night and Monday morning told CAIR they objected strenuously to being fingerprinted, but were informed by CBP representatives that "you have no rights" and that they would be held until they agreed to the fingerprinting procedure. One person was allegedly threatened with arrest if she attempted to leave the detention area without being fingerprinted.

CBP officials on the scene cited "orders from above" to justify their actions. One CBP official reportedly agreed with a Muslim traveler that "it would not look good" if the news media saw the detention area filled exclusively with Muslims in Islamic attire. CAIR is investigating similar reports of demands for fingerprinting of conference attendees at other border crossings.

When contacted by CAIR, a CBP spokesman in Washington, D.C., initially said fingerprinting of American citizens would be a "violation of policy." He later said fingerprinting would be allowed "if there was a law enforcement reason for doing so," but would not state what that reason might be.

Media reports on the incident quote CBP officials as saying some of the Muslim citizens who were fingerprinted had names similar to those on watch lists. But that claim does not explain why everyone in the group of conference attendees, even Muslim converts, were fingerprinted.

SEE: "Muslim-Americans Say Border Inspections Were Unwarranted"
http://www.wkbw.com/morenews/morenews.asp#11

SAE-5

Local DHS officials now say they will hold a community meeting next week to address the concerns of those who were forced to be fingerprinted.

"The image of a room full of American Muslim citizens apparently being held solely because of their faith and the fact that they attended an Islamic conference is one that should be disturbing to all Americans who value religious freedom," said CAIR Executive Director Nihad Awad. "This incident must be investigated to determine what the policy on fingerprinting Muslim citizens is and who is behind it."

Awad also urged anyone treated in a similar manner to contact CAIR's Civil Rights Department by calling 202-488-8787 or e-mailing civilrights@cair-net.org.

CAIR, America's largest Muslim civil liberties group, has 30 offices and chapters nationwide and in Canada. Its mission is to enhance understanding of Islam, encourage dialogue, protect civil liberties, empower American Muslims, and build coalitions that promote justice and mutual understanding.

- END -

CONTACT: Ibrahim Hooper, 202-488-8787 or 202-744-7726, E-Mail: ihooper@cair-net.org; Rabiah Ahmed, 202-488-8787 or 202-439-1441, E-Mail: rahmed@cair-net.org

SAE-6



Cornell News: American attitudes toward Muslims
Case 1:07-cv-00866-JR   Document 10-5   Filed 11/28/2007   Page 9 of 53
Page 1 of 2

## Fear factor: 44 percent of Americans queried in Cornell national poll favor curtailing some liberties for Muslim Americans

EMBARGOED UNTIL FRIDAY, DEC. 17, 2004, AT 11:59 a.m. EST

Contact: Blaine P. Friedlander Jr.
Office: 607-254-8093
E-Mail: bpf2@cornell.edu

**The full reports are available in PDF form:**
**Restrictions on Civil Liberties, Views of Islam, & Muslim Americans**
**U.S. War on Terror, U.S.Foreign Policy, and Anti-Americanism**

ITHACA, N.Y. -- In a study to determine how much the public fears terrorism, almost half of respondents polled nationally said they believe the U.S. government should -- in some way -- curtail civil liberties for Muslim Americans, according to a new survey released today (Dec. 17) by Cornell University.

About 27 percent of respondents said that all Muslim Americans should be required to register their location with the federal government, and 26 percent said they think that mosques should be closely monitored by U.S. law enforcement agencies. Twenty-nine percent agreed that undercover law enforcement agents should infiltrate Muslim civic and volunteer organizations, in order to keep tabs on their activities and fund raising. About 22 percent said the federal government should profile citizens as potential threats based on the fact that they are Muslim or have Middle Eastern heritage. In all, about 44 percent said they believe that some curtailment of civil liberties is necessary for Muslim Americans.

Conversely, 48 percent of respondents nationally said they do not believe that civil liberties for Muslim Americans should be restricted.

The Media and Society Research Group, in Cornell's Department of Communication, commissioned the poll, which was supervised by the Survey Research Institute, in Cornell's School of Industrial and Labor Relations. The results were based on 715 completed telephone interviews of respondents across the United States, and the poll has a margin of error of 3.6 percent.

The survey also examined the relation of religiosity to perceptions of Islam and Islamic countries among Christian respondents. Sixty-five percent of self-described highly religious people queried said they view Islam as encouraging violence more than other religions do; in comparison, 42 percent of the respondents who said they were not highly religious saw Islam as encouraging violence. In addition, highly religious respondents also were more likely to describe Islamic countries as violent (64 percent), fanatical (61 percent) and dangerous (64 percent). Fewer of the respondents who said they were not highly religious described Islamic countries as violent (49 percent), fanatical (46 percent) and dangerous (44 percent). But 80 percent of all respondents said they see Islamic countries as being oppressive toward women.

"Our results highlight the need for continued dialogue about issues of civil liberties in time of war," says James Shanahan, Cornell associate professor of communication and a principal investigator in the study. Shanahan and Erik Nisbet, senior research associate with the ILR Survey Research Institute, commissioned the study, and Ron

SAE-7

Ostman, professor of communication, and his students administered it.

Shanahan notes: "Most Americans understand that balancing political freedoms with security can sometimes be difficult. Nevertheless, while a majority of Americans support civil liberties even in these difficult times, and while more discussion about civil liberties is always warranted, our findings highlight that personal religiosity as well as exposure to news media are two important correlates of support for restrictions. We need to explore why these two very important channels of discourse may nurture fear rather than understanding."

Researchers found that opinions on restricting civil liberties for Muslim Americans vary by political self-identification. About 40 percent of Republican respondents agreed that Muslim Americans should be required to register their whereabouts, compared with 24 percent of Democratic respondents and 17 percent of independents. Forty-one percent of Republican respondents said that Muslim American civic groups should be infiltrated, compared with 21 percent of Democrats and 27 percent of independents.

On whether mosques should be monitored, about 34 percent of the Republicans polled agreed they should be, compared with 22 percent of Democrats. Thirty-four percent of Republicans said that profiling of Muslim Americans is necessary, compared with 17 percent of Democrats.

The survey also showed a correlation between television news-viewing habits, a respondent's fear level and attitudes toward restrictions on civil liberties for all Americans. Respondents who paid a lot of attention to television news were more likely to favor restrictions on civil liberties, such as greater power for the government to monitor the Internet. Respondents who paid less attention to television news were less likely to support such measures. "The more attention paid to television news, the more you fear terrorism, and you are more likely to favor restrictions on civil liberties," says Nisbet.

-30-

**Related World Wide Web sites:** The following sites provide additional information on this news release. Some might not be part of the Cornell University community, and Cornell has no control over their content or availability.

- The Media and Society Research Group: http://www.comm.cornell.edu/msrg/msrg.html
- James Shanahan: http://www.comm.cornell.edu/shanahan/shanahan.html

**| December release index | | Cornell News Service Home Page |**

SAE-8

*To print:* **Click here** *or* Select **File** *and then* **Print** *from your browser's menu*

## Poll: 1-in-4 Americans Holds Anti-Muslim Views

(WASHINGTON, DC - 10/4/2004) - According to a poll released today by a
prominent national Islamic civil rights and advocacy group, 1-in-4 Americans
believes a number of anti-Muslim stereotypes and negative images of Muslims are
16 times more prevalent than positive ones.

SEE: http://www.cair-net.org/downloads/pollresults.ppt



The poll, sponsored by the Washington-based Council on American-Islamic
Relations (CAIR) and conducted by an independent research firm, was designed to
understand what Americans think about Muslims, identify variables associated with
anti-Muslim prejudice and to seek out ways in which to combat the Islamophobic
prejudice that often leads to discrimination or even hate crimes.

CAIR's News Conference
Poll Results (PDF Format):
English || Arabic

FOR EXAMPLE, SEE:
"Twin Cities' Muslims Detail Vandalism Attacks"
http://www.startribune.com/stories/462/5013716.html
http://www.kare11.com/news/news_article.aspx?storyid=70097

Poll results include:

* More than one-fourth of survey respondents agreed with stereotypes such
as "Muslims teach their children to hate" and "Muslims value life less than
other people."
* When asked what comes to mind when they hear "Muslim," 32 percent of
respondents made negative comments. Only two percent had a positive response.
* Those with the most negative attitudes toward Islam and Muslims tend to
be less-educated white males who are politically conservative.
* General knowledge of Islam is low but the presence of Muslim friends and
colleagues drives more enlightened attitudes.
* African-Americans hold more favorable attitudes about Muslims than do whites.
* While half of respondents believed that American Muslims are
"cooperating" in the war on terror, 50 percent did not believe that they
are actively "condemning" terrorist acts.
* Most Americans believe that the terrorists are misusing the teachings of
Islam.
* About half of Americans hold one or more favorable attitudes about
Muslims, such as "Muslims have family-oriented values" and "Muslims have
contributed to civilization."
* Those who believe they are knowledgeable about Islam tend to have more
positive attitudes.

"As a nation that values tolerance and equality, we need to recognize the
growing anti-Muslim prejudice in our society and join together as Americans
to combat this divisive phenomenon," said CAIR Board Chairman Omar Ahmad.
"It is clear from the results of this survey that we have our work cut out
for us in terms of educating other Americans about Islam and providing
opportunities for positive interactions with the Muslim community."

SAE-9

Ahmad said that CAIR will be encouraging local Muslim communities across the United States to hold open houses for people of other faiths during Ramadan, the Islamic fast that begins in mid-October.

Survey results were based on 1000 telephone interviews conducted by California-based Genesis Research Associates (http://www.genesisresearch.net ) between June 23 and July 2, 2004. Interviewers spoke with a gender-balanced random sample of respondents across the continental United States. Margin of error for the poll (with 95 percent confidence) is +/-3.1 percent. CAIR, America's largest Islamic civil liberties group, has 29 regional offices and chapters nationwide and in Canada.

- END -

CONTACT: Ibrahim Hooper, 202-488-8787 or 202-744-7726, E-Mail: cair@cair-net.org; Rabiah Ahmed, 202-488-8787 or 202-439-1441, E-Mail: rahmed@cair-net.org

SAE-10

*To print:* **Click here** *or* Select **File** and then **Print** from your browser's menu

## Sign CAIR's 'Not in the name of Islam' Petition

CAIR today launched an online petition drive designed to disassociate the faith of Islam from the violent acts of a few Muslims.

:: **Sign the Petition** ::

**CLICK HERE**

The petition CAIR's web site (www.cair-net.org), called "Not in the Name of Islam," allows Muslims around the world to help correct misperceptions of Islam and the Islamic stance on religiously-motivated terror.

The "Not in the Name of Islam" petition states: "We, the undersigned Muslims, wish to state clearly that those who commit acts of terror, murder and cruelty in the name of Islam are not only destroying innocent lives, but are also betraying the values of the faith they claim to represent. No injustice done to Muslims can ever justify the massacre of innocent people, and no act of terror will ever serve the cause of Islam. We repudiate and dissociate ourselves from any Muslim group or individual who commits such brutal and un-Islamic acts. We refuse to allow our faith to be held hostage by the criminal actions of a tiny minority acting outside the teachings of both the Quran and the Prophet Muhammad, peace be upon him.

"As it states in the Quran: *'Oh you who believe, stand up firmly for justice, as witnesses to God, even if it be against yourselves, or your parents, or your kin, and whether it be against rich or poor; for God can best protect both. Do not follow any passion, lest you not be just. And if you distort or decline to do justice, verily God is well-acquainted with all that you do.'"* (Quran 4:135)

CAIR's petition drive comes following the videotaped beheading of an American civilian in Iraq that shocked television viewers worldwide. A CAIR commentary published today in a number of newspapers nationwide reinforces the point that Islam should not be associated with terrorism.

"We hope this effort will demonstrate once and for all that Muslims in America and throughout the Islamic world reject violence committed in the name of Islam," said CAIR Board Chairman Omar Ahmad. "People of all faiths must do whatever they can to help end the downward spiral of mutual hostility and hatred that is engulfing our world."

**Immediate Action Requested:**

1. Encourage local mosques and Islamic organizations to endorse the "Not in the Name of Islam" petition and have their members go online to sign.
2. Promote the petition in Friday khutbas and other gatherings.
3. Send statements endorsing the petition to local media through letters to the editor or editorials. (Local communities could even hold news conference. Ask CAIR for advice.)
4. Distribute the petition action alert to friends, relatives and co-workers through personal e-mail lists.
5. Encouraging Muslim websites to link to the petition.Publish the petition action alert in Muslim media outlets.

SAE-11

Plain Dealer   Dec 18, 2004

# Poll shows support for limiting rights of Muslims in U.S.

**WILLIAM KATES**
*Associated Press*

ITHACA, N.Y. — Nearly half of all Americans believe the U.S. government should restrict the civil liberties of Muslim-Americans, according to a nationwide poll.

The survey conducted by Cornell University also found that Republicans and people who described themselves as highly religious were more apt to support curtailing Muslims' civil liberties than Democrats or people who are less religious.

Researchers also found that respondents who paid more attention to television news were more likely to fear terrorist attacks and support limiting the rights of Muslim-Americans.

"It's sad news. It's disturbing news. But it's not unpredictable," said Mahdi Bray, executive director of the Muslim American Society.

"The nation is at war, even if it's not a traditional war. We just have to remain vigilant and continue to interface."

The survey found 44 percent favored at least some restrictions on the civil liberties of Muslim-Americans.

Forty-eight percent said liberties should not be restricted in any way.

The survey showed that 27 percent of respondents supported requiring all Muslim-Americans to register where they lived with the federal government.

Twenty-two percent favored racial profiling to identify potential terrorist threats. And 29 percent thought undercover agents should infiltrate Muslim civic and volunteer organizations to keep tabs on their activities and fund raising.

Cornell student researchers questioned 715 people in the nationwide telephone poll conducted this fall. The margin of error was 3.6 percentage points.

SAE-12

# OPINION

## THE PLAIN DEALER

Thursday, February 24, 2005 | B8

**ALEX MACHASKEE**
President and Publisher

**DOUGLAS C. CLIFTON**
Editor

**ROBERT M. LONG**
Executive Vice President

**BRENT W. LARKIN**
Editorial Page Director

## LETTERS

# Secret searches violate rights of local Muslims

The federal search and seizure conducted in Cleveland on Feb. 3 against the office of a Muslim certified public accountant is deeply troubling (Plain Dealer, Feb. 5). The firm housed the records of hundreds of local Muslim businesses and individuals. Although the affidavits underlying the warrant remain sealed, the government is helping itself to the private financial records of the area's many Muslim shopkeepers, business owners and professionals.

Since a mosque and Muslim school were also searched, it is hard to know which is broader: the shadow of suspicion cast over the Muslim community or the blanket of probable cause needed to justify such a grab. With the stroke of a pen, a federal judge laid bare the financial records of an entire community. Did he mean to extend such a free hand?

