IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.

      Plaintiff,

v.                       Civil Action No. 07-0866 (JR)

FEDERAL BUREAU
OF INVESTIGATION

      Defendant.

### PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME TO SUBMIT OPPOSITION BRIEF

NOW COMES the plaintiff, by and through his undersigned counsel, to respectfully move the Court for an extension of time to on or before December 27, 2007, in which to submit plaintiff's Opposition to defendant's Motion for Summary Judgment, which was filed on November 28, 2007.

In light of the factual arguments set forth by defendant, plaintiff is gathering relevant information and additional time is needed to finalize and organize that information. Given the specialized nature of the programs at issue, as well as the need to consult with outside experts, and the fact that plaintiff's counsel has been out of town for several days, plaintiff seeks this first extension.

Plaintiff's counsel discussed this request with defendant's counsel who graciously consented. The defendant has requested that its Reply brief be due on or before January 22, 2008, to which the plaintiff consents as well. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this motion.

Date: December 12, 2007

                                                  Respectfully submitted,

                                                  /s/
                                        _____
                                        Mark S. Zaid, Esq.
                                        DC Bar #440532
                                        Bradley P. Moss, Esq.
                                        D.C. Bar #975905
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, D.C. 20036

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.

        Plaintiff,

v.    Civil Action No. 07-0866 (JR)

FEDERAL BUREAU
OF INVESTIGATION

        Defendant.

**ORDER**

Upon consideration of Plaintiff's Consented-To Motion for an Extension of Time in Which to Submit Opposition Brief, and the entire record herein, it is this _____ day of December 2007, hereby

ORDERED, that plaintiff's Motion is granted; and further

ORDERED, that plaintiff's Opposition is due on or before December 27, 2007; and further;

ORDERED, that defendant's reply is due on or before January 22, 2008.

 

_____
UNITED STATES DISTRICT JUDGE