AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SAE PRODUCTIONS, INC.
                          )
       Plaintiff(s)           )    **APPEARANCE**
                          )
                          )
         vs.                )    CASE NUMBER   07-0866 (JR)
FEDERAL BUREAU          )
OF INVESTIGATION        )
       Defendant(s)        )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Bradley P. Moss  as counsel in this
                                (Attorney's Name)

case for: SAE Productions, Inc.
             (Name of party or parties)

12/11/07
Date

*[Signature]*
Signature

975905
BAR IDENTIFICATION

Bradley P. Moss
Print Name

1250 Connecticut Avenue, NW Ste. 200
Address

Washington   DC          20036
City         State          Zip Code

(202) 907-7945
Phone Number