IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAE PRODUCTIONS, INC. | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 07-0866 (JR) |
| FEDERAL BUREAU OF INVESTIGATION | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S NUNC PRO TUNC MOTION FOR EXTENSION OF TIME**

NOW COMES the plaintiff SAE Productions, Inc., by and through his undersigned counsel, to respectfully move the Court for a slight extension of time of five days in order to submit his Opposition to the defendant's Motion for Summary Judgment (which has been filed via ECF). The due date was December 27, 2007.

The delay in filing the plaintiff's Opposition was completely the undersigned counsel's fault and he accepts full responsibility for this mishap. The undersigned's associate, Brad Moss, who is serving as the primary counsel in this matter, timely completed the Opposition on December 24, 2007 (just as he left to go out of the country for vacation that day). However, the documents needed to be converted to pdf and the exhibits organized, both tasks of which fell to the undersigned. With the intervening holidays the filing was – candidly – simply overlooked. Counsel then went out of town for the New Years holiday on December 27, 2007, and just returned this evening. Unfortunately, the documents to be filed were not available until this time.

Counsel's failure was inadvertent, though inexcusable, and shall not happen again. The delay in filing did not prejudice the defendant and if any additional time is needed in order to submit its reply, the plaintiff certainly consents to the extension.

    Plaintiff's counsel attempted to contact defendant's counsel via e-mail on December 30, 2007 (which the transgression was realized), to seek consent but – understandably in light of the holidays – has not received a response. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  January 1, 2008

                                             Respectfully submitted,

                                                  /s/
                                        _____

                                        Mark S Zaid, Esq.
                                        D.C. Bar #440532
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, DC 20036
                                        (202) 454-2809
                                        (202) 330-5610 fax
                                        ZaidMS@aol.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SAE PRODUCTIONS, INC. | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 07-0866 (JR) |
| | * | |
| FEDERAL BUREAU | * | |
| OF INVESTIGATION | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of plaintiff's Nunc Pro Tunc Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of January 2008,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff's late filing of its Opposition is permitted.

_____
UNITED STATED DISTRICT JUDGE