IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0866(JR) |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a reply up to and including February 28, 2008.

Counsel for the defendant has three major motions and replies in Title VII cases due in the next three weeks, one of which has five plaintiffs involving 24 selections. In addition, counsel has mediations scheduled in three cases during the next ten days. Because of her schedule, counsel needs additional time to research and draft a reply.

Plaintiff's counsel has graciously consented to this request for additional time.

Wherefore, it is respectfully requested that the defendant have up to and including February 28, 2008 to file a reply.