IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SAE PRODUCTIONS, INC.          )
                               )
           Plaintiff,          )
                               )
    v.                         )  Civil Action No. 07-0866(JR)
                               )
FEDERAL BUREAU                 )
OF INVESTIGATION               )
                               )
           Defendant.          )
                               )
_____)
```

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time up to and including March 14, 2008 to file a reply.

Defendant's reply is presently due February 28, 2008. Counsel for the defendant was unexpectedly on TRO duty for the week of February 4-9, 2008. During that week, in addition to several subpoena matters requiring an immediate response, counsel was assigned a TRO/PI involving funding for salmon runs for Indians in Alaska (<u>Chugach Regional Resources Commission v. Dirk Kempthorne et al</u>., Civil Action No. 08-0200). Counsel was unable to resolve the TRO/PI until yesterday. In addition, counsel received an Order from the Court of Appeals to file an opposition to a petition for rehearing in <u>Wiley v. Tomlinson</u>, 511 F.3d 151(D.C. Cir. 2007), which is now due February 29, 2008. Finally, counsel has several Court appearances during the next

few days including a lengthy mediation. The unexpected assignment of the TRO/PI and the Order from the Court of Appeals has significantly impacted counsel's ability to meet existing deadlines, including a reply in the instant case.

Counsel for the plaintiff consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including March 14, 2008 to file a reply.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
SAE PRODUCTIONS, INC.              )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) Civil Action No. 07-0866(JR)
                                   )
FEDERAL BUREAU                     )
OF INVESTIGATION                   )
                                   )
          Defendant.               )
                                   )
_____)

**<u>ORDER</u>**

    UPON CONSIDERATION of the Consent Motion for an Enlargement of Time, and for good cause shown, it is on this _____day of _____, 2008,

    ORDERED, that the defendant's motion is GRANTED.  It is

    FURTHER ORDERED that defendant will have up to and including March 14, 2008 to file a reply.

 

_____
UNITED STATES DISTRICT JUDGE


Copies to:

Parties via ECF