FILED

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0866(JR) |
| ) | |
| FEDERAL BUREAU ) | |
| OF INVESTIGATION ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of the Consent Motion for an Enlargement of Time, and for good cause shown, it is on this 22nd day of Feb, 2008,

ORDERED, that the defendant's motion is GRANTED. It is

FURTHER ORDERED that defendant will have up to and including March 14, 2008 to file a reply.

_____
JAMES ROBERTSON
United States District Judge