**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
SAE PRODUCTIONS, INC.         )
                              )
            Plaintiff,        )
                              )
      v.                      ) Civil Action No. 07-0866(JR)
                              )
FEDERAL BUREAU                )
OF INVESTIGATION              )
                              )
            Defendant.        )
                              )
_____)
```

**REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**Introduction**

Plaintiff filed a Freedom of Information Act (FOIA) suit seeking Federal Bureau of Investigations (FBI) documents pertaining to the Counsel on American Islamic Relations (CAIR), the Partnership for Prevention and Community Safety Initiative (PfP) and a December 9, 2006 town hall meeting held in Springfield, Illinois (Springfield meeting) with Muslim community leaders, and FBI agents (Hardy Declaration ¶ 5, Exhibit A; ¶ 15, Exhibit M; ¶ 16, Exhibit N; ¶ 25, Exhibit V; ¶ 34, Exhibit Z; ¶ 40 Exhibit FF; ¶ 46, Exhibit LL).  Specifically, plaintiff sought records responsive to the  FOIA requests from the following FBI Field Offices: Cleveland, Ohio; Los Angeles, California; Detroit; San Diego, California; Springfield, Missouri, and FBI Headquarters (FBIHQ).  Id.

Despite multiple searches for responsive documents, which produced 147 pages, plaintiff challenges the adequacy of the search and seeks extensive discovery, including but not limited to, interrogatories and depositions of FBI agents. Plaintiff also asserts that the FBI's search "need(s) to be expanded to include other offices such as the Office of FBI Director, and the other agencies such as the Office of Management and Budget, the Finance Division and the Office of the Attorney General." (Pl. Opp., Exhibit 1 ¶¶ 12, 13).[1]

Plaintiff's Opposition fails to demonstrate that the FBI's search for responsive documents was inadequate or that discovery is warranted. The Hardy Declarations demonstrate "beyond a reasonable doubt" that a "reasonable search" for documents responsive to plaintiff's FOIA requests was conducted and that discovery is not warranted. <u>Weisberg v. United States Department of Justice</u>, 705 F.2d 1334, 1351 (D.C. Cir. 1983). Moreover, it is blatantly clear that plaintiff's opposition seeks to expand the original FOIA requests far beyond any reasonable interpretation of those requests. The undisputed record demonstrates that the defendant is entitled to summary judgment.

---

[1] Plaintiff's suggestion that the FBI's search should be expanded to other agencies or departments has absolutely no support in law.

**Argument**

I.    **The FBI Search Was Adequate.**

Contrary to plaintiff's assertion, the Hardy Declarations
amply demonstrate that the FBI conducted an adequate search using
methods reasonably calculated to produce the requested records.
<u>Kowalcyzyk v. DOJ</u>, 73 F.3d 386, 388 (D.C. Cir. 1996).  The
declarations identify the dates of the searches, the methodology
of the searches, the location of the searches, the results of the
searches and the additional efforts undertaken by the FBI to
locate records, including contacting employees who might know
where non-serialized, responsive records might be located (Hardy
Declaration ¶¶ 5-12, 14-18, 20-27, 30-32, 35-36, 41-42, 47-48;
Second Hardy Declaration ¶¶ 5-36, Exhibits A-Q).  The FBI's
Central Records System and all cross-references were searched
using appropriate search terms designed to identify responsive
documents.  In addition, the FBI searched for non-serialized
responsive records at FBIHQ, including the office of Public
Affairs and Congressional Affairs and the Cleveland, Boston, Los
Angeles, Detroit, San Diego and Springfield Field Offices (<u>Id</u>.,
First Hardy Declaration ¶¶ 52-53).  Finally, at the suggestion of
plaintiff, the FBI, although  not required by FOIA,  followed up
with an inquiry of current FBI employees who may have had
knowledge of the location of potentially responsive records (<u>Id</u>.,
¶ 53; Second Hardy Declaration ¶¶ 35-37, Exhibits A-Q).  The

3

declarations are detailed, specific, non-conclusionary and evidence a good faith effort by the FBI to locate responsive documents. See Goland v. CIA, 607 F.2d 339, 352 (D.C. Cir. 1978). The FBI, after using its best efforts, released all the records it collected. These declarations "enjoy a presumption of good faith, which will withstand purely speculative claims about the existence and discoverability of other documents." Ground Saucer Watch, Inc. v. CIA, 692 F.2d 770, 771 (D.C. Cir. 1981); see also Chamberlain v. United States Dep't of Justice, 957 F. Supp. 292, 294 (D.C. 1997).

Plaintiff's opposition goes to great lengths to suggest that there must be documents and thus the search was inadequate. The fundamental question is not "whether there might exist any other documents possibly responsive to the request, but rather whether the search for those was adequate." Steinburg v. United States Dep't of Justice, 23 F.3d 548, 551 (D.C. Cir. 1994). In other words, "the focus of the inquiry is not on the results." Hornbostel v. United States Dep't of the Interior, 305 F. Supp. 2d 21, 28 (D.D.C. 2003); see also Meerpol v. Meese, 790 F.2d 942, 952 (D.C. Cir. 1986)(search is not unreasonable simply because it fails to produce all relevant materials). Plaintiff's "[m]ere speculation that a yet uncovered document may exist does not undermine the finding that the agency conducted a reasonable search for them." Safecard Services, Inc. v. SEC, 926 F.2d 1197,

1201 (D.C. Cir. 1991).  That is because FOIA does not require an agency to conduct "a perfect search" which yields all responsive records. Appleton v. FDA, 451 F. Supp. 2d 129, 137 (D.D.C. 2006). It simply requires that the agency make a clearly reasonable search for such records.  The declarations submitted here demonstrate that the FBI's search for responsive records was reasonable.  The declarations "show beyond reasonable doubt" that the search conducted was calculated to uncover responsive documents. Weisberg, 705 F.2d at 1351.

Plaintiff's speculation that there might be additional documents or that there are allegedly "missing" documents which could be located if only the FBI expanded the search fails to raise an issue of fact sufficient to defeat defendant's well supported motion for summary judgment.  Plaintiff's theory is directly at odds with D.C. Circuit precedent which firmly articulates that the relevant issue is whether the agency looked in the appropriate places and not whether it found everything that exists. Iturralde v. Comptroller of the Currency, 315 F.3d 311, 315 (D.C. Cir. 2003)(emphasis supplied).  Moreover, the agency, contrary to plaintiff's assertions, is not obligated to look beyond the four corners of the request for leads to the location of responsive documents. Kowalczyk, 73 F.3d at 389 (holding that the agency is not required to speculate about potential leads).

Plaintiff complains that the FBI failed to locate training records or travel vouchers for agents that may have attended town hall meetings or other local community events sponsored by CAIR or PfP and failed to locate certain funding documents.  A review of plaintiff's FOIA requests clearly reveals that training or travel vouchers and funding documents are not fairly covered by even the most liberal interpretation of plaintiff's requests (First Hardy Declaration, Exhibits A, M, N, V, 2,  FF, LL). Moreover, there is nothing to suggest that there are training or travel vouchers for agents attending local community events. Agents are assigned cars for their official duties and there is no need for "travel vouchers" for such events, as plaintiff speculates.  Similarly, although CAIR and PfP may consider their pilot programs and a town hall meeting to be "training" for local police officers and FBI agents, there is nothing in the record to suggest that the agency considered attendance at these events as part of its training program for agents, rather than ordinary community relations activities conducted as part of their regular official duties.  Plaintiff's suggestion that there are funding documents for a program or programs that were never funded is equally unfounded.  Finally, plaintiff's reliance on articles from the New York Times and the Arab American Institute to refute the agency declarations must also fail.  Although the articles address FBI agents attendance at certain meetings with the Muslim

Community and efforts at mutual outreach, the articles do not raise any significant or material issue of fact that demonstrates that the search was inadequate.

