**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAE PRODUCTIONS, INC., | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 07-0866 (JR) |
| | : |
| FEDERAL BUREAU OF INVESTIGATION, | : |
| | : |
|     Defendant. | : |

### ORDER

For the reasons stated in the accompanying memorandum, the defendant's motion for summary judgment [Dkt. 10] is **granted**.

JAMES ROBERTSON
United States District Judge