Americans want their government to investigate unlawful conduct, but we expect investigations to stay within constitutional limits. When an affidavit used as the basis of a search is sealed, the public cannot know if the search is overly broad or if the seized items are beyond the scope of the warrant.

After a truckload of computers and documents were carted away, the government left a parting gift: a list of clients whose files had been "sneaked and peeked at" five months earlier. Now that we know, we can invoke our rights. That is, if the Fourth Amendment right against unreasonable searches and seizures is still the law of the land.

**JULIA A. SHEARSON**
Cleveland

*Shearson is director of the Cleveland office of the Council on American-Islamic Relations.*

SAE-13

SAE-14

# American Muslim warns of threat to civil rights

## War on terrorism's fallout on immigrants is decried

By JANE SCHMUCKER
BLADE STAFF WRITER

In their fear after Sept. 11, Americans have forgotten they are a land of immigrants, an Islamic civil rights leader said in a speech to about 325 people in Toledo last night.

Julia A. Shearson, director of the Council of American-Islamic Relations office in Cleveland, illustrated her point by talking about a Cleveland grandmother arrested in a child-custody dispute.

Speaking at the United Muslims Association of Toledo's annual Unity Dinner, she said jailers forced the woman to remove her Islamic head scarf and did not allow her to wear it to court.

She said she was disturbed that the woman was not allowed to practice her religion, a basic right in the United States.

"That's why we came to this country," said Ms. Shearson, a recent convert to Islam whose ancestors came over on the Mayflower. "Have we truly forgotten that?"

It was one of several stories that Ms. Shearson used to show how civil rights have eroded since the war on terrorism began in 2001.

"There's thousands of examples like this," said Ehsan Khan, of Ottawa Hills, who applauded Ms. Shearson's speech in the Stranahan Theatre Great Hall.

In another case, a mother of three who had never filled out the paperwork for legal status was deported while her case was pending before an immigration court.

"That's wrong. That's un-American," Ms. Shearson said. "I'm not saying she had a right to stay here. But she had a right to have her day in court."

She also talked about a man from Kent, Ohio, who allegedly has direct connections to the al-Qaeda terrorist network. He has been jailed for two years without the filing of charges. Ms. Shearson said she does not know if the allegations are true, but she said two years is too long to hold a person without charges.

"The man was the sole breadwinner for his wife and three children. His wife, who was left with no income, fell into such a depression that social services took the children away from her, she said. The children were placed in a foster home where many meals were pork, which Islam does not allow, and they were taken to a Christian church.

Her office in Cleveland aims to protect the civil rights of Muslims in northern Ohio, encourage Muslims to take part in civic duties such as voting, and serves as a source of information about Muslims for the media.

Last night's dinner, which included the introduction of about 30 political candidates and the presentation of awards to several public officials, was titled "Election 2004, Strategies and Choices."

Voter registration forms were collected and buttons that read "Proud to be American Muslim. I vote!" were passed out.

Between 150,000 to 185,000 Muslims live in Ohio, according to Jad Humeidan, executive director of the Ohio chapter of the Council on American-Islamic Relations. About 80 percent of them are citizens and about 80 percent of those who are eligible to vote are registered, he said.

In her speech, Ms. Shearson said that Muslims would have to stop blaming the West for problems and join with other groups to make an impact politically.

But she also quoted Margaret Mead, the anthropologist, who said: "Never doubt that a small group of thoughtful, committed people can change the world. Indeed, it is the only thing that ever has."

Some of Ms. Shearson's ancestors came to America on the Mayflower in 1620. Their descendants moved to Ohio from Connecticut in 1813.

"It may seem unlikely for a Pilgrim to become a Muslim," said Ms. Shearson, who converted to Islam after Sept. 11, 2001. But Ms. Shearson said she still credits her religious faith to her Catholic grandmother.

Contact Jane Schmucker at:
jschmucker@theblade.com
or 419-337-7760.

"The Blade" Sept 27, 2004

**From:** [        ](CV) (FBI)                    b6 -1
**Sent:**   Thursday, March 17, 2005 1:49 PM
**To:**     [              ]CV) (FBI)
**Subject:** FW: CAIR


UNCLASSIFIED
NON-RECORD

[        ]

Here are the people from the Council on American Islamic Relations that came yesterday.

[    ]

                                              b2
                                              b6 -1

[                        ]
FBI Cleveland Division
Field Intelligence Group
Counterintelligence Program
216[        ](Non-Secure)

-----Original Message-----
**From:**[              ]CV) (FBI)
**Sent:** Thursday, March 17, 2005 11:51 AM
**To:**[              ]CV) (FBI)                b6 -1
**Subject:** CAIR

UNCLASSIFIED
NON-RECORD

                                              b2
                                              b6 -1,2

[                ]
Cleveland Division
216[        ]
216[        ](fax)


UNCLASSIFIED


UNCLASSIFIED

                                    SAE-15

**CAIR**
Council on American-Islamic Relations
National Headquarter Office
453 New Jersey Ave., SE
Washington, DC 20003
Telephone: 202-488-8787 • FAX: 202-488-0833
www.cair-net.org • Email: cair@cair-net.org

# CAIR

Council on American-Islamic Relations

SAE-16

## CAIR Chapters

**CAIR** - Arizona
Main Telephone: 602-262-2247
Email: director@cairaz.org

**CAIR** - Austin
Main Telephone: 512-577-2247
Email: info@cair-austin.org

**CAIR** - Canada
Main Telephone: 866-524-0004
Email: canada@cair-net.org

**CAIR** - Central Coast (CA)
Main Telephone: 805-685-4042
Email: centralcoast@cair-california.org

**CAIR** - Central PA
Main Telephone: 717-730-4400
Email: cair-centralpa@cair-net.org

**CAIR** – Chicago
Main Telephone: 312-922-4720
Email: info@cairchicago.org

**CAIR** - Dallas/Fort Worth
Main Telephone: 972-462-9630
Email: info@cairdfw.org

**CAIR** - Florida
Main Telephone: 954-916-5661
Email: info@cair-florida.org

**CAIR** - Houston
Main Telephone: 713-838-2247
Email: cair@cairhouston.org

**CAIR** - Maryland
Main Telephone: 301-986-4900
Email: info@cairmd.org

**CAIR** - Michigan
Main Telephone: 248-569-2203
Email: cairmichigan@yahoo.com

**CAIR** - Minnesota
Main Telephone: 612-581-2104
Email: cair@cairminnesota.org

**CAIR** - New Jersey
Main Telephone: 877-875-0826
Email: cair@cair-NJ.org

**CAIR** - New York
Main Telephone: 212-870-2002
Email: cair-ny@cair-ny.com

**CAIR** - Northern Georgia
Main Telephone: 770-220-0082
Email: cair@cairnorthgeorgia.org

**CAIR** - Ohio
Main Telephone: 614-451-3232
Email: ohio@cair-net.org

**CAIR** - Sacramento Valley
Main Telephone: 916-441-6269
Email: sac@cair-can.com

**CAIR** - San Diego
Email: sandiego@cair.com

**CAIR** - San Francisco Bay Area
Main Telephone: 408-986-9874
Email: nocal@cair.com

**CAIR** - Seattle
Main Telephone: 206-365-0077
Email: info@cair-seattle.org

**CAIR** - South Carolina
Main Telephone: 803-750-4236
Email: cair-sc@cair-net.org

**CAIR** - Southern California
Main Telephone: 714-776-1847
Email: socal@cair.com

**CAIR** - St. Louis
Main Telephone: 636-207-8882
Email: admin@cair-stl.org

## ACROSS AMERICA:



## FAITH IN ACTION

www.cair-net.org

AE-17

## What is CAIR?

### CAIR's Mission

The Council on American-Islamic Relations (CAIR) is a non-profit 501(c)(4), grassroots civil rights and advocacy group. CAIR is America's largest Islamic civil liberties group, with regional offices nationwide and in Canada. The national headquarters is located on Capitol Hill in Washington D.C.



Since its establishment in 1994, CAIR has worked to promote a positive image of Islam and Muslims in America. Through media relations, lobbying, education and advocacy, CAIR puts forth an Islamic perspective to ensure the Muslim voice is represented. In offering this perspective, CAIR seeks to empower the American Muslim community and encourage their participation in political and social activism.

## How does CAIR accomplish its mission?



### CIVIL RIGHTS WORK

CAIR's Civil Rights Department counsels, mediates and advocates on behalf of Muslims and others who have experienced religious discrimination, defamation or hate crimes. The department works to protect and defend the constitutional rights of American Muslims, thereby supporting the rights of all Americans.

### GOVERNMENT AFFAIRS

CAIR's Governmental Affairs Department conducts and organizes lobbying efforts on issues related to Islam and Muslims. The department is active in monitoring legislation and government activities and then, responding on behalf of the American Muslim community. CAIR representatives have testified before Congress and have sponsored a number of activities designed to bring Muslim concerns to Capitol Hill.



### MEDIA RELATIONS



CAIR's Communications Department works in conjunction with local and national media to ensure an accurate portrayal of Islam and Muslims is presented to the American public. CAIR monitors local, national and international media in part to challenge negative stereotypes, but also to applaud and encourage positive representations of Islam and Muslims. Over the years, CAIR has become a respected and credible source for journalists and other media professionals.

### ACTION ALERTS AND CAIR-NET

In an effort to empower the American Muslim community, CAIR issues "Action Alerts" as a means of generating a grassroots response to critical political, social and media-related issues. These alerts have produced overwhelming results and have made a significant impact in bringing about change. CAIR also offers an e-mail list designed to be a source of information and news for the American Muslim community. Subscribers to the CAIR-NET list receive news releases and other materials dealing with American Muslim positions on issues of importance. To subscribe to CAIR-NET, go to: **http://cair.biglist.com/cair-net/**



### RESEARCH



CAIR's Research Department conducts empirical research studies on subjects relevant to the American Muslim community, including gathering and analyzing data for the annual civil rights report. The North American Muslim Resource Guide: *Muslim Community Life in the United States and Canada* (Routledge) is a product of the research department.

### INTERNSHIPS

CAIR offers internships to students or other interested individuals who wish to gain experience in media relations, political activism or civil rights work.



**CAIR** Membership & Donation Form

Please print clearly so we may process your membership and/or donation

## PUBLICATIONS

CAIR offers a variety of publications that address the needs and rights of American Muslims. These publications include guides for employers, educators, healthcare providers, and law enforcement. CAIR also produces practical handbooks and resource materials for the Muslim community. CAIR's Research Department publishes an annual report on the status of American Muslim civil rights, which serves to document hate crimes and discrimination cases reported to CAIR's Civil Rights Department.

## EDUCATION, CONFERENCES, SEMINARS AND WORKSHOPS

CAIR organizes regular conferences and training seminars for government and law enforcement agencies, media professionals and the academic community. These events are designed to present easily accessible and accurate information about Islam and Muslims. CAIR's TeamWorks sensitivity and diversity training workshop is offered to employers, educators and organizations as a proactive approach that highlights relevant Islamic practices and offers suggestions for religious accommodation. CAIR also provides training for the Muslim Community and activists in areas such as media relations, public speaking, lobbying, and civil rights.

Solutions for Today's Dilemma

## VOTER REGISTRATION

In order to increase Muslim participation in the political arena, CAIR and its chapters regularly sponsor voter registration drives across the country. To register to vote, visit our website.

---

**A. MEMBERSHIP**

✓ YES, I would like to:
❏ Become a NEW CAIR member!   ❏ RENEW my CAIR membership!
My CAIR Membership ID # (if known): _____
*(Shown on correspondence from CAIR)*

**MEMBERSHIP TYPES AND DUES:**
❏ Individual ($10 or more per year)   ❏ Family ($10 per person)
❏ Silver ($35 or more per month by automatic deduction--go to Step 2)
❏ Gold ($1000 per year)   ❏ Organization ($1000 per year)
Please make checks payable to CAIR.
If paying by credit card, please use the credit card space in section B.

---

**B. MONTHLY PLEDGE**

✓ YES, I would like to:
❏ Support CAIR with my dues/donation of $_____ every month for:
___ Open (until I inform you)  _ 4 years  _ 3 years _ 2 Years  _ 1 Year

**METHOD OF PAYMENT:**
❏ I) Monthly Bank Account Withdrawal (Please include a voided check. We cannot process your request without one.)
❏ II) Monthly Credit Card Charge by
❏ VISA ❏ MasterCard ❏ Discover ❏ American Express

Card # _____
Card Expires: _____ / _____
            (mm)    (yy)
Signature: _____ Date: _____

Card Holder's Name: _____

---

**C. ONE-TIME DONATION**

✓ YES, I would like to:
❏ Help CAIR reach its goals through a one-time donation of:
❏$1500  ❏$1000  ❏$500  ❏$100  ❏$50  ❏Other

❏ VISA ❏ MasterCard ❏ Discover ❏ American Express

Card # _____
Card Expires: _____ / _____
            (mm)    (yy)
Signature: _____ Date: _____

Card Holder's Name: _____

**SAE-18**

CAIR Washington, DC is a 501 (c)(4) nonprofit organization. Donations are not tax deductible.

SAE-19

## D. MEMBER / DONOR INFORMATION

Please print clearly so we may process your membership.

Name(s): _____

_____

Billing/Mailing Address: _____

City: _____ State: _____ Zip: _____

Country: _____

Home phone: _____

Work phone: _____

Cell: _____

Fax: _____

Email: _____

### For CAIR Use Only

_____

_____

_____

_____

_____

_____

_____

Please mail to:
**CAIR**

453 New Jersey Ave., SE  Washington, DC 20003
Telephone: 202-488-8787 • FAX: 202-488-0833
www.cair-net.org • Email:  cair@cair-net.org

## OUTREACH & INTERFAITH RELATIONS



Each year, groups representing people of all faiths visit CAIR offices to learn more about Islam and Muslims in America. Through these visits, as well as other interfaith initiatives, CAIR strives to educate others about Islam while building strong relationships with other faith communities.

### CAIR LIBRARY PROJECT

As a proactive measure in dispelling the misconceptions about Islam, CAIR established the Library Project. CAIR Library Project, "Explore Islamic Civilization and Culture," encourages Muslim individuals and groups to sponsor 18-item library packages of books, videos and audio cassettes about Islam and Muslims, which are distributed public libraries nationwide. For more information, go to: http://www.libraryproject.org

### CAIR AD CAMPAIGN



CAIR has launched an "Islam in America" advertising campaign designed to foster greater understanding of Islam and to counter the rising tide of anti-Muslim rhetoric in the United States.
For more information, go to:
http://www.americanmuslims.info

### How can you help?

Membership in **CAIR** is open to all individuals who share our goals and principles.

You can help us by:

1) Becoming a member today at http://www.cair-net.org/asp/membership.asp
2) Helping to establish a CAIR chapter in your local area
3) Donating generously to CAIR online at: http://www.cair-net.org/asp/donation.asp or send your check payable to CAIR.