The FBI's search was adequate and summary judgment should be granted.

## II.  __Plaintiff Is Not Entitled to Discovery__

Discovery in FOIA actions is very restricted and should be denied in this instance. See Public Citizen Health Research Group v. FDA, 97 F. Supp. 56, 72 (D.D.C. 1998).  The Hardy Declarations establish the reasonableness of the FBI searches because they are detailed, non-conclusionary and made in good faith. Weisberg v. Department of Justice, 745 F.2d 1485 (D.C. Cir. 1985).  Summary judgment is appropriate where the agency submits a reasonably detailed affidavit setting forth the search terms and type of search performed, and averring that all files likely to contain responsive materials (if such records exist) were searched," and the record fails to raise substantial doubt about the adequacy of the search. Valencia-Lucena v. United states Coast Guard, 180 F.3d 321, 326 (D.C. Cir. 1999), quoting Oglesby v. Department of the Army, 920 F.2d 57, 58 (D.C. Cir. 1990).  The declarations submitted by the FBI clearly meet this standard.

The FBI has demonstrated beyond a reasonable doubt that it has conducted a search reasonably calculated to uncover all relevant documents. Weisberg, 705 F. 2d at 1351.  Plaintiff's

purely speculative claims about the existence and discoverability of other documents responsive to its requests fail to raise a substantial doubt as to the adequacy of the search or the good faith of the FBI's efforts. <u>Ground Saucer Watch</u>, 692 F.2d at 271.

## **Conclusion**

For the foregoing reasons and the reasons set forth in defendant's motion for summary judgment, summary judgment should be entered in favor of the defendant.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                )
                                      )
    Plaintiff,                        )
                                      )
        v.                        )    Civ. A. No. 07-CV-00866-JR
                                      )
FEDERAL BUREAU OF INVESTIGATION,      )
                                      )
    Defendant.                        )
                                      )

## SECOND DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)      I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)      In my official capacity as Section Chief of RIDS, I supervise approximately 199 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests

for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order 12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the treatment which has been afforded the FOIA requests of Steven Emerson, on behalf of plaintiff SAE Productions, Inc., which seek access to records pertaining to the Council on American Islamic Relations ("CAIR"), the Partnership for Prevention and Community Safety Initiative ("PfP"), and a Springfield, Illinois town hall meeting held on December 9, 2006, with Muslim community leaders, FBI personnel, and officials of the United States Attorney's Office.

(4)    I have reviewed plaintiff's "Opposition to Defendant's Motion for Summary Judgement" and supporting documents. This declaration is submitted to address allegations made therein and to provide further clarification of the FBI's search efforts in response to plaintiff's FOIA requests. This declaration supplements and hereby incorporates my previous declaration dated November 28, 2007 (hereinafter "First Hardy Declaration").

## SEARCHES CONDUCTED FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUESTS

-2-

## COUNT ONE OF PLAINTIFF'S COMPLAINT

(5)    The FBI's responses to plaintiff's request for records in Count One were detailed in the First Hardy Declaration at ¶¶ 6-12.[1]

(6)    Paragraph 11 of the First Hardy Declaration discusses FBIHQ notification to plaintiff, by letter dated September 20, 2007, regarding a "further search" for documents. These search efforts, which were reflected in the FBI's September 20, 2007 release of 51 pages, included: (a) a second search of the FBI's Central Records System ("CRS"), conducted on or about June 6, 2007, which revealed no responsive documents (see search slip attached at Exhibit A); and (b) an electronic communication ("EC") dated August 1, 2007. (See Exhibit B.)

(7)    The August 1, 2007 EC was sent to the FBI Cleveland Field Office ("CVFO"), the FBIHQ Office of Congressional Affairs ("OCA") and the FBIHQ Office of Public Affairs ("OPA"), and requested that personnel in these offices conduct a thorough search for documents responsive to plaintiff's FOIA request regarding records pertaining to a training program established by the Council on American Islamic Relations ("CAIR") for FBI officials and the city police force in Cleveland, Ohio. (See Exhibit B.)

(8)    By EC dated August 8, 2007, CVFO advised RMD that the search efforts had located responsive documents. The EC also reported the results of a canvass of CVFO employees. The CVFO employees indicated that CAIR had given a presentation at the CVFO, but that this presentation was not documented. The only documents located were materials

---

[1] Count One addressed plaintiff's FOIA request to the FBI's Cleveland Field Office ("CVFO") for records pertaining to an alleged training program established by the Council on American Islamic Relation ("CAIR") for FBI officials and the Cleveland city police force.

provided to attendees by CAIR. These documents, consisting of 51 pages, were processed by RIDS and released to plaintiff on September 20, 2007. The EC further stated that an FBI Special Agent ("SA") had been advised by CAIR representatives of the availability of training, but that this SA never inquired about the training, nor did this agent maintain or generate any documents about such training. (See Exhibit C.)

(9)    By e-mail dated August 15, 2007, OCA reported that it had located no documents responsive to plaintiff's request for records pertaining to a training program established by the Council on American Islamic Relations ("CAIR") for FBI officials and the city police force in Cleveland, Ohio. (See Exhibit D.)

(10)    By e-mail dated August 9, 2007, OPA responded to all outstanding ECs regarding plaintiff's FOIA requests. OPA did not locate any documents to plaintiff's request in Count One, although it did locate documents responsive to plaintiff's request in Count Seven, which will be discussed in further detail infra. (See Exhibit N, discussed infra.)

## COUNT TWO OF PLAINTIFF'S COMPLAINT

(11)    The FBI's responses to plaintiff's request for records in Count Two were detailed in the First Hardy Declaration at ¶¶ 13-18.[2]

(12)    Additional search efforts included: (a) a second search of the FBI's CRS on June 6, 2007 (search slip attached at Exhibit E); and (b) an EC dated August 1, 2007. (See Exhibit F.)

(13)    The August 1, 2007 EC was addressed to FBIHQ OCA and FBIHQ OPA (as well

---

[2] Count Two addressed plaintiff's FOIA request to FBIHQ for documents related to the PfP Safety Initiative.

as to four FBI field offices, which will be discussed in further detail, infra) and it requested that personnel in these offices conduct a thorough search for documents responsive to plaintiff's FOIA request regarding records pertaining to the Partnership for Prevention ("PfP"). (See Exhibit F.)

(14)    By e-mail dated August 15, 2007, OCA reported that it had located no documents responsive to plaintiff's request for records pertaining to the PfP Training Initiative. (See Exhibit G.)

(15)    By e-mail dated August 9, 2007, OPA responded to all outstanding ECs regarding plaintiff's FOIA requests. OPA did not locate any documents to plaintiff's request in Count Two, although it did locate documents responsive to plaintiff's request in Count Seven, which will be discussed in further detail infra. (See Exhibit N, discussed infra.)

## COUNT THREE OF PLAINTIFF'S COMPLAINT

(16)    The FBI's responses to plaintiff's request for records in Count Three were detailed in the First Hardy Declaration at ¶¶ 20-27.[3]

(17)    By EC dated August 1, 2007, RMD requested that personnel in the FBI's Boston Field Office ("BSFO") conduct a thorough search for documents responsive to plaintiff's FOIA request regarding records pertaining to the PfP Training Initiative. (See Exhibit F.)

(18)    By EC dated August 7, 2007, the BSFO advised RMD that, after conducting the requested manual indices search, it did not locate any documents responsive to plaintiff's request

---

[3] Count Three addressed plaintiff's FOIA request to the FBI's Boston Field Office ("BSFO") and to the FBI's Los Angeles Field Office ("LAFO") for records related to the PfP.