Understanding Islam
and the Muslims

# Understanding Islam and the Muslims

*This book is for free distribution. Any further information concerning the book please write or call:*

**The Embassy of Saudi Arabia, Department of Islamic Affairs**
601 New Hampshire Ave., NW
Washington, D.C. 20037
Tel: (202) 342-3700



PREPARED BY
The Islamic Affairs Department
The Embassy of Saudi Arabia, Washington DC.
CONSULTANTS
The Islamic Texts Society, Cambridge, UK.

SAE-21





**In the Name of God, Most Gracious, Most Merciful**

## What is Islam?

Islam is not a new religion, but the same truth that God revealed through all His prophets to every people. For a fifth of the world's population, Islam is both a religion and a complete way of life. Muslims follow a religion of peace, mercy, and forgiveness, and the majority have nothing to do with the extremely grave events which have come to be associated with their faith.

## Who are the Muslims?

One billion people from a vast range of races, nationalities and cultures across the globe — from the southern Philippines to Nigeria — are united by their common Islamic faith. About 18% live in the Arab world; the world's largest Muslim community is in Indonesia; substantial parts of Asia and most of

Africa are Muslim, while significant minorities are to be found in the Soviet Union, China, North and South America, and Europe.

## What do Muslims believe?

Muslims believe in One, Unique, Incomparable God; in the Angels created by Him; in the prophets through whom His revelations were brought to mankind; in the Day of Judgement and individual accountability for actions; in God's complete authority over human destiny and in life after death. Muslims believe in a chain of prophets starting with Adam and including Noah, Abraham, Ishmael, Isaac, Jacob, Joseph, Job, Moses, Aaron, David, Solomon, Elias, Jonah, John the Baptist, and Jesus, peace be upon them. But God's final message to man, a reconfirmation of the eternal message and a summing-up of all that has gone before was revealed to the Prophet Muhammad ﷺ through Gabriel.

LEFT: *In the Name of God, Most Gracious, Most Merciful. Praise be to God, The Cherisher and Sustainer of the Worlds; Most Gracious, Most Merciful; Master of the Day of Judgement. Thee do we worship, And Thine aid we seek. Show us the straight way, The way of those on whom Thou hast bestowed Thy Grace, Those whose (portion) Is not wrath, And who go not astray.*

*This opening chapter of The Quran, the Fatiha, is central in Islamic prayer. It contains the essence of The Quran and is said at the start of every prayer.*

## How does someone become a Muslim?

Simply by saying 'there is no god apart from God, and Muhammad is the Messenger of God.' By this declaration the believer announces his or her faith in *all* God's messengers, and the scriptures they brought.

SAE-22







LEFT: *Muslims praying in Jerusalem outside the mosque of Al Aqsa with the Dome of the Rock in view behind.*

ABOVE: *Beneath the Dome is the rock from which Muhammad ascended through the seven heavens to the Divine presence.*

TOP: *A Moroccan in prayer.*

## What does 'Islam' mean?

The Arabic word 'Islam' simply means 'submission', and derives from a word meaning 'peace'. In a religious context it means complete submission to the will of God. 'Mohammedanism' is thus a misnomer because it suggests that Muslims worship Muhammad ﷺ rather than God. 'Allah' is the Arabic name for God, which is used by Arab Muslims and Christians alike.

## Why does Islam often seem strange?

Islam may seem exotic or even extreme in the modern world. Perhaps this is because religion does not dominate everyday life in the West today, whereas Muslims have religion always uppermost in their minds, and make no division between secular and sacred. They believe that the Divine Law, the *Shari'a*, should be taken very seriously, which is why issues related to religion are still so important.

## Do Islam and Christianity have different origins?

No. Together with Judaism, they go back to the prophet and patriarch Abraham, and their three prophets are directly descended from his sons — Muhammad ﷺ from the eldest, Ishmael, and Moses and Jesus ﷺ from Isaac. Abraham established the settlement which today is the city of Makkah, and built the Ka'ba towards which all Muslims turn when they pray.

SAE-23





## What is the Ka'ba?

The Ka'ba is the place of worship which God commanded Abraham and Ishmael to build over four thousand years ago. The building was constructed of stone on what many believe was the original site of a sanctuary established by Adam. God commanded Abraham to summon all mankind to visit this place, and when pilgrims go there today they say 'At Thy service, O Lord', in response to Abraham's summons.

## Who is Muhammad?

Muhammad ﷺ was born in Makkah in the year 570, at a time when Christianity was not yet fully established in Europe. Since his father died before his birth, and his mother shortly afterwards, he was raised by his uncle from the respected tribe of Quraysh. As he grew up, he became known for his truthfulness, generosity and sincerity, so that he was sought after for his ability to arbitrate in disputes. The historians describe him as calm and meditative.

Muhammad ﷺ was of a deeply religious nature, and had long detested the decadence of his society. It became his habit to meditate from time to time in the Cave of Hira near the summit of Jabal al-Nur, the 'Mountain of Light' near Makkah.

## How did he become a prophet and a messenger of God?

At the age of 40, while engaged in a meditative retreat, Muhammad ﷺ received his first revelation from God through the Angel Gabriel. This revelation, which continued for twenty-three years, is known as the Quran.

As soon as he began to recite the words he heard from Gabriel, and to preach the truth which God had revealed to him, he and his small group of followers suffered bitter persecution, which grew so fierce that in the year 622 God gave them the command to emigrate. This event, the *Hijra*, 'migration', in which they left Makkah for the city of Madinah some 260 miles to the north, marks the beginning of the Muslim calendar.

After several years, the Prophet ﷺ and his followers were able to return to Makkah, where they forgave their enemies and established Islam definitively. Before the Prophet ﷺ died at the age of 63, the greater part of Arabia was Muslim, and within a century of his death Islam had spread to Spain in the West and as far East as China.





TOP: *The Mountain of Light where Gabriel came to Muhammad.*

ABOVE: *The Prophet's Mosque, Madinah; the dome indicates the place where his house stood and where he is buried.*

SAE-24

## *How did the spread of Islam affect the world?*

Among the reasons for the rapid and peaceful spread of Islam was the simplicity of its doctrine–Islam calls for faith in only One God worthy of worship. It also repeatedly instructs man to use his powers of intelligence and observation.

Within a few years, great civilizations and universities were flourishing, for according to the Prophet ﷺ , 'seeking knowledge is an obligation for every Muslim man and woman'. The synthesis of Eastern and Western ideas and of new thought with old, brought about great advances in medicine, mathematics, physics, astronomy, geography, architecture, art, literature, and history. Many crucial systems such as algebra, the Arabic numerals, and also the concept of the zero (vital to the advancement of mathematics), were transmitted to medieval Europe from Islam. Sophisticated instruments which were to make possible the European voyages of discovery were developed, including the astrolabe, the quadrant and good navigational maps.















TOP: *Taj Mahal, India.* EXTREME LEFT: *Japanese students in Cairo, Egypt.* FAR LEFT, ABOVE: *The eighteenth century Jai Singh Observatory, India.* BELOW: *Saudi Arabian astronomer today.* LEFT: *Traditional method of study, Mauritania.* ABOVE: *The Prophet said, 'Seek knowledge even into China: The Hui Shen mosque was built in the seventh century.*



## What is the Quran?

The Quran is a record of the exact words revealed by God through the Angel Gabriel to the Prophet Muhammad ﷺ. It was memorized by Muhammad ﷺ and then dictated to his Companions, and written down by scribes, who cross-checked it during his lifetime. Not one word of its 114 chapters, *Suras*, has been changed over the centuries, so that the Quran is in every detail the unique and miraculous text which was revealed to Muhammad ﷺ fourteen centuries ago.

## What is the Quran about?

The Quran, the last revealed Word of God, is the prime source of every Muslim's faith and practice. It deals with all the subjects which concern us as human beings: wisdom, doctrine, worship, and law, but its basic theme is the relationship between God and His creatures. At the same time it provides guidelines for a just society, proper human conduct and an equitable economic system.

## Are there any other sacred sources?

Yes, the *sunna*, the practice and example of the Prophet ﷺ, is the second authority for Muslims. A *hadith* is a reliably transmitted report of what the Prophet ﷺ said, did, or approved. Belief in the *sunna* is part of the Islamic faith.

## Examples of the Prophet's sayings

The Prophet ﷺ said:

*'God has no mercy on one who has no mercy for others.'*

*'None of you truly believes until he wishes for his brother what he wishes for himself.'*

*'He who eats his fill while his neighbor goes without food is not a believer.'*

*'The truthful and trusty businessman is associated with the prophets, the saints, and the martyrs.'*

*'Powerful is not he who knocks the other down, indeed powerful is he who controls himself in a fit of anger.'*

*'God does not judge according to your bodies and appearances but He scans your hearts and looks into your deeds.'*

*'A man walking along a path felt very thirsty. Reaching a well he descended into it, drank his fill and came up. Then he saw a dog with its tongue hanging out, trying to lick up mud to quench its thirst. The man saw that the dog was feeling the same thirst as he had felt so he went down into the well again and filled his shoe with water and gave the dog a drink. God forgave his sins for this action.' The Prophet ﷺ was asked: 'Messenger of God, are we rewarded for kindness towards animals?' He said, 'There is a reward for kindness to every living thing.'*

From the *hadith* collections of Bukhari, Muslim, Tirmidhi and Bayhaqi

## What are the 'Five Pillars' of Islam?

They are the framework of the Muslim life: faith, prayer, concern for the needy, self-purification, and the pilgrimage to Makkah for those who are able.

### 1 FAITH

There is no god worthy of worship except God and Muhammad is His messenger. This declaration of faith is called the *Shahada*, a simple formula which all the faithful pronounce. In Arabic, the first part is *la ilaha illa'Llah* – 'there is no god except God'; *ilaha* (god) can refer to anything which we may be tempted to put in place of God — wealth, power, and the like. Then comes *illa'Llah*: 'except God', the source of all Creation. The second part of the *Shahada* is *Muhammadun rasulu'Llah*: 'Muhammad is the messenger of God.' A message of guidance has come through a man like ourselves.

BELOW: Shahada *inscribed over entrance to Ottoman Topkapi Palace (the museum contains a mantle worn by the Prophet, among other treasures), Istanbul.*





ABOVE: *New Mexico, U.S.A. Prayer call from Abiquiu Mosque.*

A translation of the Call to Prayer is:

God is most great. God is most great.
God is most great. God is most great.
I testify that there is no god except God.
I testify that there is no god except God.
I testify that Muhammad is the messenger of God.
I testify that Muhammad is the messenger of God.
Come to prayer! Come to prayer!
Come to success (in this life and
the Hereafter)! Come to success!
God is most great. God is most great.
There is no god except God.

RIGHT: *Courtyard of Great Mosque, Herat, Afghanistan.*





ABOVE: *Kaduna, Nigeria.*

## 2 PRAYER

*Salat* is the name for the obligatory prayers which are performed five times a day, and are a direct link between the worshipper and God. There is no hierarchical authority in Islam, and no priests, so the prayers are led by a learned person who knows the Quran, chosen by the congregation. These five prayers contain verses from the Quran, and are said in Arabic, the language of the Revelation, but personal supplication can be offered in one's own language.

Prayers are said at dawn, noon, mid-afternoon, sunset and nightfall, and thus determine the rhythm of the entire day. Although it is preferable to worship together in a mosque, a Muslim may pray almost anywhere, such as in fields, offices, factories and universities. Visitors to the Muslim world are struck by the centrality of prayers in daily life.



ABOVE: *Persian mihrab, which indicates the direction of prayer. Once Muslims prayed towards Jerusalem, but during the Prophet's lifetime it was changed to Makkah. From the minbar, the pulpit, the Imam who leads the prayer gives the sermon at the Friday noon community prayers.*

## 3 THE 'ZAKAT'

One of the most important principles of Islam is that all things belong to God, and that wealth is therefore held by human beings in trust. The word *zakat* means both 'purification' and 'growth'. Our possessions are purified by setting aside a proportion for those in need, and, like the pruning of plants, this cutting back balances and encourages new growth.

Each Muslim calculates his or her own *zakat* individually. For most purposes this involves the payment each year of two and a half percent of one's capital.



ABOVE: *Zakat keeps the money flowing within a society. Cairo.*

OVERLEAF: *The first verses from the chapter 'Mary' in a Quranic manuscript written around 1400 in the style which prevailed in Persia and Iraq.*

A pious person may also give as much as he or she pleases as *sadaqa*, and does so preferably in secret. Although this word can be translated as 'voluntary charity' it has a wider meaning. The Prophet ﷺ said

*'even meeting your brother with a cheerful face is charity.'*



*The Prophet ﷺ said: 'Charity is a necessity for every Muslim.' He was asked: 'What if a person has nothing?' The Prophet ﷺ replied: 'He should work with his own hands for his benefit and then give something out of such earnings in charity.' The Companions asked: 'What if he is not able to work?' The Prophet ﷺ said: 'He should help poor and needy persons.' The Companions further asked 'What if he cannot do even that?' The Prophet ﷺ said 'He should urge others to do good.' The Companions said 'What if he lacks that also?' The Prophet ﷺ said 'He should check himself from doing evil. That is also charity.'*

SAE-28

## 4 THE FAST

Every year in the month of Ramadan, all Muslims fast from first light until sundown, abstaining from food, drink, and sexual relations. Those who are sick, elderly, or on a journey, and women who are pregnant or nursing are permitted to break the fast and make up an equal number of days later in the year. If they are physically unable to do this, they must feed a needy person for every day missed. Children begin to fast (and to observe the prayer) from puberty, although many start earlier.

Although the fast is most beneficial to the health, it is regarded principally as a method of self-purification. By cutting oneself off from worldly comforts, even for a short time, a fasting person gains true sympathy with those who go hungry as well as growth in one's spiritual life.

## 5 PILGRIMAGE (*Hajj*)

The annual pilgrimage to Makkah — the *Hajj* — is an obligation only for those who are physically and financially able to perform it. Nevertheless, about two million people go to Makkah each year from every corner of the globe providing a unique opportunity for those of different nations to meet one another. Although Makkah is always filled with visitors, the annual *Hajj* begins in the twelfth month of the Islamic year (which is lunar, not solar, so that *Hajj* and Ramadan fall sometimes in summer, sometimes in winter). Pilgrims wear special clothes: simple garments which strip away distinctions of class and culture, so that all stand equal before God.







ABOVE: *Pilgrims praying at the mosque in Makkah.*
CENTER: *Pilgrim tents.*
BELOW: *Pilgrims arrive from all over the world.*

The rites of the *Hajj*, which are of Abrahamic origin, include circling the Ka'ba seven times, and going seven times between the mountains of Safa and Marwa as did Hagar during her search for water. Then the pilgrims stand together on the wide plain of Arafa and join in prayers for God's forgiveness, in what is often thought of as a preview of the Last Judgement.