for records pertaining to the PfP. (See Exhibit H.)[4]

(19)    By EC dated August 8, 2007, the LAFO advised RMD that: an LAFO manual indices search was negative; and that the LAFO Office of Public and Congressional Affairs had no knowledge of working with the Partnership for Prevention and Community Safety Initiative Program. (See Exhibit I.)

### COUNT FIVE OF PLAINTIFF'S COMPLAINT[5]

(20)    The FBI's responses to plaintiff's request for records in Count Five were detailed in the First Hardy Declaration at ¶¶ 30-32.[6]

(21)    By EC dated August 1, 2007, RMD requested that personnel in the FBI's Detroit Field Office ("DEFO") conduct a thorough search for documents responsive to plaintiff's FOIA request regarding records pertaining to the PfP Training Initiative. (See Exhibit F.)

(22)    By EC dated August 1, 2007, the DEFO advised FBIHQ that a search of its automated and manual indices failed to locate any records pertaining to the PfP other than the original [FOIA] request letter and DEFO's response to Steven Emerson at SAE. Moreover, the DEFO Community Outreach office was contacted and it indicated it had no responsive records. (See Exhibit J.)

---

[4] The BSFO August 8, 2007 EC also references an RMD EC dated July 27, 2007 which incorrectly listed the case ID, and which BSFO was asked to disregard.

[5] As we noted in my prior declaration, plaintiff's Complaint did not include a "Count Four." See First Hardy Declaration, n. 4.

[6] Count Five addressed plaintiff's FOIA request to the FBI's Detroit Field Office ("DEFO") for records related to the PfP.

## COUNT SIX OF PLAINTIFF'S COMPLAINT

(23)    The FBI's responses to plaintiff's request for records in Count Six were detailed in the First Hardy Declaration at ¶¶ 35-36.[7]

(24)    By EC dated August 1, 2007, RMD requested that personnel in the FBI's San Diego Field Office ("SDFO") conduct a thorough search for documents responsive to plaintiff's FOIA request regarding records pertaining to the PfP Training Initiative. (See Exhibit F.)

(25)    In an e-mail dated August 13, 2007 SDFO reported to RIDS that it did not locate any documents responsive to plaintiff's request pertaining to the PfP. (See Exhibit K.)

## COUNT SEVEN OF PLAINTIFF'S COMPLAINT

(26)    The FBI's responses to plaintiff's request for records in Count Seven were detailed in the First Hardy Declaration at ¶¶ 41-42.[8]  FBIHQ notified plaintiff by letter dated January 25, 2007 that no FBIHQ documents responsive to plaintiff's request for records regarding a town hall meeting held by the Springfield Field Office with local Muslim leaders were located. See First Hardy Declaration at ¶ 42.

(27)    Additional search efforts with respect to this count included: (a) a second search of the FBI's CRS on June 6, 2007 (this search once again identified no responsive FBIHQ documents – see search slip attached as Exhibit L); and (b) an EC dated August 1, 2007. (See

---

[7] Count Six addressed plaintiff's FOIA request to the FBI's San Diego Field Office ("SDFO") for records related to the PfP.

[8] Count Seven addressed plaintiff's FOIA request to FBIHQ for records from the December 9, 2006 town hall meeting hosted by the FBI's Springfield Field Office with local Muslim community leaders and a list of attendees.

Exhibit M.)

(28)    The August 1, 2007 EC requested personnel in FBIHQ OCA and FBIHQ OPA to conduct a thorough search for documents responsive to plaintiff's FOIA request regarding records pertaining to a December 9, 2006 town hall meeting held by the Springfield Field Office with local Muslim community leaders, as well as a list of attendees with their names and affiliation. (See Exhibit M.)

(29)    By an e-mail dated August 9, 2007, RMD was advised by OPA that it had identified the following five responsive cross-references: 66F-SI-A48656-1333, 1318, 1317, 1316, and 1315. (See Exhibit N.) RIDS later reviewed and determined that these documents were responsive to plaintiff's request and released them to plaintiff on September 20, 2007. (See First Hardy Declaration at ¶ 48).

(30)    By e-mail dated August 15, 2007, OCA reported that it had located no documents responsive to plaintiff's request for records concerning the December 9 Town Hall Meeting held by the SIFO with local Muslim community leaders. (See Exhibit O).

## COUNT EIGHT OF PLAINTIFF'S COMPLAINT

(31)    The FBI's responses to plaintiff's request for records in this count were detailed in the First Hardy declaration at ¶¶ 47-48.[9]

(32)    Additional search efforts included: (a) a second search of the FBI's CRS on June 6, 2007 (see search slip attached at Exhibit L); and (b) an EC dated August 1, 2007. (See Exhibit

---

[9] Count Eight addressed plaintiff's FOIA request to the FBI's Springfield Field Office ("SIFO") for records from the December 9, 2006 town hall meeting hosted by SIFO with local Muslim community leaders and a list of attendees.

M.)

(33)    The August 1, 2007 EC requested personnel in SIFO to conduct a thorough search

for documents responsive to plaintiff's FOIA request regarding records pertaining to a December

9 town hall meeting held by the Springfield Field Office with local Muslim community leaders,

as well as a list of attendees with their names and affiliation. (See Exhibit M.)

(34)    By EC dated August 7, 2007, the SIFO advised RMD that it had located the

following responsive records:

- E-mail dated 11/14/2006
- Letter dated 11/22/2006
- EC dated 12/11/2006
- Sample letter dated 12/26/2006
- CD containing photos

(See Exhibit P.) RIDS' later review determined that these documents, which consisted of 92

pages, were responsive to plaintiff's request and released them to plaintiff on September 20,

2007. (See First Hardy Declaration at ¶ 48.)

## ADDITIONAL SEARCHES CONDUCTED FOR
## RECORDS RESPONSIVE TO PLAINTIFF'S REQUESTS

(35)    In addition to the additional search efforts discussed above, I have been advised

that the Office of the General Counsel ("OGC") received an e-mail forwarded by FBI counsel

from plaintiff's counsel dated June 22, 2007 providing additional search suggestions. In

particular, this e-mail, which I have reviewed, contained a list of individuals identified by

plaintiff's counsel as FBI employees and other individuals who may have information regarding

the existence and location of documents responsive to plaintiff's FOIA requests. (See Exhibit

Q.)

(36)    I have been further advised that in response to this June 22, 2007 e-mail, OGC undertook additional search efforts in the form of a search e-mail directed to those individuals who were on-board FBI employees at that time in order to inquire as to their knowledge of records potentially responsive to any of plaintiff's FOIA requests.  I am advised that all on-board FBI employees contacted responded telephonically that they could not identify any additional responsive documents.

## CONCLUSION

(37)    As the foregoing discussion demonstrates, the FBI has conducted exhaustive searches to uncover all documents potentially responsive to plaintiff's multiple requests.  This search has included a search for main files and cross-references at FBIHQ and in the Cleveland, Boston, Los Angeles, Detroit, San Diego, and Springfield Field Offices; and targeted searches directed to certain FBI personnel at FBIHQ and the above-referenced field offices via ECs and e-mails designed to yield any additional non-serialized documents.  All located documents have been processed and released to plaintiff.

-10-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through Q attached hereto are true and correct copies.

Executed this ___14th___ day of March, 2008.

DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

-11-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,

       Plaintiff,

       v.

FEDERAL BUREAU OF INVESTIGATION,

       Defendant.