In previous centuries the *Hajj* was an arduous undertaking. Today, however, Saudi Arabia provides millions of people with water, modern transport, and the most up-to-date health facilities.

The close of the *Hajj* is marked by a festival, the *Eid al-Adha*, which is celebrated with prayers and the exchange of gifts in Muslim communities everywhere. This, and the *Eid al-Fitr*, a feast-day commemorating the end of Ramadan, are the main festivals of the Muslim calendar.

SAE-30



## Does Islam tolerate other beliefs?

The Quran says: *God forbids you not, with regards to those who fight you not for [your] faith nor drive you out of your homes, from dealing kindly and justly with them; for God loveth those who are just.* (Quran, 60:8)

It is one function of Islamic law to protect the privileged status of minorities, and this is why non-Muslim places of worship have flourished all over the Islamic world. History provides many examples of Muslim tolerance towards other faiths: when the caliph Omar entered Jerusalem in the year 634, Islam granted freedom of worship to all religious communities in the city.

Islamic law also permits non-Muslim minorities to set up their own courts, which implement family laws drawn up by the minorities themselves.

ABOVE: *Mosque of Omar and Church of the Holy Sepulchre, Jerusalem. When the caliph Omar took Jerusalem from the Byzantines, he insisted on entering the city with only a small number of his companions. Proclaiming to the inhabitants that their lives and property were safe, and that their places of worship would never be taken from them, he asked the Christian patriarch Sophronius to accompany him on a visit to all the holy places.*

*The Patriarch invited him to pray in the Church of the Holy Sepulchre, but he preferred to pray outside its gates, saying that if he accepted, later generations of Muslims might use his action as an excuse to turn it into a mosque. Above is the mosque built on the spot where Omar did pray.*

RIGHT: *According to Islam, man is not born in 'original sin'. He is God's vicegerent on earth. Every child is born with the fitra, an innate disposition towards virtue, knowledge, and beauty. Islam considers itself to be the 'primordial religion', din al-hanif; it seeks to return man to his original, true nature in which he is in harmony with creation, inspired to do good, and confirming the Oneness of God.*

## What do Muslims think about Jesus?

Muslims respect and revere Jesus ﷺ, and await his Second Coming. They consider him one of the greatest of God's messengers to mankind. A Muslim never refers to him simply as 'Jesus', but always adds the phrase 'upon him be peace'. The Quran confirms his virgin birth (a chapter of the Quran is entitled 'Mary'), and Mary is considered the purest woman in all creation. The Quran describes the Annunciation as follows:

*'Behold!' the Angel said, 'God has chosen you, and purified you, and chosen you above the women of all nations. O Mary, God gives you good news of a word from Him, whose name shall be the Messiah, Jesus son of Mary, honored in this world and the Hereafter, and one of those brought near to God. He shall speak to the people from his cradle and in maturity, and shall be of the righteous.'*



*She said: 'O my Lord! How shall I have a son when no man has touched me?' He said: 'Even so; God creates what He will. When He decrees a thing, He says to it, "Be!" and it is.'* (Quran, 3:42-7)

Jesus ﷺ was born miraculously through the same power which had brought Adam ﷺ into being without a father:

*Truly, the likeness of Jesus with God is as the likeness of Adam. He created him of dust, and then said to him, 'Be!' and he was.* (3:59)

During his prophetic mission Jesus ﷺ performed many miracles. The Quran tells us that he said:

*I have come to you with a sign from your Lord: I make for you out of clay, as it were, the figure of a bird, and breathe into it and it becomes a bird by God's leave. And I heal the blind, and the lepers, and I raise the dead by God's leave.* (3:49)

Neither Muhammad ﷺ nor Jesus ﷺ came to change the basic doctrine of the belief in One God, brought by earlier prophets, but to confirm and renew it. In the Quran Jesus ﷺ is reported as saying that he came:

*To attest the law which was before me. And to make lawful to you part of what was forbidden you; I have come to you with a sign from your Lord, so fear God and obey Me.* (3:50)

The Prophet Muhammad ﷺ said:

*Whoever believes there is no god but God, alone without partner, that Muhammad ﷺ is His messenger, that Jesus is the servant and messenger of God, His word breathed into Mary and a spirit emanating from Him, and that Paradise and Hell are true, shall be received by God into Heaven.* (Hadith from Bukhari)

SAE-31



## Why is the family so important to Muslims?

The family is the foundation of Islamic society. The peace and security offered by a stable family unit is greatly valued, and seen as essential for the spiritual growth of its members. A harmonious social order is created by the existence of extended families; children are treasured, and rarely leave home until the time they marry.



SAE-32





ABOVE: *Afghanistan.* LEFT: *Russia.* BELOW: *Pakistan.* RIGHT: *Egypt.* FAR RIGHT: *England.* ABOVE: *Morocco.*





## What about Muslim women?

Islam sees a woman, whether single or married, as an individual in her own right, with the right to own and dispose of her property and earnings. A marriage dowry is given by the groom to the bride for her own personal use, and she keeps her own family name rather than taking her husband's.

Both men and women are expected to dress in a way which is modest and dignified; the traditions of female dress found in some Muslim countries are often the expression of local customs.

The Messenger of God ﷺ said:

*'The most perfect in faith amongst believers is he who is best in manner and kindest to his wife.'*











## Can a Muslim have more than one wife?

The religion of Islam was revealed for all societies and all times and so accommodates widely differing social requirements. Circumstances may warrant the taking of another wife but the right is granted, according to the Quran, only on condition that the husband is scrupulously fair.

*CLOCKWISE: Muslims from Turkestan, Scotland, Saudi Arabia, Denmark, Egypt.*

## Is Islamic marriage like Christian marriage?

A Muslim marriage is not a 'sacrament', but a simple, legal agreement in which either partner is free to include conditions. Marriage customs thus vary widely from country to country. As a result, divorce is not common, although it is not forbidden as a last resort. According to Islam, no Muslim girl can be forced to marry against her will: her parents will simply suggest young men they think may be suitable.

SAE-33

## How do Muslims treat the elderly?

In the Islamic world there are no old people's homes. The strain of caring for one's parents in this most difficult time of their lives is considered an honor and blessing, and an opportunity for great spiritual growth. God asks that we not only pray for our parents, but act with limitless compassion, remembering that when we were helpless children they preferred us to themselves. Mothers are particularly honored: the Prophet ﷺ taught that 'Paradise lies at the feet of mothers'. When they reach old age, Muslim parents are treated mercifully, with the same kindness and selflessness.

In Islam, serving one's parents is a duty second only to prayer, and it is their right to expect it. It is considered despicable to express any irritation when, through no fault of their own, the old become difficult.

The Quran says: *Your Lord has commanded that you worship none but Him, and be kind to parents. If either or both of them reach old age with you, do not say 'uff' to them or chide them, but speak to them in terms of honor and kindness. Treat them with humility, and say, 'My Lord! Have mercy on them, for they did care for me when I was little'.* (17:23-4)





## How do Muslims view death?

Like Jews and Christians, Muslims believe that the present life is only a trial preparation for the next realm of existence. Basic articles of faith include: the Day of Judgement, resurrection, Heaven and Hell. When a Muslim dies, he or she is washed, usually by a family member, wrapped in a clean white cloth, and buried with a simple prayer preferably the same day. Muslims consider this one of the final services they can do for their relatives, and an opportunity to remember their own brief existence here on earth. The Prophet ﷺ taught that three things can continue to help a person even after death; charity which he had given, knowledge which he had taught and prayers on their behalf by a righteous child.



## What does Islam say about war?

Like Christianity, Islam permits fighting in self-defence, in defence of religion, or on the part of those who have been expelled forcibly from their homes. It lays down strict rules of combat which include prohibitions against harming civilians and against destroying crops, trees and livestock. As Muslims see it, injustice would be triumphant in the world if good men were not prepared to risk their lives in a righteous cause. The Quran says:

*Fight in the cause of God against those who fight you, but do not transgress limits. God does not love transgressors.* (2:190)

*If they seek peace, then seek you peace. And trust in God for He is the One that heareth and knoweth all things.* (8:61)

War, therefore, is the last resort, and is subject to the rigorous conditions laid down by the sacred law. The term *jihad* literally means 'struggle', and Muslims believe that there are two kinds of *jihad*. The other '*jihad*' is the inner struggle which everyone wages against egotistic desires, for the sake of attaining inner peace.

## What about food?

Although much simpler than the dietary law followed by Jews and the early Christians, the code which Muslims observe forbids the consumption of pig meat or any kind of intoxicating drink. The Prophet taught that 'your body has rights over you', and the consumption of wholesome food and the leading of a healthy lifestyle are seen as religious obligations.

The Prophet ﷺ said: '*Ask God for certainty* [of faith] *and well-being; for after certainty, no one is given any gift better than health!*'



SAE-34



## Cultural diversity reflected in Mosque Architecture

ABOVE. *The University Mosque of Al Azhar has been a center of learning since the year 969. Students attend from all over the muslim world.* RIGHT: *New Mexico, U.S.A.* FAR RIGHT: *Iran.* EXTREME RIGHT: *Mali.*





SAE-35

## Islam in the United States

It is almost impossible to generalize about American Muslims: converts, immigrants, factory workers, doctors; all are making their own contribution to America's future. This complex community is unified by a common faith, underpinned by a countrywide network of a thousand mosques.

Muslims were early arrivals in North America. By the eighteenth century there were many thousands of them, working as slaves on plantations. These early communities, cut off from their heritage and families, inevitably lost their Islamic identity as time went by. Today many Afro-American Muslims play an important role in the Islamic community.

The nineteenth century, however, saw the beginnings of an influx of Arab Muslims, most of whom settled in the major industrial centers where they worshipped in hired rooms. The early twentieth century witnessed the arrival of several hundred thousand Muslims from Eastern Europe: the first Albanian mosque was opened in Maine in 1915; others soon followed, and a group of Polish Muslims opened a mosque in Brooklyn in 1928.

In 1947 the Washington Islamic Center was founded during the term of President Truman, and several nationwide organizations were set up in the fifties. The same period saw the establishment of other communities whose lives were in many ways modelled after Islam. More recently, numerous members of these groups have entered the fold of Muslim orthodoxy. Today there are about five million Muslims in America.

RIGHT; ABOVE & CENTER: *The Islamic Cultural Center, Washington DC.*

BELOW: *Leading Palestinian Muslim Surgeon, Louisville, Kentucky.*







## How does Islam guarantee human rights?

Freedom of conscience is laid down by the Quran itself: *'There is no compulsion in religion'.* (2:256)

The life and property of all citizens in an Islamic state are considered sacred whether a person is Muslim or not.

Racism is incomprehensible to Muslims, for the Quran speaks of human equality in the following terms:

*O mankind! We created you from a single soul, male and female, and made you into nations and tribes, so that you may come to know one another. Truly, the most honored of you in God's sight is the greatest of you in piety. God is All-Knowing, All-Aware.* (49:13)



SAE-36



**THE MUSLIM WORLD**

The Muslim population of the world is around one billion. Most Muslims live east of Karachi. 30% of Muslims live in the Indian subcontinent, 20% in Sub-Saharan Africa, 17% in Southeast Asia, 18% in the Arab world, 10% in the Soviet Union and China. Turkey, Iran and Afghanistan comprise 10% of the non-Arab Middle East. Although there are Muslim minorities in almost every area, including Latin America and Australia, they are most numerous in the Soviet Union, India, and central Africa. There are 5 million Muslims in the United States.

PHOTOGRAPHIC SOURCES: Chester Beatty Library 3, 6. 9: Alistair Duncan 5, 28: Islamic Texts Society 2, 5, 7, 8, 10, 15, 18, 19, 20, 22, 23, 25, 28, 29, 31: Islamic Press Agency 8, 23, 26: Roland & Sabina Michaud 4, 9, 10, 13, 14, 21, 23, 24, 26, 29: Peter Saunders 8, 9, 15, 22, 24, 25, 27, 28, 29, 31: A. Cash 14: Shams ed-din Friedlander 12: David Runnacles 22: Sygma 27.

Copyright © The Embassy of Saudi Arabia, Washington DC, 1989

بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

يَا أَيُّهَا النَّاسُ إِنَّا خَلَقْنَاكُم مِّن ذَكَرٍ وَأُنثَىٰ وَجَعَلْنَاكُمْ شُعُوبًا وَقَبَائِلَ لِتَعَارَفُوا ۚ إِنَّ أَكْرَمَكُمْ عِندَ اللَّهِ أَتْقَاكُمْ ۚ إِنَّ اللَّهَ عَلِيمٌ خَبِيرٌ

*O mankind! We created you from a single soul, male and female, and made you into nations and tribes, so that you may come to know one another. Truly, the most honored of you in God's sight is the greatest of you in piety. God is All-Knowing, All-Aware. (Quran, 49:13)*

SAE-37

LAW ENFORCEMENT OFFICIAL'S GUIDE

**The Council on American-Islamic Relations** is a non-profit, membership organization dedicated to presenting an Islamic perspective on issues of importance to the American public. CAIR conducts sensitivity training workshops for the benefit of administrators and other personnel at corporations and government agencies.

**CAIR Research Center** conducts research on the American Muslim experience. Dr. Mohamed Nimer is the director of research and author of CAIR's Guide Series.

# LAW ENFORCEMENT OFFICIAL'S GUIDE TO THE MUSLIM COMMUNITY

**Acknowledgment:**
Kevin James, President of the Islamic Society of Fire Department Personnel, New York City Fire Department offered feedback on an earlier version of this publication.

© Copyright 2003
Council on American-Islamic Relations

SAE-39

*"... Stand out firmly for justice,*

*as witnesses to God,*

*even as against yourselves,*

*or your parents,*

*or your kin,*

*and whether it be [against] rich or poor..."*

Qur'an, 4:135

Glossary of Muslim Terms

| | |
|---|---|
| *Al-Isra wal-Miraj* | Night Journey and Ascension, a religious occasion. |
| *Allah* | Arabic word for God. |
| *Ashura* | Name of a religious observance, which occurs on the tenth day of Muharram, the first month of the Muslim lunar calendar. |
| *Eid* | A day of festivity, major religious holiday. |
| *Eid Mubarak* | Greeting: Blessed Festival. |
| *Halal* | Permissible by Islamic law. |
| *Hijab* | Clothing Muslim women wear in public. It is generally loose-fitting and includes a head covering. |
| *Iftar* | Fast-breaking meal, eaten after sunset. |
| *Imam* | Prayer leader. |
| *Jum'ah* | Friday congregational prayer, the Muslim weekly worship service. |
| *Khutbah* | A sermon during Jum'ah. |
| *Kufi* | A cap sometimes worn by Muslim men. |

SAE-41

| | |
|---|---|
| Lailat al-Qadr | Night of Power, a religious occasion. |
| Niqab | A face veil worn by some Muslim women. |
| Qiblah | The direction of Mecca, which Muslims face during prayer. |
| Qur'an | Islam's scripture, sometimes spelled Koran. |
| Ramadan | The month of fasting. |
| Suhoor | Pre-dawn meal, eaten before the day's fast begins. |
| Wudu | Ablution, a ritual washing before prayer. |

The information contained in this publication is designed to assist law enforcement and other security personnel and administrators in formulating and implementing policies that will help create a culturally-sensitive environment and a cooperative relationship between American Muslims and law enforcement agencies. Because of the lack of experience many police officers and federal agents have about Islam, they may wonder what Islam and Muslims are. This publication does not aspire to provide a detailed description of Muslim life, rather it does attempt to highlight aspects that are most relevant to the law enforcement environment.