Civil Action No. 07-0866 (JR)

# EXHIBIT A

4-22 (Rev. 7-28-00)    07 - CV - 0866



# FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION    CV

Date _____

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____
  Supervisor, Room, Ext

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject  Council on American
AKA (s)  Islamic Relation (CAIR)

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date  6/6/07  Searcher Initials  AB
Prod. _____

| File Number / Serial | Ident | SDIS | AUB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|
| CV 44-0 -2033p2 | | | | ✓ | |
| -2573 | | | | ✓ | |
| 220c - CV - 69675 - | | | | ✓ | |
| 1463,10 | | | | ✓ | |
| - 11661 - 25 | | | | ✓ | |
| 220c - CV - 70669 - 60 | | | | ✓ | |
| 720c - CV 63956 - 824,5 | | | | ✓ | |
| | | | | | |
| Council on American Islamic | | | | | |
| Relations Ohio | | | | | |
| 88A - CV - 48834 - 0 - 1 | | | | | |
| 220 c - CV - 70202 - 121,2 | | | | | |
| Council on American Islamic | | | | | |
| Relations Cleveland OH 1 | | | | | |
| 220c - CV - 70669 - 66 | | | | | |

FBI/DOJ

4-22a (12-3-92)

**Numerous Reference**
**Search Slip**

age _2_

Date _____

Subject _____

R# _____ Searcher Init____ _____

| File Number    Serial | Ident | SDIS | ADB-HQ.I. | Inactive | Date of Ref M/V |
|---|---|---|---|---|---|
| Council on American Islamic Relations CAIR Oh 220C-CV-63956-85&67 | | | | | |
| Council on American Islamic Relations 315Q-HQ-145398-928p3 | | | | | |
| Council on American Islamic Relation 315Q-CV-90903-11p2 | | | | | |
| Council on America Islam Relations Ohio 315R-CV-4493-6,17,25 | | | | | |
| CAIR SI | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FBI/DOJ



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT B

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** IMMEDIATE                    **Date:** 08/01/2007

**To:** Director's Office            **Attn:** Office of Congressional
                                              Affairs

                                      ███████████████████

                                      Office of Public Affairs

                                      ███████████████████

      Cleveland

**From:** Records Management
      RIDS/Litigation Support Unit/Room 6975
      **Contact:** ███████████ (202)324█████

**Approved By:** Hardy David M
      ███████████████████

**Drafted By:** ██████████████████c

**Case ID #:** 197A-HQ-1558520

**Title:** SAE PRODUCTIONS, INC. v. FBI.
       Civil Action No. 07-CV-866 (D.D.C.)
       FOIA Litigation Matter

**Synopsis:** To advise of the need to search for responsive records and submit them to the Records/Information Dissemination Section(RIDS), Litigation Support Unit pursuant to the captioned Freedom of Information Act (FOIA), 5 U.S.C. Section 552 requests for records, as specifically described below.

**Enclosure(s):** Copy of FOIA request letter from SAE Productions, Inc. dated January 2, 2007.

**Details:** By letter dated January 2, 2007, Steven Emerson, on behalf of SAE Productions, Inc., submitted a FOIA request for all records pertaining to a training program established by the Council on American Islamic Relations ("CAIR") for FBI officials and the city police force in Cleveland, Ohio. The requester specifically sought the following:

        1.        Any written, video or audio materials used in the session.

To:  Director's Office  From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007

2.          Any and all correspondence between the FBI
            and CAIR associated with the session.

3.          Any reports, memoranda, e-mails or other
            internal FBI documents related to the
            session.

4.          Identity information of the CAIR presenter
            at the session; and any attendee evaluation
            forms/documents that may have been prepared
            resulting from the session.

     On May 9, 2007, SAE Productions, Inc., initiated this
instant action in the United States District Court for the
District of Columbia against the FBI.  As a result of this
Litigation, you are requested to conduct a thorough search for
documents responsive to this FOIA request.  Please search for and
identify those records which are dated on or before
January 24, 2007, the first date on which RMD/RIDS initiated a
search for records responsive to the request.

     The FOIA requires the FBI to conduct a search which is
reasonably calculated to uncover all relevant agency records in
response to a FOIA request.  As a result, we request that FBI
personnel in your office be directed to search for all agency
records in their custody, control and/or possession in those
locations likely to reveal potentially responsive records.
Please note that WPU/RIDS has already conducted a search of the
automated indices in the Central Records System.  What we have
not yet identified are any other potentially responsive documents
which may exist in your offices which are not maintained in any
database, whether in paper or electronic format, concerning the
subjects listed above.

     Examples of agency records include but are not limited
to:

     ◆          written records, including as FD-302s, ECs,
                Airtels, LHMs, and other macros,
                correspondence, faxes, memoranda, analyses,
                data, evaluations, guidance, guidelines,
                instructions, notes, policy directives,
                policy statements, procedures, protocols,
                reports, rules, studies, technical manuals,
                technical specifications, training manuals
                and notes;

     ◆          electronic records maintained on computers,

2

To: Director's Office  From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007

                    audio or video tapes;

   ◆      e-mails (regardless of whether they have been designated as "record" or "non-record" in Trilogy Microsoft Outlook);

   ◆      any other portable media (CD-ROMs, diskettes, etc.);

   ◆      and any other stand-alone databases created for the purpose of a particular investigation(s).

     Please forward your response, including negative responses, to Legal Administrative Specialist (LAS ▓▓▓▓▓ ▓▓▓▓▓▓) Litigation Support Unit, Room 6975 by close of business (COB) August 10, 2007.  If you should have any questions, please contact LAS ▓▓▓▓▓▓▓▓▓ at (202)324-▓▓▓▓

**LEAD(s):**

**Set Lead 1:  (Action)**

    <u>DIRECTOR'S OFFICE</u>

    <u>AT OCA, DC</u>

    Search for any and produce all documents responsive to the January 2, 2007 FOIA request of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▓▓▓▓▓▓▓▓ Litigation Support Unit, Room 6975, by <u>**COB August 10, 2007.**</u>

**Set Lead 2:  (Action)**

    <u>DIRECTOR'S OFFICE</u>

    <u>AT OPA, DC</u>

    Search for any and produce all documents responsive to the January 2, 2007 FOIA request of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to

To: Director's Office  From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007


    LAS█████████████ Litigation Support Unit, Room 6975, by <u>COB</u>
<u>August 10, 2007.</u>


Set Lead 3:  (Action)

   <u>CLEVELAND</u>,

     <u>AT CLEVELAND</u>

   Search for any and produce all documents responsive to the
January 2, 2007 FOIA request of SAE Productions, Inc.  These
documents or your "no record" response should be forwarded to
LAS█████████████ Litigation Support Unit, Room 6975, by <u>COB</u>
<u>August 10, 2007.</u>


   ♦♦

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                    )
                                          )
                                          )
                                          )
                                          )
        Plaintiff,                        )
                                          )  Civil Action No. 07-0866 (JR)
    v.                                    )
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
                                          )
        Defendant.                        )
                                          )

# EXHIBIT C

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE           **Date:** 08/08/2007

**To:** Records Management      **Attn:** RIDS/Litigation Support Uni
                                      Room 6975
                                      ██████████████

**From:** Cleveland
        Squad FO
        Contact: ███████████████████ : ████████

**Approved By:** ██████████████████

**Drafted By:** ██████████████████ bb

**Case ID #:** CV 197-0
             197A-HQ-1558532

**Title:** <u>SAE PRODUCTIONS, INC. V. FBI</u>
        CIVIL ACTION NO. 07-CV-866 (D.D.C.)
        FOIA LITIGATION MATTER

**Synopsis:** Results of search for responsive records at Cleveland
Division.