The booklet will also serve as a guide to the religiously mandated practices of Muslims who work for or have contact with security, and law enforcement entities. This guide is also designed as a quick reference tool to all emergency response professionals and volunteers, including firefighters and emergency medical technicians.

### Muslims and the Law Enforcement Community

American Muslims emphasize respect for the law of the land, as the Islamic tradition maintains law and order as a top priority for a functioning society. The Qur'an regards the unjust taking of someone's life or property as a criminal behavior and great sin. The Islamic scripture also regards justice as a supreme value. Informed by these teachings, Muslims generally look favorably at law enforcement. On various circumstances American Muslim community organizations have met with law enforcement officials to discuss issues of cooperation. Meetings across the country took

place in Islamic centers, which offered a comfortable venue for interaction between law enforcement and Muslim communities. However, mistrust of the police and security agencies may be found among recent immigrants because of negative experiences they may have had in their countries of origin (where officers of the law have been implicated in corruption and abuse of the citizenry). Thus some may exhibit fear or reluctance when dealing with law enforcement authorities.

### The Islamic Creed

The Muslim creed is simply a belief in six core elements: (1) The One God; (2) the angels; (3) the divine scriptures, which include the Torah, the Psalms, the Gospel, and the Qur'an; (4) the Messengers of God, including Adam, Noah, Abraham, Moses, David, Jesus, and Muhammad, who was the last prophet; (5) the Day of Judgment, when people will receive the reward (Heaven) or punishment (Hell) for their deeds on earth; (6) and supremacy of God's will.

Islam stresses that all believers are brothers and sisters who should work together to promote good and forbid evil. Thus, the Muslim concept of group solidarity assumes not only a positive collective will, but also an individual commitment to good deeds. Islam commands morality in personal life as well as justice and equity in relations between people.

To help the believers sustain the disciplined life Islam prescribes, the Qur'an makes obligatory on Muslims a number of practices including prayer, fasting, almsgiving and pilgrimage. Islamic devotions are meant to increase God-consciousness and to offer the believer an opportunity to periodically reflect upon his or her life with the intention to turn away from wrongdoing in favor of the straight path.

### Daily Prayer

Islam urges "God-consciousness" in the individual's life. To that end, Islam prescribes prayers, which are considered reminders for Muslims to be good. Muslims are required to offer mandatory prayers at the following times each day:

1. Morning Prayer (Fajr) may be offered from break-of-dawn until just before sunrise.

2. Noon Prayer (Zuhr) may be offered from just after midday until mid-afternoon.

3. Afternoon Prayer ('Asr) may be offered from late afternoon until just before sunset.

4. Sunset Prayer (Maghrib) may be offered from sunset until darkness.

5. Night Prayer (Isha) may be offered throughout the night hours.

Muslims usually keep prayer timetables, schedules calculated for specific geographic locations. While Islam encourages Muslims to pray at the mosque as many do every day, any dry space free of impurities is suitable for prayer. Thus it is not unusual to see Muslims fulfilling such acts of devotion in highway rest areas or other public places (e.g. at airports, shopping malls or on duty).

During the prayer time, the Muslim is fully engaged. He or she may not respond to a ringing telephone or conversation. Officers should not take offense if the worshiper does not answer their call during the prayer. However, in the case of an emergency, an

SAE-43

gency will suffice to interrupt and, if needed, stop the prayer. During the act of worship, in both individual and congregational prayer, specific verses from the Qur'an are recited silently or aloud, and the Muslim will stand, bow and touch the forehead to the ground. During the prayers, the worshiper will face in a direction towards Mecca, called qiblah—which is generally northeast in America. Before the prayer, Muslims are required to wash their faces, hands and feet with pure water. This ablution, called wudu, is normally performed in a restroom sink or other facility that has running water.

### Friday Congregational Prayer

In Islam, Friday is the day for weekly congregational services, called Jum'ah. This event takes the place of the daily noontime prayer and includes a sermon, called the Khutbah, which is delivered by an Imam (Prayer Leader). Some Friday congregational prayers may take about 60-90 minutes; others may last until the afternoon prayer. This is especially true in winter, when there is only about two-hour difference between the noon and the afternoon prayer times. The Jum'ah prayer is held in a mosque or other community space.

Because of the rapid Muslim population growth taking place in many parts of the country, mosques conduct several services on Fridays. Fire departments are advised to schedule random inspections on other days. Should any necessary business be conducted involving the premises of Islamic centers on Friday, that business must be completed before 10:00 A.M. or scheduled to start after 3:00 P.M.

The Qur'an is the most important source of religious knowledge for Muslims. Muslims revere it as the last revelation from God to mankind. If an officer has cause to believe the Qur'an may contain any contraband, it may be inspected and, if needed, taken as evidence. Should Qur'ans be seized, they should not be placed on the floor and should be handled with respect as much as possible. This way, officers can demonstrate that they separate the actions of suspects from a holy scripture cherished by all Muslims. Requirements of religious sensitivity, of course, are superseded by safety concerns under emergency circumstances.

### Beards

Following the example of the Prophet Muhammad, many Muslim men wear beards. Some Muslim scholars are of the opinion that wearing of a beard is a religious obligation. Cleanliness and proper appearance are required by Islamic teachings.

### Muslim Calendar

There are several days in the Muslim calendar with special religious significance. Islamic holy days and festivals follow the lunar calendar. Like the solar calendar, there are twelve lunar months. However, a lunar month, which is marked by the appearance of a new crescent moon on the horizon, may last only 29 days. Thus, a lunar year has about 11 days fewer than the solar year. Therefore, it is important for administrators to note that the dates of Muslim observances and special celebrations change each year because of this difference between the solar and lunar calendars.

SAE-44

## Ramadan Fast

Ramadan is a period of personal restraint and a time to focus on moral conduct. The month of Ramadan, the ninth month of the Islamic lunar calendar, is the time in which Muslims are required to fast. Observing Ramadan means refraining from eating and drinking from dawn to sunset. This implies a temporary change in food schedule. The morning meal, called suhoor (pre-dawn meal), must be taken before dawn, when the early morning light breaks the darkness. The evening meal, called iftar (fast-breaking meal) must be served immediately after sunset.

Sick persons are not required to fast during Ramadan, but they must make up missed days after recovery. If the patient still wishes to observe the fast, oral medications can be rescheduled for intake during the night. Injections do not invalidate the fast unless they are nutritious or used as substitute for nutrition.

### Almsgiving

Caring for the poor and disadvantaged is considered a foundation of the Islamic faith. For Muslims with ability, there are mandatory annual and seasonal obligations of giving charity. The Islamic tradition requires Muslims to give a portion of their wealth to eligible categories of the needy. Also, Islam recommends generous charitable giving in general--no matter what personal circumstance, as even a smile is charity.

### Pilgrimage

Every capable Muslim is obliged to go on a pilgrimage to Mecca at least once in a lifetime during the pilgrimage season, which starts two months after Ramadan. The round trip and the religious rites in the holy places usually take seven to ten days.

### Muslim Holidays

Eid (Day of festivity) is the main holiday celebrated by Muslims twice a year. The first, Eid al Fitr, is celebrated at the end of the month of Ramadan. The second, Eid al Adha, is celebrated on the tenth day of the twelfth Islamic month. A typical greeting on these occasions is Eid Mubarak (Blessed Eid). Celebrating Eid requires that Muslims take only one day off from work. A special congregational prayer for the whole community takes place in the morning between sunrise and noon. The festivities usually include carnivals for children, family visitations, gift exchanges, and community meals.

There are other days of religious significance for Muslims. These include:

Night of Power (Lailat al-Qadr): This observance occurs during the last ten days of Ramadan. Muslims believe the revelation of the Qur'an began on that night. Devout Muslims offer special prayers throughout the night. During this time Muslims may stay at the mosque all night, or even go to the mosque during the "wee hours."

Ashura: This commemoration occurs on the tenth day of Muharram, the first month of the Muslim calendar. It marks the day when God saved Moses and the believers from Pharaoh and his soldiers. Following the example of the Prophet Muhammad, many Muslims fast on that day and another day before or after the event. Ashura also commemorates the martyrdom of Hussein, grandson of the Prophet Muhammad and the third most revered Imam for the Shi'a Muslim com-



of Muslims). Gatherings are conducted in which this historical event and its lessons are memorialized.

Al-Isra wal-Miraj (The Night Journey and Ascension): This event is marked on the 27th day of Rajab, the seventh month in the Islamic calendar. The Qur'an states that the Prophet Muhammad was taken by the power of God on a night journey from Mecca to the Aqsa Mosque in Jerusalem. From there, he was then taken to Heaven, where he received the order to start the practice of the obligatory daily prayer. Gatherings are conducted in which the story of the miraculous journey is told from religious texts.

Mosques usually experience higher attendance levels around and during these occasions. Consequently, traffic around mosques becomes heavier than usual. During Ramadan, mosques may be busy with people even late into the night, and before dawn.

### Clothing

Islam prescribes that both men and women behave and dress modestly. Muslims believe that men and women should be valued as members of society who must be judged by their wisdom, skills and contribution to community, and not by their physical attributes. There are a number of ways in which Muslims express such teachings:

### Men

Some men wear a beard and/or a small head covering, called a Kufi. Some men wear long tunics or robles to cover their bodies more fully.

### Women

When in public, Muslim women tend to wear loose-fitting, non-revealing clothing. In the presence of unrelated men, Muslim women wear attire known as hijab in observance of religious commands. This attire, which may vary in style, usually includes covering the hair, neck, and body, except the face and hands. Some women following strict religious interpretations may wear niqab, or a face veil.

### Muslim Names

Converts to Islam often adopt Muslim names. Popular names include the name of the Prophet Muhammad and other prophets mentioned in the Qur'an. Common Muslim names may be hyphenated (even though in some spellings the hyphen may be dropped). The first part of the name may be Abd (or Abdul), which means servant. The second part may be one of the names or attributes of God, ninety-nine of which are mentioned in the Qur'an. For example, Abdul-Rahim (sometimes spelled Abdurrahim or Abdelrahim) means the Servant of the Most Merciful.

Still, one must be cautious of stereotypes. Some non-Muslims may have what some may believe to be Muslim-sounding names, while Muslims may bear names lacking any religious influence.

### Prayer Rugs

Muslims may typically be seen praying on special rugs. A prayer rug is about the size of a large towel. The prayer rug may be searched as needed, but like the Qur'an should be treated with respect—never to be thrown away or stepped on. Muslims may use any clean, flat



AE-46

object, such as cardboard or a piece of paper, in place of a prayer rug.

## Rights of Muslim Law Enforcement Officers

Some Muslim law enforcement officers have successfully settled job discrimination complaints, which often involved religious accommodation concerns; others had to seek help through the legal system. Such religiously mandated expressions are protected by the following provisions in the Bill of Rights and federal law:

- The First Amendment to the Constitution of the United States, which protects the free exercise of religion.

- Title VII of the 1964 Civil Rights Act, which provides that an employer may not discriminate against a person because he/she adheres to a particular faith, and that employers must accommodate an employee's religious practices unless doing so would cause undue hardship to the employer.

- In a number of cases the courts have affirmed the right of Muslims to exercise their religious precepts. On October 4, 1999, the Supreme Court let stand a lower court ruling in favor of bearded Muslim police officers against the Newark Police Department's no-beard policy. The ruling, issued by the United States Court of Appeals for the Third Circuit Court in Fraternal Order of Police v. City of Newark (App. No. 97-5542), stated:

Because the Department makes exemptions from its policy for secular reasons and has not offered any substantial justification for refusing to provide similar treatment for officers who are required to wear beards for religious reasons,

we conclude that the Department's policy violates the First Amendment.

## Death

It is essential that family members (or the local mosque, if family members cannot be reached) know immediately when a Muslim is dying or has died. All efforts must be made to ensure that a person's body is ceremonially washed according to Islamic teachings and buried in 24 hours if at all possible. A dying Muslim would appreciate help in turning his or her face toward Mecca (northeast in the United States), in accordance with Muslim practice. Muslims wash the body of the dead and bury him or her quickly. Cremation is not permissible and embalming should not be performed unless required by law. Muslims may have specified in their wills where they should be buried and who should handle their funeral and burial. Such requests should be accommodated.

## Autopsy

Islam prohibits the mutilation of dead bodies because it shows a lack of respect for the dead. Unless required in connection with an investigation of a crime, an autopsy should not be performed.

## General Interaction

It is appropriate to keep a physical space when dealing with members of the Muslim community. Words of sympathy for victims of crime are considered adequate emotional support. Some Muslims may be uncomfortable with gestures that include any touching, especially from the opposite gender, because of religious concepts of modest behavior.

Officers speaking with a Muslim of the oppo-



AE-47

site gender may observe that individual avoiding eye contact. Rather than being a sign of evasion or deceit, it is likely that the individual is following religious teachings of modesty which require "lowering the gaze."

Many Muslims, especially immigrants, may feel great fear or discomfort around dogs for cultural reasons. Canine officers should take this into account while performing their duties.

### Body Searches

Islam prescribes certain parameters for relations between the sexes. For example, many Muslims may interact formally and are reluctant to shake hands with the opposite sex. This should not be taken as an insult, but as a sign of personal modesty.

Following religious teachings, Muslim females may want to stay fully covered in public and Muslim males may want to keep their bodies covered from the navel to the knees. Muslim detainees in facilities with open showers should be allowed to wrap themselves with large towels. The officer doing shakedowns, including pat searches, should be of the same gender as the Muslim. Also, in non-emergency situations, frisking and strip-searches should be conducted while respecting the privacy of the suspect. Whenever the situation permits, female paramedics should attend to Muslim female patients.

### Etiquette on Entering Homes and Mosques

Because Muslims kneel to the ground in prayer, they try to keep their flooring free of impurities. In mosques as well as places of residence, Muslims take off their shoes before stepping on carpeted areas (often upon entering the front door). When alone, Muslims may not invite officers of the opposite gender into the house,

again, because of religious concepts of modesty. In non-emergency situations, officers demonstrate sensitivity when they adhere to such etiquette during visitation of Muslim places of worship. If conducting home searches, officers should allow women to cover in the presences of non related men.