**Reference:** 197A-HQ-1558532 Serial 2

**Enclosure(s):** CAIR folder containing three (3) brochures: *Law
Enforcement Official's Guide to the Muslim Community*; *CAIR Across
America: Faith in Action*; *Understanding Islam and the Muslims*;
five (5) internet articles printouts: "Images of Prisoner Abuse
Perfectly Attuned to Assault on Muslim Values"; "American Muslims
Fingerprinted by U.S. at Canadian Border"; "Fear Factor: 44
Percent of Americans queried in Cornell national poll favor
curtailing some liberties for Muslim Americans"; "Poll: 1-in-4
Americans Holds Anti-Muslim Views"; "Sign CAIR's 'Not in the name
of Islam' Petition"; and three (3) newspaper articles: "Poll
Shows Support for limiting rights of Muslims in U.S."; letter to
the editor headed "Secret searches violate rights of local
Muslims" (both <u>Plain Dealer</u> articles) and "American Muslim warns
of threat to civil rights" (The Blade). Also enclosed: E-mail of
IA ██████████ to SA ██████████ dated March 17, 2005,
forwarding a list of five CAIR representatives who provided the
presentation.

**Details:** A canvass of Cleveland Division employees in search of
records responsive to this action disclosed the following:

To: Records Management   From:   Cleveland
Re:   CV 197-0, 08/08/2007

On March 16, 2005, the Council on American-Islamic Relations (CAIR) gave a presentation at the Cleveland office of the FBI. This presentation was not documented. However, the materials provided to attendees by CAIR and an email listing CAIR representatives were located. These materials are enclosed.

On July 30, 2007, SA ███████████████ advised that on numerous occasions she was advised by CAIR representative ███████ ████ that a training program had been developed and provided to the City of Cleveland Police Department. SA ████████ never inquired about the curriculum, never observed such training, nor discussed further details. These contacts were undocumented and occurred at various Hate Crime Working Group meetings.

Inasmuch as the enclosures represent any responsive materials at this Division, Cleveland is conducting no further action in this matter at this time.

◆◆

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT D

███████████████ (RMD) (FBI)

**From:** ██████████████ (DO) (FBI)
**Sent:** Wednesday, August 15, 2007 2:13 PM
**To:** ███████████ (RMD) (FBI)
**Cc:** ███████████ OCA) (FBI)
**Subject:** FOIA Request - SAE Productions, Inc. (CAIR)

**UNCLASSIFIED**
**NON-RECORD**

Reference 197A-HQ-1558520-serial 2.

This e-mail responds to your request for all documents relating to the FOIA request of Steven Emerson, on behalf of S Productions, Inc., dated 01/02/2007 concerning a **training program established by the Council on American Islami Relations ("CAIR") for FBI officials and the city police force in Cleveland, Ohio.**

The Office of Congressional Affairs (OCA) has no responsive documents pertaining to this request.

███████████

Special Projects Unit
Office of Congressional Affairs
(202) 324-███ (desk)
(202) 324-███ (fax)

**UNCLASSIFIED**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT E

4-22 (Rev. 7-28-00)

1073.17

## FEDERAL BUREAU OF INVESTIGATION
### INFORMATION MANAGEMENT SECTION

Date _____ HQ BS / A

DE D

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review, Pickett Street
- ☐ Attention _____
- ☐ Return to _____

Supervisor, Room, Ext.

**Scope of Search:** (Check One)
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References Only

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject Partnership for Prevention and
AKA (s) Community Safety Initiative (PPP)

Birthdate & Place _____
SSAN _____
Localities _____
R # _____ Date 6/6/0__ Searcher Initials ___
Prod.

| File Number | Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|---|
| NR | | | | | | |
| PPP | | | | | | |
| NR | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

FBI 060

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT F

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

Precedence:  IMMEDIATE                          Date:  08/01/2007

To:  Director's Office          Attn:  Office of Congressional
                                       Affairs

                                       Office of Public Affairs

     Boston                     Attn: 
     Los Angeles               Attn:
     Detroit                   Attn:
     San Diego                 Attn:

From:  Records Management
       RIDS/Litigation Support Unit/Room 6975
       Contact: ███████████████  (202)324-███

Approved By:  Hardy David M ███████████████

Drafted By:  ███████████████: sc

Case ID #: 197A-HQ-1558520

Title:  SAE PRODUCTIONS, INC. v. FBI
        Civil Action No. 07-CV-866 (D.D.C.)
        FOIA Litigation Matter

Synopsis:  To advise of the need to search for responsive records
and submit them to the Records/Information Dissemination
Section(RIDS), Litigation Support Unit pursuant to the captioned
Freedom of Information Act (FOIA), 5 U.S.C. Section 552 requests
for records, as specifically described below.

Enclosure(s):  Copy of FOIA request letters from SAE Productions,
Inc. dated January 4, 2007 to FBIHQ, and March 5, 2007 to the
Boston ("BSFO"), Los Angeles ("LAFO"), Detroit ("DEFO"), and San
Diego Field ("SDFO") Offices.

Details:  By letters dated January 4, 2007, and March 5, 2007,
Steven Emerson, on behalf of SAE Productions, Inc., submitted
FOIA requests for all records pertaining to the Partnership for
Prevention and Community Safety Initiative Program ("PfP").  The
requester specifically sought all memoranda,
e-mails, correspondence, videos, audio tapes, reports, etc. that
the FBI has related to PfP.

To:   Director's Office   From:   Records Management
Re:   197A-HQ-1558520, 08/01/2007

On May 9, 2007, SAE Productions, Inc., initiated this instant action in the United States District Court for the District of Columbia against the FBI. As a result of this Litigation, you are requested to conduct a thorough search for documents responsive to this FOIA request. Please search for and identify those records which are dated on or before the first date on which RMD/RIDS initiated a search for records responsive to the request as follows:

♦      For FBIHQ, February 9, 2007.

♦      For the BSFO and LAFO, March 26, 2007.

♦      For the DEFO, March 15, 2007.

♦      For the SDFO, April 27, 2007.

The FOIA requires the FBI to conduct a search which is reasonably calculated to uncover all relevant agency records in response to a FOIA request. As a result, we request that FBI personnel in your office be directed to search for all agency records in their custody, control and/or possession in those locations likely to reveal potentially responsive records. Please note that the Work Processing Unit/RIDS has already conducted a search of the automated indices in the Central Records System. What we have not yet identified are any other potentially responsive documents which may exist in your offices which are not maintained in any database, whether in paper or electronic format, concerning the subjects listed above.

Examples of agency records included but are not limited to:

♦      written records, including as FD-302s, ECs, Airtels, LHMs, and other macros, correspondence, faxes, memoranda, analyses, data, evaluations, guidance, guidelines, instructions, notes, policy directives, policy statements, procedures, protocols, reports, rules, studies, technical manuals, technical specifications, training manuals and notes;

♦      electronic records maintained on computers, audio or video tapes;

2.

To:  Director's Office  From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007

- ◆ e-mails (regardless of whether they have been designated as "record" or "non-record" in Trilogy Microsoft Outlook);

- ◆ any other portable media (CD-ROMs, diskettes, etc.);

- ◆ and any other stand-alone databases created for the purpose of a particular investigations(s).

Please forward your response, including negative responses, to Legal Administrative Specialist (LAS) ████████ ████████ Litigation Support Unit, Room 6975 by close of business (COB) August 10, 2007. If you should have any questions, please contact LAS ████████████ at (202)324-████

LEAD(s):

Set Lead 1:   (Action)

   DIRECTOR'S OFFICE

      AT OCA, DC

Search for any and produce all documents responsive to the January 4, 2007 and March 5, 2007 FOIA request of SAE Productions, Inc. These documents or your "no record" response should be forwarded to LAS ████████████ Litigation Support Unit, Room 6975, by COB August 10, 2007.