### Recruiting Muslims

Muslim community organizations encourage their members to join law enforcement. Still, many Muslims hesitate to do so. In the case of some recent immigrants, their countries of origin may have had police officers who were agents of repressive regimes. Other Muslims shun service believing that American law enforcement agencies tolerate an anti-Muslim bias. There have been many instances when Muslims were profiled based on their faith, ethnicity or political views. In some cases they were questioned or visited by federal agents at their homes or places of work based on unsubstantiated reports. Also, anti-Muslim remarks have been attributed to even some high officials. Law enforcement agencies can increase the chance of recruitment in the Muslim community by dispelling such fears and exhibiting utmost fairness at all times.

### Muslim Community Outreach

There are about seven million Muslims in the U.S. and they are found in every state. For more information and questions, call the Council on American-Islamic Relations at (202) 488-8787. Also, check your local telephone directory for the nearby Islamic center to contact a local imam or an outreach officer. A local Muslim center may be located on the Internet by visiting <www.islamicfinder.com>. For more details

SAE-48

about the concerns of Muslim employees con-
sult An Employer's Guide to Islamic Religious
Practices. For more information on issues rele-
vant to Muslims in detention, consult A
Correctional Institution's Guide to Islamic
Religious Practices. Both publications are avail-
able from CAIR at <publications@cair-net.org>.
Muslim police officer groups can also help
improve relations between the community and
law enforcement institutions.

**Other Titles in This Series:**

*An Employer's Guide to Islamic Religious
Practices*

*An Educator's Guide to Islamic Religious
Practices*

*A Health Care Provider's Guide to Islamic
Religious Practices*

*A Correctional Institution's  Guide to Islamic
Religious Practices*

SAE-49

## Publications Available from CAIR :

# copies

**Civil Rights Reports –**

| | | |
|---|---|---|
| 1996 – The Price of Ignorance | - $ 5.00 | ____ |
| 1997 – Unveiling Prejudice | - $ 5.00 | ____ |
| 1998 – Patterns of Discrimination | - $ 5.00 | ____ |
| 2001 – Accommodating Diversity | - $ 5.00 | ____ |
| 2002 – Stereotypes & Civil Liberties | - $ 8.00 | ____ |
| 2003 – Civil rights report | - call/email | ____ |

**Guides –**

| | | |
|---|---|---|
| Employers Guide to Islamic Religious Practices | - $ 3.00 | ____ |
| Educators Guide to…. | - $ 3.00 | ____ |
| Health-Care Providers Guide to….. | - $ 3.00 | ____ |
| Correctional Institutions Guide to….. | - $ 3.00 | ____ |
| Law Enforcement Official's Guide to…., | - $ 3.00 | ____ |
| Congressional Handbook (and resource guide) | - $ 12.00 | ____ |
| Know Your Rights Pocket Guide | - Free (limited) | ____ |
| Ramadan Publicity guide | - Free (limited) | ____ |
| Hajj/Eid Publicity guide | - Free (limited) | ____ |
| Voter Registration Guide (Groups, orgs) | - Free (limited) | ____ |

**Other Publications –**

| | | |
|---|---|---|
| American Muslims One year after 9/11 (special) | - $ 10.00 | ____ |
| Media Relations Handbook for Muslim Activists | - $ 10.00 | ____ |
| The American Mosque – Mosque Study project | - $ 10.00 | ____ |
| A Rush to Judgment | - $ 7.00 | ____ |
| The Usual Suspects | - $ 3.00 | ____ |
| A Model for School District Religious policy | - $ 2.00 | ____ |

**Also available –**

| | | |
|---|---|---|
| Welcome to Our Ramadan pamphlet | - Free (limited) | ____ |
| Welcome to Our Mosque pamphlet | - Free (limited) | ____ |
| Mosque Open House pamphlet | - Free (limited) | ____ |
| Faith In Action Magazine | - Free (limited) | ____ |
| CAIR Twist top pen | - Free (limited) | ____ |
| CAIR Nike T-Shirts | - $ 10.00 | ____ |
| CAIR Hats | - $ 10.00 | ____ |
| CAIR License Plate holder "Faith in Action" | - $ 3.00 | ____ |

**Subtotal-** _____

**Postage-**_____

**TOTAL-**_____

SAE-50

Name:. _____ Phone: _____
Address: _____
_____
Email: _____
    (CAIR does NOT share nor give out personal information)


## PAYMENT:

CAIR accepts purchase, phone, fax, or Email orders. Pre-payment preferred, otherwise billed with invoice. Invoice provided on all orders. To pay in **U.S. DOLLARS** via:

**Check** – Payable to CAIR (write invoice number on check unless prepaid)

**Money Order** – Payable to CAIR (write invoice number unless prepaid)

**Credit Card – ONLY Visa, Discover, or MasterCard accepted**
    Card number _____
    Expiration ____/____ (mo/yr)
    Name on Card _____
    Signature _____

## POSTAGE:

Most orders sent using U.S. Postal Service. For large orders, ground services will be used (U.S. only) to save you money when possible. Please allow at least 5 days for order processing and shipping. Call for special orders, international orders, or rush delivery.

$10.00 or less, add $2.00 postage and handling
$10.00 - $25.00, add $4.00 postage and handling
Over $25.00, call or email for best rates


### TO ORDER, complete and send to:

CAIR Publications
453 New Jersey Ave SE
Washington DC 20003

### Or:

Call - 202 488 8787 ext 6054
Email - publications@cair-net.org

For *the North American Muslim Resource Guide*, contact Routledge publishing at 1-800-634-7064, or Email – reference@routledge-ny.com