Set Lead 2:   (Action)

   DIRECTOR'S OFFICE

      AT OPA, DC

Search for any and produce all documents responsive to the January 4, 2007 and March 5, 2007 FOIA request of SAE Productions, Inc. These documents or your "no record" response should be forwarded to LAS ████████████ Litigation Support Unit, Room 6975, by COB August 10, 2007.

Set Lead 3:   (Action)

   BOSTON,

3

To: Director's Office  From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007

### AT BOSTON

Search for any and produce all documents  responsive to the January 4, 2007 and March 5, 2007 FOIA request of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▓▓▓▓▓▓▓ Litigation Support Unit, Room 6975, by **COB August 10, 2007.**

**Set Lead 4:  (Action)**

### LOS ANGELES,

#### AT LOS ANGELES

Search for any and produce all documents  responsive to the January 4, 2007 and March 5, 2007 FOIA request of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▓▓▓▓▓▓ Litigation Support Unit, Room 6975, by **COB August 10, 2007.**

**Set Lead 5:  (Action)**

### DETROIT,

#### AT DETROIT

Search for any and produce all documents  responsive to the January 4, 2007 and March 5, 2007 FOIA request of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▓▓▓▓▓▓ Litigation Support Unit, Room 6975, by **COB August 10, 2007.**

**Set Lead 6:  (Action)**

### SAN DIEGO,

#### AT SAN DIEGO

Search for any and produce all documents  responsive to the January 4, 2007 and March 5, 2007 FOIA request of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▓▓▓▓▓▓ Litigation Support Unit, Room 6975, by **COB August 10, 2007.**

◆◆

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                       )
                                             )
                                             )
                                             )
                                             )
        Plaintiff,                           )
                                             ) Civil Action No. 07-0866 (JR)
        v.                                   )
                                             )
FEDERAL BUREAU OF INVESTIGATION,             )
                                             )
        Defendant.                           )
                                             )

# EXHIBIT G

████████████████        (RMD) (FBI)

**From:** ████████████        DO) (FBI)
**Sent:** ████████████ Wednesday, August 15, 2007 2:19 PM
**To:** ████████████        RMD) (FBI)
**Cc:** ████████████        (OCA) (FBI)
**Subject:** FOIA Request - SAE Productions, Inc. (PfP)

<u>**UNCLASSIFIED**</u>
<u>**NON-RECORD**</u>

Reference 197A-HQ-1558520-serial 3.

This e-mail responds to your request for all documents relating to the FOIA request of Steven Emerson, on behalf of SAE Productions, Inc., dated 01/04/2007 and 03/05/2007 concerning **the Partnership for Prevention and Community Safety Initiative Program ("PfP")**.

The Office of Congressional Affairs (OCA) has no responsive documents pertaining to this request.

████████████

Special Projects Unit
Office of Congressional Affairs
(202) 324-████ (desk)
(202) 324-████ (fax)

<u>**UNCLASSIFIED**</u>

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT H

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** IMMEDIATE                                   **Date:** 08/07/2007

**To:** Records Management                    **Attn:** ████████████
                                              RIDS/Litigation Support
                                              Unit/Room 6975

**From:** Boston
          Legal Unit
          **Contact:** ███████████████████    617-223-████████

**Approved By:** █████████████

**Drafted By:** ████████████

**Case ID #:** 197A-HQ-1558520 - 5
          BS 190-0

**Title:** SAE PRODUCTIONS, INC. V. FBI.
           CIVIL ACTION NO. 07-CV-866 (D.D.C.)
           FOIA LITIGATION MATTER

**Synopsis:** Response to Bureau EC dated 7/27/2007 requesting a
manual indices search on "Partnership for Prevention and
Community Safety Initiative Program".

**Administrative:** Boston Media Representative █████████
████████████ was contacted on 8/7/2007 to ascertain if there
were any responsive documents on the FOIA subject; ██████████
███████████ advised there were none.

          ████████████ advised that the Incoming
Notification of the Bureau EC contained an incorrect case
number. The case number listed above is correct.████████████
also advised that an ACS search has already been completed.

**Details:** Results of the manual indices search on the FOIA
subject had negative results.


♦♦

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                )
                                      )
                                      )
                                      )
                                      )
        Plaintiff,                    )
                                      )  Civil Action No. 07-0866 (JR)
        v.                            )
                                      )
FEDERAL BUREAU OF INVESTIGATION,      )
                                      )
        Defendant.                    )
                                      )

# EXHIBIT I

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                 **Date:** 08/08/2007

**To:** Records Management        **Attn:** RIDS/Litigation Support U॒
                                              Room 6975 ████████████

**From:** Los Angeles
              Legal Unit/CDC
              **Contact:** PLS████████████(310) 996████████

**Approved By:** ████████████████

**Drafted By:** ████████████████

**Case ID #:** 197A-HQ-1558520-3
              LA 190-C2-2897

**Title:** SAE PRODUCTIONS, INC. v FBI.
              Civil Action No. 07-CV-866 (D.D.C.)
              FOIA Litigation Matter

**Synopsis:** Results of request to search for responsive records completed.

**Details:** Los Angeles advised████████████████ (RMD) on 03/21/200
and ████████████(OGC) on 05/31/2007, that Los Angeles manual indic
was negative. On 08/08/2007, manual indices was again check with
negative results. Also, Los Angeles Office of Public and
Congressional Affairs had no knowledge of working with Partnership f
Prevention and Community Safety Initiative Program (PFP).

**LEADS**

**Set Lead 1:  (Info)**

     RECORDS MANAGEMENT

       AT WASHINGTON, D.C.

       Los Angeles lead covered.

♦♦

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                    )
                                          )
                                          )
                                          )
                                          )
        Plaintiff,                        )
                                          )  Civil Action No. 07-0866 (JR)
        v.                                )
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
                                          )
        Defendant.                        )
                                          )

# EXHIBIT J

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE

**Date:** 08/01/2007

**To:** Records Management    **Attn:** LAS ███████████
LITIGATION SUPPORT UNIT
Room 6975

**From:** Detroit
SAC/Legal Unit
Contact: PLS ███████████ (313) 237-████

**Approved By:** ████████████

**Drafted By:** ████████████ mdv

**Case ID #:** 197A-HQ-1558532
190-C1

**Title:** SAE PRODUCTIONS, INC. v. FBI
Civil Action No. 07-CV-866 (D.D.C.)
FOIA Litigation Matter

**Synopsis:** Search of Detroit Division for responsive records.

**Reference:** 197A-HQ-1558532 Serial 3

**Details:** A search of the Detroit Division automated and manual indices failed to locate any records pertaining to the Partnership for Prevention and Community Safety Initiative Program (PfP) other than the original request letter and response sent to Steven Emerson at SAE.

The Detroit Division Community Outreach was contacted and advised there are no records responsive to PfP.

♦♦

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# EXHIBIT K

█████████████████ **(RMD) (FBI)**

| | |
|---|---|
| **From:** | ████████████ (SD) (FBI) |
| **Sent:** | Monday, August 13, 2007 4:59 PM |
| **To:** | ████████ (RMD) (FBI) |
| **Subject:** | RE: SEARCH REQUEST |

**UNCLASSIFIED**
**RECORD 190-SD-C60287-C**

My fault forgot to put the following in my ec: A search of the San Diego Office in ACS, e-mails, correspondence, videos, audio tapes, reports was negative to Partnership for Prevention and Community Safety Initiative Program ("PfP").