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
SAE PRODUCTIONS, INC.          )
                               )
            Plaintiff,         )
                               )
      v.                       ) Civil Action No. 07-0866(JR)
                               )
FEDERAL BUREAU                 )
OF INVESTIGATION               )
                               )
            Defendant.         )
                               )
_____)
```

# Exhibit  OO


# Part 2



The New York Times        **Washington**              Article 5 of 12 in Washi
                                                          ◀ Previous    Next

NYTimes.com   Go to a Section                    Welcome, newarkfbimedia - Member Center - Lo

SEARCH SPONSORED BY    SEARCH
E*TRADE                              NYT Since 1981    **Search**        ▶ ...
FINANCIAL

# F.B.I. Tries to Dispel Surveillance Concerns

**By LYNETTE CLEMETSON**
Published: January 12, 2006

E-Mail This
Printer-Friendly
Reprints
Save Article

Advertisement



WASHINGTON, Jan. 11 - F.B.I. officials met with Muslim and Arab-American leaders on Wednesday in an effort to dispel anger and concern over the bureau's secret monitoring of radiation levels at Muslim sites around the country.



Doug Mills/The New York Times
From left, Hassan Ibrahim, Imam Mohamed Magid and Michael E. Rolince, a former F.B.I. agent, talked last month in Tysons Corner, Va.

John Pistole, deputy director of the Federal Bureau of Investigation, and John Miller, the bureau's assistant director of public affairs, tried to reassure those at the session that the surveillance of mosques and Muslim businesses and homes had been based on intelligence leads.

"There was intelligence that talked about the desire to use a dirty bomb in the U.S.; there were statements from bin Laden indicating that he had those materials and that there were cells in the U.S. trained to blend into Muslim communities," Mr. Miller said after the meeting. "We explained how we work with

☞ **Most E-Mailed Articles**    The New York Tim

**Past 24 Hours**  | Past 7 Days

1. Bad Blood: In the Treatment of Diabetes, Success Often Does Not Pay
2. Op-Ed Contributor: A Million Little Corrections
3. Letter From Britain: Ever Since Falstaff, Getting Sloshed Is Cricket
4. Cells That Read Minds
5. Bad Blood: East Meets West, Adding Pounds and Peril

   Go to Complete List

**Automobiles**
nytimes.com/autos

SAE-52

intelligence and that we did what we did based on the patterns of Al Qaeda, not because of the patterns or activities of any mosque or Muslim neighborhood."

F.B.I. officials struck a conciliatory tone, several attendees said, and acknowledged that the bureau could have responded to their concerns more quickly. But Mr. Pistole offered few details on the monitoring, they said, and he emphasized that the program, which began after the Sept. 11, 2001, attacks and lasted through 2003, remained classified.

Leaders of Muslim and Arab-American groups requested the meeting after the program was disclosed last month by U.S. News & World Report. The nationwide surveillance program included air monitoring of more than 100 private properties in the Washington area.

The controversy over the surveillance program comes after the F.B.I. cancelled financing for a bureau-wide training initiative intended to improve outreach to Muslim and Arab Americans. Group leaders say the news about the radiation monitoring makes such a program all the more crucial.

"This current situation reinforces the notion that our community is viewed more as suspects rather than partners," said one attendee, Salam Al-Marayati, executive director of the Muslim Public Affairs Council, a national advocacy organization. "Formalizing outreach sets a standard for better educating agents on the best means of acquiring information, and it demonstrates that partnership is the best way of protecting our country from terrorist attacks."

In October, the F.B.I. rescinded a $1 million pledge toward a training program to institutionalize bridge-building between its field offices and Muslim groups around the country. The program, which would have cost $6 million over three years, was cancelled, in part, because of budget constraints, Mr. Miller said.

In cities with sizable numbers of Muslims and Arab-Americans, F.B.I. field offices have developed relationships with mosques, advocacy groups and community leaders. In Washington and Los Angeles, for instance, special agents meet regularly with groups.

Top 10 least expensive vehicles for 2005

Also in Autos:
- Top 10 AWD/4WD vehicles for 2005
- Top 10 least expensive convertibles for 2005
- Top 10 best-selling audiobooks for 2005

SAE-53

Partnerships in Detroit formed the basis for the training program that bureau officials first embraced, then rejected.

Agents engaged in the outreach program said it helped them gain cultural awareness as well as practical insights into sorting good leads from bad. Muslim, Arab and Sikh leaders said that, as a result of the outreach, they received better F.B.I. protection from hate crimes.

But national initiatives like special security registration of citizens of Arab and Muslim countries, sweeps by federal agents in Muslim and Arab neighborhoods and the freezing of Islamic charities' assets have generated complaints.

The radiation surveillance, conducted with the Department of Energy, is another irritant. Disclosures of such programs, attendees at Wednesday's meeting said, make it more difficult to convince people that forming ties with government agencies is productive.

"When things like this happen, people come to us and ask, 'What are you doing talking to the F.B.I.?' " said Imam Mohamed Magid, leader of the All Dulles Area Muslim Society, a mosque in Northern Virginia commonly called the Adams Center, which serves 5,000 families.

Imam Magid, who also attended the meeting on Wednesday, has forged ties with agents in the F.B.I.'s Washington field office and organized public forums between them and community members. Now, he said, some of those in the community have questioned whether those sessions were ruses for the agency to conduct secret monitoring.

Several F.B.I. agents have also supported bringing uniformity to bureau practices.

"We're consistent in how we deal with white-collar crime and every other type of crime," said Michael E. Rolince, who was in charge of counterterrorism for the Washington office before he retired in October. "When it comes to dealing with the Arab-American and Muslim community, we have no consistent program. We have 56 different approaches in our 56 different field offices."

The canceled training program, called the Partnering for

SAE-54

Prevention and Community Safety Initiative, was developed at Northeastern University in Boston.

"It's not 'Kumbaya, let's sit and talk about how nice things are,' " said Deborah A. Ramirez, a Northeastern law professor and former racial-profiling consultant to the Justice Department, who developed the program. "It's a structured process to learn what exists, what works and what we all need to be doing."

Mr. Miller said the bureau would support the training program if outside financing was secured.

"Now that we've let some of the pressure out of this pressure cooker," he said, "we have to address how we go about building better relationships so that when the next crisis comes, we can just call people and talk about it up front."

**Next Article in Washington (5 of 12) >**

 Explore TimesSelect with a no-risk 14-day free trial.

**RELATED ARTICLES**

Inquiry Says F.B.I. Erred in Implicating Man in Attack (January 7, 2006)

F.B.I. Watched Activist Groups, New Files Show (December 20, 2005)

Supreme Court Roundup; Justices Reject F.B.I. Translator's Appeal on Termination (November 29, 2005)

THE LEAK INQUIRY: INTELLIGENCE; Italy's Top Spy Names Freelance Agent as Source of Forged Niger-Iraq Uranium Documents (November 4, 2005)

**RELATED SEARCHES**

Terrorism | Federal Bureau of Investigation

**INSIDE NYTIMES.COM**

---- Working Copy ----                    Page     1

Precedence:  ROUTINE                          Date:  01/17/2007

To: Springfield                    Attn: OSS [                    ]

From:  Springfield
          Squad 2 / Community Outreach Program              b2
          Contact: [                              ]           b6 -1

Approved By: Dun Weysan
          Fields Janice                  b6

Drafted By: [                    ] vlr

Case ID #: 188-SI-A48656-SUB D     (Pending)

Title: MUSLIM COMMUNITY LEADERS
          TOWN HALL MEETING INFORMATION

Synopsis:  COS [                    ] request approval to open 188-
SI-A48656-Sub(D) file to maintain current communications on the
Muslim Community Leaders Town Hall Meeting in this sub file for      b6 -1
planning and reference of anticipated future Town Hall Meetings.

Details:  The Muslim Community Leaders Town Hall Meeting which
was held on 12/09/2006 in Peoria, Illinois and hosted by the FBI
Springfield Division, proved to be a successful format which
might be duplicated for any future Town Hall Meetings.

          COS [                    ] request that Sub(D) file be
opened to hold all accumulated information to date on this           b6 -1
meeting, for reference in anticipation of hosting future events
of this nature.

---------------------------------------------------------------------------
Case ID : 188-SI-A48656-D                    Serial : 1

                          SAE-56

# FEDERAL BUREAU OF INVESTIGATION

Weysan Dun
Special Agent in Charge



Springfield Division

900 East Linton Avenue
Springfield, Illinois 62703

December 26, 2006

Islamic Center of Center
1716 N. North Street
Peoria, Illinois 61604

b6 -2

Dear

My staff and I enjoyed the opportunity to meet and become acquainted with you and other members of the Muslim community. We appreciated the opportunity to share ideas and concerns as well as meeting with you individually during the luncheon meal. The frank and honest conversations touched on concerns which certainly leave the door open for continued communication. Many of the issues voiced pertained to the Muslim culture; instances of perceived racial profiling by the Transportation Security Administration (TSA); the need to foster a diverse FBI workforce inclusive of the Muslim population; and the need to further propel outreach efforts regarding the Muslim community.

As we discussed during our meeting, issues relative to the media, TSA or Bureau of Immigration and Customs Enforcement are not within the jurisdiction of the FBI. Unfortunately, many issues relative to these entities are often erroneously attributed to the FBI.

We hope to continue to build on this meeting and encourage you to reach out to any of the FBI management staff that was in attendance. We also welcome the opportunity to participate in meetings in your respective communities. If you wish to host such an event, our Community Relations Executive Seminar Training (CREST) Program can be utilized as a format. CREST is conducted in partnership with any community group and is customized to meet the needs of that group, while enhancing liaison with the FBI. Of course, we would also welcome the opportunity to meet informally to talk with you and others in your community.

Thank you again for accepting our invitation to participate in the first of many Town Hall Meetings. Our goal continues to focus on strengthening partnerships and enhancing mutual understanding through open communications.

SAE-57

Enclosed is a compact disk (CD) containing all of the photographs taken during the Town Hall Meeting of Muslim Community Leaders and the Springfield Division FBI Staff held Saturday, 12/09/2006 in Peoria, Illinois.  Please feel free to share these as you wish.

I look forward to working together for the benefit of our communities and our country.


Sincerely,


Weysan Dun
Special Agent in Charge

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  PRIORITY                      **Date:**  11/14/2006

**To:**  Director's Office          **Attn:**  AD John Miller
                                           Office of Public Affairs
                                           Community Relations Unit

**From:**  Springfield
           Squad 2 / Community Outreach Program
           Contact: COS [                    ]

**Approved By:**  Dun Weysan
                  Fields Janice                        b2
                                                       b6 -1
**Drafted By:**  [                    ]:vlr

**Case ID #:** 66F-SI-A48656    (Pending)

**Title:**  SPECIAL FUNDING REQUEST,
            MUSLIM COMMUNITY TOWN HALL MEETING;
            COMMUNITY OUTREACH PROGRAM
            SPRINGFIELD DIVISION

**Synopsis:**  Request for funding for Springfield Division to sponsor a
"Town Hall Meeting" with the Muslim community on 12/09/2006.

**Enclosure(s):** 1) List of Muslim Organizations and Mosques in
Springfield Division territory, 2) draft invitation letter and 3)
proposed meeting agenda.

**Details:**  The Springfield Division's Community Outreach Program is
proposing to conduct a Town Hall Meeting on 12/09/2006 for the
purpose of strengthening relationships with the various Muslim
communities within the Springfield Division's geographic boundaries.
This EC sets forth Springfield's proposal and a request for funding
from FBIHQ to defray the costs of implementing this initiative.

        Springfield intends to invite leaders from the various
Muslim communities throughout its territory.  Enclosure #1 is a list
setting forth the 17 known Muslim organizations and mosques in the
division.  These organizations effectively reach most of the Muslim
communities in the division.  As is evident on the attached list, the
17 organizations are dispersed throughout the 84 counties in Illinois
covered by the Springfield Division.  This is a territory of more
than 45,000 square miles and travel to each of the communities in
which a Muslim organization or mosque exists requires a significant
amount of time; some of these communities are nearly four hours
driving time from Springfield Headquarters City.

To:  Director's Office   From:  Springfield
Re:  66F-SI-A48656, 11/14/2006

        SAC, Springfield has personally traveled throughout the
territory a number of times to meet with members of many of the
listed organizations and he intends to continue to do so.  However,
Springfield believes that hosting a meeting at a central location to
which leaders of all of the Muslim organizations are invited will be
a much more efficient way to continue to enhance relationships and
strengthen partnerships with the Muslim communities.

        Enclosure #2 is a copy of the draft invitation letter, the
wording of which is being vetted with Springfield's Muslim community
liaison contacts for cultural appropriateness.  This letter
articulates the goals Springfield has established for this
initiative.  Enclosure #3 is the draft meeting agenda which includes
an overview of the mission of the FBI with emphasis on
Counterterrorism, Civil Rights, and Applicant Recruiting Programs and
current hiring needs.

        Representatives from the Council of American Islamic
Relations (CAIR) – Illinois will also provide remarks on partnerships
between the Muslim community and law enforcement.  A number of Muslim
community organizations in Peoria are also endorsing and supporting
the Springfield Division's efforts.

        Springfield intends to invite three representatives from
each entity who are viewed as leaders in their respective
organizations.  The participants will be invited to bring their
spouses if they wish; thus, the number of Muslim community attendees
may be as many as 102 people if a maximum response is received.  This
number is based on the following calculation: seventeen organizations
times three representatives plus spouses (or six people per
organization) is 102 people.

        In addition to the Muslim community representatives, a
number of Springfield Division SSAs/SSRAs and Executive Management
will participate because one of the goals of this initiative is to
allow Muslim community leaders to meet the FBI supervisor of the RA
serving their respective communities as well as Front Office
executives.  Springfield's Community Outreach Specialist and
Applicant/Recruiting Staff will participate as well.  There would be
approximately 12 Springfield Division personnel presenting or
participating in the proposed event.  Therefore, the event could have
up to 114 participants (102 Muslim Community representatives plus 12
Springfield Division personnel).

        Springfield proposes to hold the meeting at the Holiday
Inn, 500 Hamilton Boulevard, Peoria, Illinois 61602.  Peoria is
centrally located in Springfield's territory and the Holiday Inn has
professional conference facilities capable of providing meeting space

2

To: Director's Office   From:   Springfield
Re:   66F-SI-A48656, 11/14/2006

for more than 100 people.  Most importantly, the Holiday Inn is also
capable of providing Halal food service.  Springfield believes that
providing a Halal working lunch is essential to the success of this
effort because some of the attendees may be traveling in excess of
180 miles one-way to get to Peoria.  Providing a Halal meal to the
invited guests would be consistent with Muslim culture and
Springfield believes this would not only be well-received but may
enhance participation.

     Springfield intends to leverage the Town Hall Meeting into
individual, follow-up meetings and presentations at each of the
participating organizations' home venues.  SAC, Springfield
anticipates he will personally travel out to conduct these follow-up
meetings in partnership with the appropriate ASACs and SSRAs to
further maintain dialogue and improve upon relationships with the
Muslim community.

     In support of this endeavor, the Springfield Division is
therefore requesting FBIHQ funding in the amount of $1,996.00.  This
amount represents anticipated payment for an appropriate Halal
luncheon meal to accommodate 100 attendees at $18.66 per person, a
Holiday Inn conference room set-up fee of $90.00, projection screen
fee of $15.00, and a public address system fee of $65.00, for a total
of $1,996.00.  Springfield is basing its funding request on 100
participants as an estimate; Springfield is prepared to absorb any
additional costs incurred should there be more than 100 participants.

     Use of FBI funds to purchase a meal in the context of
instant proposal is permissible and consistent with GAO Opinion B-
300826, dated 03/03/2005, as articulated by Finance Division EC of
09/25/2006.  The meal to be provided is incidental to the conference;
attendance at the meal is important to ensure full participation in
essential discussions, lectures, or speeches concerning the purpose
of the conference; and the meal is part of a formal conference that
includes not just the meal but substantial functions occurring
separately from when the food is served.

     In view of the proposed 12/09/2006 meeting date,
Springfield would greatly appreciate expeditious action and a prompt
reply to this request.

**LEAD(s):**

**Set Lead 1:   (Action)**

3

To: Director's Office  From:  Springfield
Re:  66F-SI-A48656, 11/14/2006


### DIRECTOR'S OFFICE

#### AT OPA, DC

OPA is requested to approve and provide funding of $1,996.00 for Springfield's Muslim Community Town Hall Meeting project.  Requested amount represents funding for an appropriate Halal luncheon meal to accommodate approximately 100 attendees at $18.66 per person; Holiday Inn room set-up fee at $50.00; projection screen fee at $15.00; and public address system fee at $65.00.


♦♦


4

## MOSQUES

| Name | Contact | Phone | Address | City | State | Zip | Denom |
|------|---------|-------|---------|------|-------|-----|-------|
| Islamic Center of Bloomington-Normal | Tariq Gilani-President | 309-664-0304 | 2911 Gill Street, Suite 6 | Bloomington | IL | 61704 | |
| Masjid Ibrahim | Syed Abbas Ali Ibrahim | | 2407 E. Washington | Bloomington | IL | | |
| Islamic Center Of Carbondale | Dr. Mashar M. Butt, D.M.D. | (618)457-2770 | 511 S. Popular | Carbondale | IL | 62901 | |
| Carbondale Muslim Center (Masjidan-Nur) | Abdul Z. Haqq-Imam    Tariq A. Khaaliq-Treasurer | 618-457-6522 | 530 N. Wall | Carbondale | IL | | |
| Islamic Center Of Greater Centralia | Dr. Nazir Ahmed | (618) 533-3080 | 230 S. Broadway | Centralia | IL | 62801 | |
| Masjid Wali Hassan | Imam Johnnie Shabazz | (217) 877-2863 | 1807 N. Edwards | Decatur | IL | 62526 | |
| Masjid Al-Ghuraba | Student run - No current POC (the most recent Imam left the country) | | 130 N Main St | Edwardsville | IL | 62025 | |
| Islamic Center of Macomb | Mohammad A. Siddiqi Khaled A. Dabash | (309) 833-3875 | 601 Wigwam Hollow Road | Macomb | IL | 61455 | |
| Islamic Center of Quad Cities | Abdelkrim Daiya-Imam | (309) 792-1690 | 6005 34th Avenue | Moline | IL | 61244 | |
| Islamic Foundation Peoria | Dr. Azizur Rehman, M.D. - President;    Dr. M. Fayaz Malik, M.D   Board Member | Dr. Rehman: 309-274-2102; Dr. Malik: 309-691-4410 | | | | | |
| Islamic Center of Peoria | Dr. Abdul Latif Muhammad | (309)681-6331 cell | 1716 N. North St | Peoria | IL | 61604 | |
| Islamic Student Society of Bradley University | Mohamed A. Salem | (309) 578-3238 | 1315 West Main St | Peoria | IL | 61614 | |
| Muslim Educational Community Association (MECA) Center | Bashir Ali | (309)-685-7576 | 817 W. Armstrong | Peoria | Il | 61606 | |
| Masjid Quincy | | 217-228-9527 | 505 S. 24th Street | Quincy | IL | 62301 | |
| Islamic Society Of Greater | Dr. Saleem Mahmood, M.D. - | (217) 529-3328 | 3000 Stanton | Springfield | IL | 62703 | |

SAE-63

| Springfield | President | | | | | | |
|---|---|---|---|---|---|---|---|
| Mosque & Islamic Education Center of Swansea | Dr. Abdul W. Kazi, M.D. | (618)277-3332 | 4250 Old Collinsville Rd | Swansea | IL | 62226 | |
| Central Illinois Mosque and Islamic Center | Marawan Yousef-President | (217) 344-1555 | 106 S. Lincoln | Urbana | IL | 61801 | |

SAE-64



b6 -1



b6 -1



b6

b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2

b6 -1,2

b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -2



b6 -1



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2

b6 -1,2



b6 -1,2



b6 -1,2

b6 -1,2



b6 -2



b6 -1,2



b6 -1

b6 -2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
SAE PRODUCTIONS, INC.          )
                               )
             Plaintiff,        )
                               )
      v.                       ) Civil Action No. 07-0866(JR)
                               )
FEDERAL BUREAU                 )
OF INVESTIGATION               )
                               )
             Defendant.        )
                               )
_____)
```

# Exhibit  OO

# Part 3



b6 -2



b6 -2



b6 -1,2



b6 -1,2

b6 -1,2



b6 -1,2

b6 -1,2



b6 -1,2                                            b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -2



b6 -1,2

b6 -1,2



b6 -1,2

SAE-106



b6 -1

b6 -1



b6 -1

b6 -1,2

b6 -1,2



b6 -1,2

b6 -1,2



b6 -2



b6 -2

b6 -2

b6 -2



b6 -1,2

b6 -1,2                    b6 -1,2



b6 -1,2

b6 -1,2

b6 -1,2



b6 -1,2

b6 -1,2

b6 -1,2

b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1,2



b6 -1

b6 -2



b6 -1,2



b6 -1

b6 -2



b6 -1,2



b6 -1

b6 -2



b6 -1,2



b6 -1,2

SAE-129



b6 -1,2



b6 -1,2



b6 -1,2





b6 -1,2

JUN-05-2007  09:58    SI FORFEITURE UNIT    P.02

Page 1 of 1

b2

## Dun, Weysan

| | |
|---|---|
| **From:** | Dun, Weysan |
| **Sent:** | Tuesday, November 14, 2006 6:56 PM |
| **To:** | director@cairchicago.org; mfm@heartcaremw.com; ball@workforcenetwork.com |
| **Subject:** | Town Hall Meeting Invitation and Agenda |
| **Attachments:** | Town Hall Invitation 11-2006.doc; Town Hall Agenda 11-2006.doc |

To:  Mr. Ahmed Rehab, Executive Director, CAIR – Illinois;

b6 -2

As promised, attached are the drafts of the Invitation Letter and the Meeting Agenda for the "Town Hall" meeting about which I have spoken with each of you recently. Both are in MS Word format.

Please review and let me know if you approve. Please be frank - I welcome any suggestions and recommendations for changes. In particular, I wish to ensure the letter sets the right tone and is not inadvertently offensive, culturally insensitive or improper in any way. I know we have much to learn in terms of enhancing our partnerships with the Muslim Community and your candid feedback will be appreciated. As you can see from the drafts, I have mentioned each of your respective organizations as "endorsing" this effort – please let me know if this is OK. (I am also faxing this to [          ] of the Islamic Center of Peoria at his request, rather than sending to him by e-mail.)

b6 -

**Mr. Rehab** – as we discussed, I have allocated approximately 15 minutes for your remarks. I did so by placing you on the agenda as our "lunch speaker" so that you may deliver your remarks toward the end of the lunch hours. Please let me know if this is acceptable. Please also let me know if you wish for me to show a topic on the agenda for your remarks or just leave as is.

b6 -2  [          ]: in addition to reviewing our proposed letter, would be please give me the correct mailing address for the Islamic Foundation of Peoria and tell me to whom I should send the official letter of invitation? The only I addresses I have are your and [          ] office addresses; I do not have an address for the foundation.

b6 -

We hope to send this letter out at the end of this week to ensure everyone has ample time to plan to attend. Therefore, I would greatly appreciate hearing from you by noon this Thursday (11/16) or earlier if possible, so that we will have time to make any revisions needed and prepare and send the final letters.

Thank you for your assistance and support. Warmest regards,  WD

Weysan Dun
Special Agent-In-Charge
FBI Springfield Division

b2
b6 -1

1) ASAC Fields
2) COS [          ]

For appropriate Community Outreach File.

RECEIVED
NOV 3 0 2006
BY:

11/14/2006

6/6F-SI-A48/6570 - 13-31

DRAFT LETTER on FBI Letterhead

Dear _____ :

   Assalamu Alaikum.