-----Original Message-----

| | |
|---|---|
| **From:** | ████████ (RMD) (FBI) |
| **Sent:** | Monday, August 13, 2007 11:59 AM |
| **To:** | ████████████ (SD) (FBI) |
| **Cc:** | ████████ (RMD) (FBI) |
| **Subject:** | SEARCH REQUEST |

**UNCLASSIFIED**
**NON-RECORD**



Thanks for your quick response to the EC dated 8/1/07, however, the search request was for documents pertaining to the "Partnership for Prevention and Community Safety Initiative Program" ("PfP"). This organization ha been described as one that seeks to identify and help implement promising practices for building relationships between federal, state, and local law enforcement and American Muslim, Arab, and Sikh communities.

Please advise if your office may have responsive documents and the amount of time needed to gather this information.

Thanks,

████████████████

Litigation Support Unit
(202) 324-████████

**UNCLASSIFIED**


**UNCLASSIFIED**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,                          )
                                                )
                                                )
                                                )
                                                )
            Plaintiff,                          )
                                                )  Civil Action No. 07-0866 (JR)
                v.                              )
                                                )
FEDERAL BUREAU OF INVESTIGATION,                )
                                                )
            Defendant.                          )
                                                )

# EXHIBIT L

4-22 (Rev. 7-28-00)

1080~67
1067518

## FEDERAL BUREAU OF INVESTIGATION
## INFORMATION MANAGEMENT SECTION

Date _____ H G St

- ☐ Name Searching Unit, Newington Annex
- ☐ Special File Room, Room 7361
- ☐ Forward to File Review Pickett Street
- ☐ Attention _____
- ☐ Return to _____
  Supervisor, Room, Ext.

**Scope of Search: (Check One)**
- ☐ Automated Data Base (ADB)
- ☐ Inactive Index-Pickett St.
- ☐ Secure Data Information System (SDIC)

**Type of Search Requested:**
- ☐ All References (Security & Criminal)
- ☐ Security Search
- ☐ Criminal Search
- ☐ Main _____ References ____

**Special Instructions:**
- ☐ Exact Name Only (On the Nose)
- ☐ Buildup    ☐ Variations
- ☐ Restricted to Locality of _____

Subject Town Hall meeting with muw
AKA (s) Community Leaders

Birthdate & Place _____
SSAN _____
Localities _____

R # _____ Date 6/6/07 Searcher Initials ____
Prod. _____

| File Number          Serial | Ident | SDIS | ADB | Inactive | Date of Ref M/Y |
|---|---|---|---|---|---|
| NR | | | | | |
| but SE (located) | | | | | |
| 66F-SE-A48656-1331 | | | | | |
| -1332 | | | | | |
| -1333 | | | | | |
| Muslim Community Leaders | | | | | |
| 18a-SE-A48656-D-1 | | | | | |
| | | | | | |
| | | | | | |

F.4: DOJ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,               )
                                     )
                                     )
                                     )
                 Plaintiff,          )
                                     )  Civil Action No. 07-0866 (JR)
            v.                       )
                                     )
FEDERAL BUREAU OF INVESTIGATION,     )
                                     )
                 Defendant.          )
                                     )

# EXHIBIT M

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:**  IMMEDIATE                          **Date:**  08/01/2007

**To:**  Director's Office          **Attn:**  Office of Congressional
                                                Affairs

                                             Office of Public Affairs

        Springfield                  **Attn:**

**From:**  Records Management
           RIDS/Litigation Support Unit/Room 6975
           **Contact:**                     (202)324-

**Approved By:**  Hardy David M

**Drafted By:**                          sc

**Case ID #:** 197A-HQ-1558520

**Title:**  SAE PRODUCTIONS, INC. v. FBI
            Civil Action No. 07-CV-866 (D.D.C.)
            FOIA Litigation Matter

**Synopsis:**  To advise of the need to search for responsive records
and submit them to the Records/Information Dissemination Section
(RIDS), Litigation Support Unit pursuant to the captioned Freedom
of Information Act (FOIA), 5 U.S.C. Section 552 requests for
records, as specifically described below.


**Enclosures(s):**  Copy of FOIA request letters from SAE
Productions, Inc. dated January 9, 2007, and March 5, 2007.

**Details:**  By letters dated January 9, 2007, and
March 5, 2007, Steven Emerson, on behalf of SAE Productions,
Inc., submitted FOIA requests for all records pertaining to all
files and records from the December 9 Town Hall Meeting held by
the Springfield Field Office ("SIFO")with local Muslim community
leaders, as well as a list of attendees with their names and
affiliation.  The requester specifically sought the following:

        1.          Any correspondence, memos and/or e-mails
                    related to this meeting, and

To:  Director's Office  From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007

2.        Any video tape material made of the
          meeting.

On May 9, 2007, SAE Productions, Inc., initiated this
instant action in the United States District Court for the
District of Columbia against the FBI.  As a result of this
Litigation, you are requested to conduct a thorough search for
documents responsive to this FOIA request.  Please search for and
identify those records which are dated on or before the first
date on which RMD/RIDS initiated a search for records responsive
to the request as follows:

♦        For FBIHQ, January 25, 2007

♦        For SIFO, June 6, 2007.

The FOIA requires the FBI to conduct a search which is
reasonably calculated to uncover all relevant agency records in
response to a FOIA request.  As a result, we request that FBI
personnel in your office be directed to search for all agency
records in their custody, control and/or possession in those
locations likely to reveal potentially responsive records.
Please note that WPU/RIDS has already conducted a search of the
automated indices in the Central Records System.  What we have
not yet identified are any other potentially responsive documents
which may exist in your offices which are not maintained in any
database, whether in paper or electronic format, concerning the
subjects listed above.

Examples of agency records include but are not limited
to:

♦        written records, including as FD-302s, ECs,
         Airtels, LHMs, and other macros,
         correspondence, faxes, memoranda, analyses,
         data, evaluations, guidance, guidelines,
         instructions, notes, policy directives,
         policy statements, procedures, protocols,
         reports, rules, studies, technical manuals,
         technical specifications, training manuals
         and notes;

♦        electronic records maintained on computers,
         audio or video tapes;

♦        e-mails (regardless of whether they have been
         designated as "record" or "non-record"
         in Trilogy Microsoft Outlook);

2

To:  Director's Office   From:  Records Management
Re:  197A-HQ-1558520, 08/01/2007

&#9830;  any other portable media (CD-ROMs, diskettes, etc.);
&#9830;  and any other stand-alone databases created for the purpose of a particular investigations(s).