   The Springfield Division of the Federal Bureau of Investigation (FBI), with the
endorsement of the Council on American Islamic Relations (CAIR) - Illinois, the Islamic Center
of Peoria, the Islamic Foundation of Peoria and the Muslim Educational Community Association
(MECA) of Peoria, cordially invites the __(Name of Organization)__ to send three (3)
representatives to join us for a Muslim Community "Town Hall" Meeting in Peoria, Illinois, on
Saturday, December 9, 2006.

   The Springfield Division of the FBI is hosting this meeting to provide a forum for the
frank exchange of ideas and concerns so that the FBI may better serve the Muslim Communities
in Central and Southern Illinois. The FBI will provide presentations about its current
Counterterrorism efforts, its Civil Rights responsibilities, and its current recruiting initiatives and
hiring needs. CAIR - Illinois Executive Director Ahmed Rehab as well as representatives of the
Muslim Community in Peoria will also be present to share their thoughts and perspectives. FBI
Supervisors and Executives from throughout Central and Southern Illinois, including the office
serving your community, will be present to introduce themselves and answer your questions.
Opportunities for open forum discussions and question/answer sessions will be provided.

   It is our hope that this meeting will lead to networking opportunities with the FBI and
also with other Muslim Communities in Illinois. We seek to develop new working partnerships
and strengthen existing relationships between the FBI and the Muslim Community. To attain
this goal, we are inviting representatives from each of the Islamic Organizations and Masjids in
Central and Southern Illinois.

   Each organization is invited to send three representatives; it is our hope that the
individuals who attend are viewed as leaders in your respective organizations and communities.
Each representative is invited to bring their spouse if they wish.

   The program will be held at the Holiday Inn City Centre, 500 Hamilton Boulevard,
Peoria, Illinois, telephone 309-674-2500. We will start promptly at 10:00 AM, on Saturday,
December 9, 2006 and will conclude at 2:15 PM. We will provide a Halal lunch as part of the
program.

   It is my hope and expectation that the FBI will give you with a better understanding of
how we can serve the Muslim Community and that we will find areas where we can work in
partnership for the benefit of our communities and our country. Your involvement in this
endeavor will be greatly appreciated. Your frank observations and insightful comments during
open forum discussions, as well as questions and answers during presentations, will greatly assist
the FBI in fostering our future relationship with the Muslim Community.

b2

Please R.S.V.P. by completing and returning the response form to our Community Outreach Specialist, _____ You may use the stamped, self-addressed envelope or fax your response to _____ Questions may be directed to _____

b2
b6 -1      I look forward to hearing from you and hope to see you, two other representatives of your organization and your spouses in Peoria on December 9.

Alah Ma'kum,


Weysan Dun
Special Agent in Charge

JUN-05-2007  09:58    SI FORFEITURE UNIT                                                P.05

b2

# FEDERAL BUREAU OF INVESTIGATION
## Springfield Division
## Muslim Community Leaders Town Hall Meeting

### December 9, 2006
### Holiday Inn Conference Room
### 500 Hamilton Blvd.
### Peoria, IL

| **Time** | **Topic** | **Speaker** |
|---|---|---|
| 10:00 a.m. | Welcome & Overview | Weysan Dun, Special Agent in Charge (SAC) Springfield Division |
| 10:30 a.m. | Counterterrorism Program | Supervisory Special Agent (SSA) |
| 11:00 a.m. | Civil Rights Program | SSA |
| 11:30 a.m. | Applicant and Recruiting Program - FBI Hiring Needs | Special Agent |
| 12:00 noon | Lunch (a Halal meal will be provided) | |
| 12:45 p.m. | Lunch Speaker (lunch continues) | Mr. Ahmed Rehab Executive Director Council on American Islamic Relations (CAIR) - Illinois |
| 1:00 p.m. | Open Forum Questions and Answers Coordinate With Local FBI Contacts on Future Partnerships | |
| 2:00 p.m. | Closing Remarks | SAC Dun |

b6 -1

SAE-138

b2

11-22-06

Weysan Dun
Special Agent in Charge
Federal Bureau of Investigation
900 East Linton Avenue
Springfield, IL 62703

1) SSRA
Pls reach out to coordinate
attendance.

b6 -1,2

2) COS file.
- for
Tks!

Dear Special Agent Dun:

Thank you for your letter inviting for the Muslim Community "Town Hall" Meeting in Peoria, Illinois on Saturday, December 9, 2006. I fully support your initiative. I think there should be strong alliance between Muslim communities and the law enforcement agencies for the sake of peace, safety and security. Due to a very busy schedule at the University, I regret I will not be able to attend. It is almost end of the semester and I am in the process of conducting two faculty searches in journalism beside grading tons of papers and preparing for the students' final exams to be given from Monday, December 11, 2006. I wish I could attend and if I am able to squeeze in the schedule of this meeting, you may see me there. I wish this meeting all the best and every success.

Since I am neither the president nor a board member of the Islamic Center since September, 2005, I have given your letter and the response sheet to the current President of the Islamic Center of Macomb, [                ] I hope he will be able to attend along with two other board members.

Sincerely

b6 -2

Professor and Director of Journalism Program
Western Illinois University
1 University Circle
Macomb, IL 61455

SAE-139

66F- SI A 486656-1332

NOV 2 8 2006

JUN-05-2007  09:59          SI FORFEITURE UNIT                                    P.07

b2

: (Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  ROUTINE                        **Date:**  12/11/2006

**To:**  Director's Office              **Attn:**  AD John J. Miller
                                              Office of Public Affairs                 b6 -1

                                              SA [                    ]
                                              Unit Chief
                                              Community Relations Unit

**From:**  Springfield
          Squad 2 / Community Outreach Program
          **Contact:** [                                    ]

**Approved By:**  Dun Weysan
                 Fields Janice                       b6 -1                    (X)

**Drafted By:** [                        ] :vlr

**Case ID #:** 66F-SI-A48656     (Pending) -1333

**Title:**   MUSLIM COMMUNITY LEADERS
            TOWN HALL MEETING HOSTED
            BY THE SPRINGFIELD DIVISION;
            COMMUNITY OUTREACH PROGRAM;
            SPRINGFIELD DIVISION

**Synopsis:**  The results of Springfield Division's hosting of the
Central Illinois Muslim Community Leaders located within the
Springfield, Illinois Division territory, at the Holiday Inn City
Centre, 500 Hamilton Boulevard, Peoria, Illinois on 12/09/2006.

**Administrative:**  Reference is made to Springfield telcall (SAC
Dun) to OPA (AD Miller) on 11/29/2006, wherein OPA concurred with
Springfield's proposal to sponsor and hold captioned event
12/09/2006 with FBIHQ reimbursement of costs after-the-fact.

**Reference:**  EC 66F-SI-A48656-1318 dated 11/14/2006 from
Springfield to the Office of Public Affairs, Community Relations
Unit.

**Enclosure(s):**  List of attendees.

**Details:**  On 12/09/2006, SAC Weysan Dun, ASAC Janice Fields, ASAC
b6 -1    John H. Stafford, Springfield Division Agent Supervisors,
        Photographer [                    ] and Community Outreach Specialist
        [                    ] hosted a Town Hall Meeting with Muslim
Community Leaders from Central Illinois.  This event was both
well-attended and well-received by community leaders, and will

                                  66F-SI-A48656 -1333

                    SAE-140                          RECEIVED
                                                     DEC 1 2 2006

                                                     BY:..................

JUN-05-2007  09:59       SI FORFEITURE UNIT                                         P.08

To:  Director  From:  Springfield                                  b2
Re:  66F-SI-A48656, 12/11/2006

serve as a prototype for Springfield in future endeavors. It was
the first such event in an ongoing series of community outreach
efforts focusing on the Muslim Community.

The Town Hall Meeting was attended by 42 Muslim
Community Leaders throughout the Springfield territory.  Of those
attending, four were Imams from Springfield, Decatur, Moline, and
Peoria, Illinois.  The Springfield FBI Division was represented
by 12 Agent Supervisors and Executive Management, who networked
with attendees throughout the event.  The United States Attorney
(USA) and an AUSA from the Central District of Illinois, and an
AUSA from the Southern District of Illinois were present at the
meeting.  The Executive Director of the Council on American
Islamic Relations (CAIR) - Illinois, Mr. Ahmed Rehab, was the
guest luncheon speaker.  A total of 57 persons participated in
the meeting.

Springfield initiated the meeting with an overview of
the FBI presented by SAC Dun, followed by a robust question and
answer session.  In addition, presentations were delivered by
Agent Supervisors and the Applicant Coordinator on Applicant
Recruiting, Civil Rights, and Counterterrorism.  Many of the
concerns voiced by the audience pertained to negative media
portrayal of the Muslim Community; the need to educate both law
enforcement and the public on issues pertinent to Islam and the
Muslim culture; instances of perceived racial profiling by the
Transportation Security Administration; the need to foster a
diverse FBI workforce inclusive of the Muslim population; and the
need to further propel outreach efforts regarding the Muslim
community.

CAIR - Illinois Executive Director Ahmed Rehab
complimented Springfield's efforts and indicated he was greatly
impressed with the program presented by the division.  Mr. Rehab
also advised he wished to continue to work closely with
Springfield and SAC Dun to strengthen the partnership between the
Muslim Communities of Central and Southern Illinois and the FBI.
Mr. Rehab was particularly taken by the manner in which Muslim
Community leaders interacted with FBI Officials, saying that it
was clear Springfield had encouraged candid and open
communications.  The fact that Muslim Community leaders from a
widely dispersed geographic area (some had to travel more than
three hours to participate) responded to Springfield's invitation
was also noted as an indicator of the strength of Springfield's
outreach.

Springfield intends to leverage the concept of the Town
Hall Meeting by further addressing the above issues through
annual Town Hall Meetings and implementation of the Community

2

SAE-141

To: Director  From:  Springfield                                    b2
Re:  66F-SI-A48656, 12/11/2006


Relations Executive Seminar Training within individual Muslim
Communities.  Springfield will continue to reach out and engage
the Muslim community, which should result in a positive impact on
our ability to partner in areas of employee recruiting and
overall positive law enforcement interaction.

        Springfield considers this event a resounding success
and offers this as a format to be adopted by other divisions.
Springfield will accordingly send attendees follow-up letters of
appreciation and a disk of photographs taken during the event.

        Springfield is greatly appreciative of anticipated
funding from FBIHQ.  For information of the Bureau, the final
billing statement reflects total charges of $1,156.38 as the cost
of sponsoring the event.  These charges are reflective of payment
for a Halal luncheon meal for 57 attendees; Holiday Inn room set-
up fee, projection screen fee; and public address system fee.

3

JUN-05-2007  09:59        SI FORFEITURE UNIT                                P.10

(                                                   (              b2

To:  Director  From:  Springfield
Re:  66F-SI-A48656, 12/11/2006


**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>DIRECTOR'S OFFICE</u>

        <u>AT OPA, DC</u>

        OPA is requested to provide funding in the amount of
$1,156.38 for Springfield's Muslim Community Town Hall meeting
held on 12/09/2006.  Requested amount represents funding for a
Halal luncheon meal for 57 attendees; Holiday Inn room set-up
fee, projection screen fee; and public address system fee.


◆◆

b6 -2

# Town Hall Meeting: Muslim Community Leaders    12/09/06

| Name | Organization | Address | Telephone Number | Email |
|------|-------------|---------|------------------|-------|
| | | | | |
| | Islamic Center of Quad Cities | | | |
| | Islamic Center of Greater Centralia | | | |
| | Masjid Ibrahim | | | |
| | Central Illinois Mosque & Islamic Center 106 South Lincoln   Urbana, IL  61801 | | | |
| | M.E.C.A Center | | | |
| | Masjid Ibrahim | | | |
| | Islamic Center of Peoria | | | |
| | Islamic Center of Carbondale 511 South Poplar   Carbondale, IL  62901 | | | |
| | M.E.C.A Center | | | |
| | Masjid Wali Hasan Islamic Society | | | |
| | Islamic Center of Quad Cities | | | |
| | Islamic Society of Greater Springfield 3000 Stanton   Springfield, IL  62703 | | | |
| | Islamic Society of Greater Springfield 3000 Stanton   Springfield, IL  62703 | | | |

b6 -

b2

SAE-144

b6 -2

b6 -2

| Name | Organization | Address | Telephone Number | Email |
|------|--------------|---------|------------------|-------|
|  | Islamic Center of Carbondale<br>511 South Poplar   Carbondale, IL  62901 |  |  |  |
|  | Masjid Ibrahim |  |  |  |
|  | M.E.C.A Center |  |  |  |
|  | Islamic Center of Quad Cities<br>6005 34th Avenue   Moline, IL  61244 |  |  |  |
|  | USA - SDI |  |  |  |
|  | Islamic Center of Bloomington-Normal |  |  |  |
|  | Islamic Center of Peoria |  |  |  |
|  | Carbondale Muslim Center |  |  |  |
|  | Masjid Wali Hasan Islamic Society |  |  |  |
|  | USA - CDI |  |  |  |
|  | Central Illinois Mosque & Islamic Center<br>106 South Lincoln   Urbana, IL  61801 |  |  |  |
|  | Islamic Center of Carbondale<br>511 South Poplar   Carbondale, IL  62901 |  |  |  |
|  | Belleville Mosque & Islamic Education Center |  |  |  |
|  | Carbondale Muslim Center |  |  |  |
|  |  |  |  |  |

b2

SAE-145

b6 -2

| Name | Organization | Address | Telephone Number | Email |
|---|---|---|---|---|
| | Islamic Society of Greater Springfield 3000 Stanton  Springfield, IL  62703 | | | |
| | Islamic Society of Greater Springfield 3000 Stanton  Springfield, IL  62703 | | | |
| | Islamic Foundation of Peoria | | | |
| | | | | |
| | | | | |
| | Islamic Center of Peoria | | | |
| | Belleville Mosque & Islamic Education Center | | | |
| | | | | |
| | Islamic Foundation of Peoria 823 West Salaam Drive   Peoria, IL  61615 | | | |
| | Islamic Foundation of Peoria 823 West Salaam Drive   Peoria, IL  61615 | | | |
| Rehab      Ahmed | CAIR | | | |
| | Islamic Foundation of Peoria 823 West Salaam Drive   Peoria, IL  61615 | | | |
| | Islamic Foundation of Peoria 823 West Salaam Drive   Peoria, IL  61615 | | | |
| | USA - CDI | | | |

SAE-146

b6 -2                                                b6 -2

| Name | Organization | Address | Telephone Number | Email |
|---|---|---|---|---|
| | | | | |
| | Islamic Society of Greater Springfield 3000 Stanton   Springfield, IL  62703 | | | |
| | Islamic Society of Greater Springfield 3000 Stanton   Springfield, IL  62703 | | | |
| | | | | |
| | Central Illinois Mosque & Islamic Center 106 South Lincoln   Urbana, IL  61801 | | | |
| | Masjid Ibrahim | | | |



b2

SAE-147