  Please forward your response, including negative responses, to Legal Administrative Specialist (LAS) ▮▮▮▮ ▮▮▮▮▮ Litigation Support Unit, Room 6975 by close of business (COB) August 10, 2007. If you should have any questions, please contact LAS ▮▮▮▮▮▮▮▮ at (202)324-▮▮▮

**LEAD(s):**

**Set Lead 1:   (Action)**

 <u>DIRECTOR'S OFFICE</u>

  <u>AT OCA, DC</u>

  Search for any and produce all documents responsive to the January 9, 2007 and March 5, 2007 FOIA requests of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▮▮▮▮▮▮ Litigation Support Unit, Room 6975, by <u>COB August 10, 2007.</u>

**Set Lead 2:   (Action)**

 <u>DIRECTOR'S OFFICE</u>

  <u>AT OPA, DC</u>

  Search for any and produce all documents responsive to the January 9, 2007 and March 5, 2007 FOIA requests of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▮▮▮▮▮▮ Litigation Support Unit, Room 6975, by <u>COB August 10, 2007.</u>

**Set Lead 3:   (Action)**

 <u>SPRINGFIELD,</u>

  <u>AT SPRINGFIELD</u>

  Search for any and produce all documents responsive to the January 9, 2007 and March 5, 2007 FOIA requests of SAE Productions, Inc.  These documents or your "no record" response should be forwarded to LAS ▮▮▮▮▮▮ Litigation Support

3

To:   Director's Office   From:   Records Management
Re:   197A-HQ-1558520, 08/01/2007


Unit, Room 6975, by **COB August 10, 2007.**


◆◆

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

# EXHIBIT N

████████████████ (RMD) (FBI)

**From:** ████████████ (OPA) (FBI)
**Sent:** Thursday, August 09, 2007 3:00 PM
**To:** ████████████ (RMD) (FBI)
**Subject:** FW: FOIA Request

**UNCLASSIFIED**
**NON-RECORD**

-----Original Message-----
**From:** ████████████ (OPA) (FBI)
**Sent:** Thursday, August 09, 2007 9:34 AM
**To:** ████████████ (RMD) (FBI)
**Subject:** FOIA Request

**UNCLASSIFIED**
**NON-RECORD**

Subject: SAE PRODUCTION, INC. v. FBI
          Civil Action No. 07-CV-866 (D.D.C.).
          FOIA Litigation Matter

Office of Public Affairs (OPA) has the following:

Case ID# 66F-SI-A48656-1333
                      1318
                      1317
                      1316
                      1315

████████

This is the only positive response that I received.  I instructed everyone to forward any other responses to you in my absence
By tomorrow.

████████
Unit Chief
Management & Planning Unit
Office of Public Affairs
Room 7226, X-████████

**UNCLASSIFIED**

**UNCLASSIFIED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,    )
                          )
                          )
                          )
        Plaintiff,        )
                          )    Civil Action No. 07-0866 (JR)
        v.                )
                          )
FEDERAL BUREAU OF INVESTIGATION,    )
                          )
        Defendant.        )
                          )

# EXHIBIT O

███████████████ (RMD) (FBI)

From:         ██████████████ (DO) (FBI)
Sent:         Wednesday, August 15, 2007 2:15 PM
To:           ██████████████ (RMD) (FBI)
Cc:           ██████████████ (OCA) (FBI)
Subject:      FOIA Request - SAE Productions, Inc. (SIFO Town Hall Meeting)

**UNCLASSIFIED**
**NON-RECORD**

Reference 197A-HQ-1558520-serial 4.

This e-mail responds to your request for all documents relating to the FOIA request of Steven Emerson, on behalf of SAE Productions, Inc., dated 01/09/2007 and 03/05/2007 concerning the **December 9 Town Hall Meeting held by the Springfield Field Office ("SIFO") with local Muslim community leaders.**

The Office of Congressional Affairs (OCA) has no responsive documents pertaining to this request.

███████████████
Special Projects Unit
Office of Congressional Affairs
(202) 324-████ (desk)
(202) 324-████ (fax)

**UNCLASSIFIED**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAE PRODUCTIONS, INC.,            )
                                  )
                                  )
                                  )
          Plaintiff,              )
                                  )   Civil Action No. 07-0866 (JR)
     v.                           )
                                  )
FEDERAL BUREAU OF INVESTIGATION,  )
                                  )
          Defendant.              )
                                  )

# EXHIBIT P

(Rev. 01-31-2003)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** DEADLINE 08/10/2007          **Date:** 08/07/2007

**To:** Records Management          **Attn:** RIDS/Litigation Support Unit/
Room 6975, ███████████████
Legal Administrative
Specialist (LAS), 202-324-

**From:** Springfield
Squad 1
**Contact:** PLS ████████████ 217-757-███████

**Approved By:** ████████████████

**Drafted By:** ████████████████ jek

**Case ID #:** 197A-HQ-1558520

**Title:** SAE PRODUCTIONS, INC. v. FBI;
Civil Action No. 07-CV-866 (D.D.C.)
FOIA Litigation Matter

**Synopsis:** Responsive records are being submitted.

**Reference:** 197A-HQ-1558520 Serial 4

**Enclosure(s):** The following records are being submitted to
Records Management re the town hall meeting held on 12/09/2006:

         1. E-mail dated 11/14/2006;
         2. Letter dated 11/22/2006;
         3. EC dated 12/11/2006;
         4. Sample letter dated 12/26/2006;
         5. CD containing photos.

**Details:** The enclosed records are being submitted for FOIA
review.

To:  Records Management  From:  Springfield
Re:  197A-HQ-1558520, 08/07/2007

**LEAD(s):**

**Set Lead 1:  (Action)**

   RECORDS MANAGEMENT

      AT WASHINGTON, DC

      Read and clear.  Paper copy to follow.

◆◆

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SAE PRODUCTIONS, INC., | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-0866 (JR) |
| v. | ) |
|  | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

# EXHIBIT Q

████████████████

**From:**    Sullivan, Diane (USADC) [Diane.Sullivan@usdoj.gov]
**Sent:**    Tuesday, June 26, 2007 11:12 AM
**To:**      ████████████
**Subject:** FW: Emerson v. FBI

████ see attached from zaid also I will foreward judge's order.  Diane

**From:** ZaidMS@aol.com [mailto:ZaidMS@aol.com]
**Sent:** Friday, June 22, 2007 4:34 PM
**To:** Sullivan, Diane (USADC)
**Cc:** bradpmoss@gmail.com; ZaidMS@aol.com
**Subject:** Emerson v. FBI

Diane, as a follow-up to our conversation, here is additional information you can use to facilitate the FBI's search for responsive records. These are names of individuals in the respective relevant offices who may assist in the identification of responsive records. Of course, this list of names should not be construed as the universe of relevant persons but as a starting point.

Request to FBI office in Washington, DC:

  ➤ Special Agent in Charge (SAC) Michael E. Rolince, Counterterrorism, Washington, DC Field Office

  ➤ Counterterrorism Special Agent Rouda M. Feghali, Washington, DC Field Office

  ➤ Assistant Director in Charge Michael A. Mason, Washington, DC Field Office

  ➤ SAC Ronald Nesbit (Counterintelligence), Washington, DC Field Office

  ➤ ASAC Patrick Cook (International Terrorism), Washington, DC Field Office

  ➤ ASAC Kathleen Kennedy (Criminal Division), Washington, DC Field Office

  ➤ SAC Michael J. Anderson (Criminal Division), Washington, DC Field Office

  ➤ SAC Edward Winkley, Washington, DC Field Office

Request to FBI office in Detroit:

  ➤ John E. Bell, who was SAC Detroit Field Office on Sept. 11, 2001 and is currently SAC of Federal Air Marshals in Michigan

Request to FBI office in LA:

 ➤ Norma Coza, Office of Public and Congressional Affairs, FBI-LA

6/27/2007

Request to FBI office in Boston

> Jay White, Acting Supervisor, FBI, Boston

> Kenneth Kaiser, SAC, FBI Boston

> Teresa Lange, Supervisory Special Agent, FBI Boston

Additionally, the following citizens were involved in the relevant programs regarding which the FOIA requests apply, and it is possible that responsive records are keyed to their names:

> Deborah Ramirez, Professor of Law at Northeastern School of Law and Executive Director of PfP.

> Sasha O'Connell, then-Managing Director of PfP

> Rabia Zafar, then-Outreach Coordinator

If I come across additional information, I will happily forward it to you.

Thanks.

Mark

P.S. Brad Moss, who is cc'd above, is my associate and you can include him on any correspondence with me.

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof. Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809 direct
(202) 330-5610 fax

See what's free at AOL.com.

6/27/2007